**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

MANIMEGALAI LOGANATHAN,

Plaintiff,

vs.

FERGUSON ENTERPRISES LLC,

Defendant.

**Case No.: 4:25-cv-00120**

**SUMMONS RETURNED EXECUTED AS TO DEFENDANT FERGUSON ENTERPRISES LLC**

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Manimegalai Loganathan has served upon Defendant Ferguson Enterprises LLC copies of the following documents:

1) Issued Summons;

2) Complaint and Jury Trial Demand;

3) Civil Cover Sheet;

4) Notice of Right to Sue;

5) Procedure for Civil Motion

Attached hereto is a copy of the Proof of Service.

Respectfully submitted this 29th day of September 2025.


<u>*/s/ Aryeh E. Stein*</u>
Aryeh E. Stein, Esq.
Bar No. 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
T: (443) 326-6011
F: (410) 782-3199
astein@meridianlawfirm.com

Emanuel Kataev, Esq., NY Bar # 5154588
*Pro Hac Vice Motion Forthcoming*
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Manimegalai Loganathan*

Civil Action No. 4:25-cv-00120

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Ferguson Enterprises LLC was received by me on *(date)* 9/22/2025.

- [ ] I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Andy Whitely , who is designated by law to accept service of process on behalf of *(name of organization)* Ferguson Enterprises LLC on *(date)* 9/25/2025 ; or
- [ ] I returned the summons unexecuted because: ____________ ; or
- [ ] Other: ____________ ; or

My fees are $ 0.00 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 9-28-25

[signature]
*Server's signature*

Marcus O'Brien
*Printed name and title*

2841 North Oakwood Avenue
*Server's address*

Additional information regarding attempted service, etc.:
Documents served: 1. Issued Summons; Complaint and Jury Trial Demand; Civil Cover Sheet; Notice of Right to Sue; Procedure for Civil Motion