**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

MANIMEGALAI LOGANATHAN,

    Plaintiff,

    v.

FERGUSON ENTERPRISES LLC,

    Defendant.

Case No. 4:25-cv-120

## ORDER

Before the Court is Plaintiff Manimegalai Loganathan's unopposed motion for leave to file an amended complaint. ECF Nos. 16 (motion), 16-2 (proposed amended complaint). The Court's Scheduling Order set a February 4, 2026 deadline to request an amendment pursuant to Fed. R. Civ. P. 15(a)(2). *See* ECF No. 11 ¶ II. The plaintiff filed a motion for leave to file an amended complaint on February 4, 2026 to "correct and clarify the position of [the p]laintiff's employment." ECF No. 16 at 2. Defendant Ferguson Enterprises LLC "stipulate[d]" to the plaintiff's motion. *Id.* at 3.

Federal Rule of Civil Procedure 15(a)(2) provides that, regardless of timing, "a party may amend its pleading . . . with the opposing party's written consent or the court's leave," and directs that "[t]he court should freely give leave when justice so requires." Because the plaintiff filed her motion by the deadline specified in the Scheduling Order and the Court finds that amendment would not be prejudicial or futile, "justice so requires" that the motion for leave to amend (ECF No. 16) is **GRANTED**.

The Clerk is **DIRECTED** to file ECF No. 16-2 on the docket as an amended complaint.

The defendant is **DIRECTED** to file a response to the amended complaint within the time required under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

/s/

Jamar K. Walker
United States District Judge

Newport News, Virginia
February 5, 2026

2