**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

MANIMEGALAI LOGANATHAN,

Plaintiff,

v.

FERGUSON ENTERPRISES LLC,

Defendant.

Case No. 4:25-cv-120

# ORDER

Before the Court is the parties' joint motion for extension of time. ECF No. 20. For good cause shown, the Court **GRANTS** the joint motion and hereby **ORDERS** that the Court's January 5, 2026 Scheduling Order (ECF No. 11) be amended as follows:

1. The jury trial scheduled for this action shall commence on September 28, 2026;

2. Fact discovery shall close on June 29, 2026;

3. All discovery shall be completed on or before July 6, 2026;

4. All *Daubert* and dispositive motions, if any, shall be filed on or before July 20, 2026;

5. A settlement conference with the Hon. Lawrence R. Leonard, United States Magistrate Judge, shall take place not later than July 20, 2026; and

6. The final pretrial conference will be held on September 14, 2026.

In all other respects, the Court's January 5, 2026 Scheduling Order (ECF No. 11) shall remain in full force and effect.

The parties are **DIRECTED** to contact the courtroom deputy of Judge Leonard within 10 days of entry of this Order to reschedule the settlement conference to occur no later than July 20, 2026.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record and the courtroom deputy of Judge Leonard.

**IT IS SO ORDERED**.

/s/ JKW

Jamar K. Walker
United States District Judge

Newport News, Virginia
April 1, 2026