## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

MANIMEGALAI LOGANATHAN,

    **Plaintiff,**

    v.                                   **Case No. 4:25cv120**

FERGUSON ENTERPRISES LLC,

    **Defendant.**

## ORDER

On May 13, 2026, the Court held a settlement conference in this case where Plaintiff Manimegalai Loganathan appeared with pro hac vice counsel Emanuel Kataev. However, local counsel Aryeh Stein did not appear at the conference. With respect to cases in which pro hac vice participation has been permitted by the Court, Eastern District of Virginia Local Civil Rule 83.1(E)(1)(b) requires that "practitioners from another state or the District of Columbia *shall be* accompanied by a member of the bar of this Court in all appearances before this Court." Loc. Civ. R. 83.1(E)(1)(b) (emphasis added). Local Civil Rule 83.1(G) also provides:

> Attorneys admitted pro hac vice or authorized to practice before the Court under subsections (D)(2) or (E), **must be accompanied at all hearings, pretrial matters, or trials by at least one attorney admitted or authorized to practice** under subsections (C) or (D)(1). **This obligation may not be avoided or delegated without leave of Court.** Pleadings or other filings submitted by attorneys admitted pro hac vice or authorized to practice under subsections (D)(2) or (E), must also be signed by an attorney admitted or authorized to practice before the Court under subsections (C) or (D)(1). **Any attorney who signs a pleading or other filing with the Court will be held accountable for the case by the Court.**

Loc. Civ. R. 83.1(G) (emphasis added).

Despite Mr. Stein's non-appearance, the Court proceeded with the settlement conference and learned from Mr. Kataev that, before the conference, he had repeatedly attempted to reach Mr.

Stein by email and phone to confirm his attendance, but received no response. Further, Mr. Stein never responded to emails from the undersigned's chambers to Plaintiff's attorneys before the settlement conference, including two inquiries specifically asking whether he intended to participate.

In light of the above, attorney Aryeh Stein is hereby **ORDERED to SHOW CAUSE within twenty-one days** of the date of this Order why he should not be sanctioned for this conduct. After Mr. Stein files his response to this Order, the Court will take such further action as is appropriate, including the potential scheduling of a hearing.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

Lawrence R. Leonard
United States Magistrate Judge

Newport News, Virginia
May 26, 2026