**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| MANIMEGALAI LOGANATHAN, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 4:25-cv-120 |
| FERGUSON ENTERPRISES LLC, | ) | |
| *Defendant*. | ) | |

**NOTICE OF APPEARANCE**

Defendant Ferguson Enterprises, LLC ("Defendant"), hereby gives notice to the Court that **Robert W. McFarland**, a member of the bar of this Court and an attorney with the firm of McGuireWoods LLP, hereby enters an appearance as counsel for Defendant in the above-captioned matter.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Robert W. McFarland*

Robert W. McFarland (VSB No. 24021)
**McGuireWoods LLP**
World Trade Center
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

*Counsel for Defendant*
*Ferguson Enterprises, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: June 12, 2026

*<u>/s/ Robert W. McFarland</u>*
Robert W. McFarland (VSB No. 24021)

*Counsel for Defendant*
*Ferguson Enterprises, LLC*