**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| MANIMEGALAI LOGANATHAN,<br><br>*Plaintiff*,<br><br>v.<br><br>FERGUSON ENTERPRISES LLC,<br><br>*Defendant*. | Civil Action No. 4:25-cv-120 |

**NOTICE OF APPEARANCE**

Defendant Ferguson Enterprises, LLC ("Defendant"), hereby gives notice to the Court that **Richard J. Batzler**, a member of the bar of this Court and an attorney with the firm of McGuireWoods LLP, hereby enters an appearance as counsel for Defendant in the above-captioned matter.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Richard J. Batzler*

Richard J. Batzler (VSB No. 95689)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Telephone: (703) 712-5323
Facsimile: (703) 712-5203
E-mail: rbatzler@mcguirewoods.com

*Counsel for Defendant*
*Ferguson Enterprises, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: June 12, 2026

*/s/ Richard J. Batzler*
Richard J. Batzler (VSB No. 95689)

*Counsel for Defendant*
*Ferguson Enterprises, LLC*