**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

|  |  |
|---|---|
| MANIMEGALAI LOGANATHAN,<br><br>           Plaintiff,<br><br>     vs.<br><br>FERGUSON ENTERPRISES LLC,<br><br>           Defendant. | Case No.: 4:25-cv-120 |

**RESPONSE TO ORDER TO SHOW CAUSE**

Aryeh Stein ("Undersigned Counsel"), hereby files this response to the *Order* entered on May 26, 2026 (the "Order"), and in support thereof states as follows:

1.      The instant case was commenced on September 8, 2025, and a settlement conference was scheduled for May 13, 2026.

2.      This case was filed by Undersigned Counsel acting as "local counsel," with the law firm of Sage Legal LLC and attorney Emanuel Kataev acting as "primary counsel." Emanuel Kataev was admitted to practice in this case as counsel for the plaintiff on January 22, 2026.

3.      Undersigned Counsel is very familiar with Local Civil Rul 83.1 which sets forth the responsibilities of an attorney in a matter in which pro hac vice has been permitted by the Court, and Undersigned Counsel understands his obligation to personally participate in all hearings, pretrial matters or trials in such matter.

4.      In the instant case, a Settlement Conference Order was entered on January 15, 2026 in which a settlement conference was scheduled for May 13, 2026 at 9:30 am. Undersigned Counsel failed to appear at the May 13 settlement conference, leading to the entry of the Order.  For reasons unclear to Undersigned Counsel, the Settlement Conference Order, and the dates therein, were inadvertently not entered on Undersigned Counsel's calendar.

5.      Undersigned Counsel takes full responsibility for his failure to attend the May 13 settlement conference.  However, Undersigned Counsel wishes to point out certain assertions in the Order that, to Undersigned Counsel's belief, are not accurate.

6.      First, while the Order states that Undersigned Counsel "never responded to emails from the undersigned's chambers…"  Undersigned Counsel searched his inbox and was not able to locate any emails directly from Your Honor's chambers to Undersigned Counsel. Second, while Mr. Kateav's office may have called Undersigned Counsel's office, Undersigned Counsel's voicemail system does not reflect any voicemails from Mr. Kateav's office regarding the settlement conference.

7.      Undersigned Counsel understands that the above are only explanations of his failure to attend the settlement conference and by no means represent a valid excuse.

8.      Undersigned Counsel's failure to attend the May 13 settlement conference was inadvertent and unintentional.  Undersigned Counsel apologizes to the Court for his failure to appear, and Undersigned Counsel has implemented certain office procedures to ensure that such failures do not occur again.

WHEREFORE, Aryeh E. Stein respectfully requests that this Court dissolve the Order, and grant such other and further relief as deemed appropriate under the circumstances.

Respectfully Submitted,

/s/ Aryeh E. Stein
Aryeh E. Stein, # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
astein@meridianlawfirm.com
www.meridianlawfirm.com
443-326-6011 (phone)
410-782-3199 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, 2026, a copy of the foregoing was served electronically to those parties on the court's CM/ECF notice list.

/s/ Aryeh E. Stein
Aryeh E. Stein

3