**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

|  |  |  |
|---|---|---|
| | ) | |
| MANIMEGALAI LOGANATHAN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:25-cv-120 |
| | ) | |
| FERGUSON ENTERPRISES LLC, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S**
**REQUEST FOR HEARING**

NOW COMES Defendant Ferguson Enterprises, LLC ("Defendant"), by counsel, and pursuant to Local Rule 7(E) respectfully requests a hearing on its Motion to Compel Responses to Initial Discovery Requests (Dkt. No. 25). Defendant intends to present oral argument on its Motion to aid the Court's determination of the issues raised in the Motion. Defendant conferred with counsel for Plaintiff regarding this request, who indicated that Plaintiff does not have a position on the request for a hearing but asks that Plaintiff's counsel be allowed to appear remotely if a hearing is scheduled.

Dated: June 22, 2026

**FERGUSON ENTERPRISES, LLC**
By Counsel

*/s/ Robert W. McFarland*
Amy Morrissey Turk (VSB No. 44957)
Robert W. McFarland ((VSB No. 24021)
Carl A. Retzloff (VSB No. 97722)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000

Norfolk, VA 23510
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
Email: aturk@mcguirewoods.com
Email: cretzloff@mcguirewoods.com
E-mail: rmcfarland@mcguirewoods.com

Richard J. Batzler (VSB No. 95689)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Telephone:  (703) 712-5323
Facsimile:  (703) 712-5203
E-mail:  rbatzler@mcguirewoods.com

*Counsel for Defendant Ferguson Enterprises, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send an electronic notification of the same (NEF) to all counsel of record.

/s/ Robert W. McFarland
Robert W. McFarland ((VSB No. 24021)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
E-mail: rmcfarland@mcguirewoods.com

*Counsel for Defendant Ferguson Enterprises, LLC*