**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

MANIMEGALAI LOGANATHAN,

       Plaintiff,

v.                                 Action No. 4:25cv120

FERGUSON ENTERPRISES LLC,

       Defendant.

## O R D E R

This matter comes before the Court on Ferguson Enterprises LLC's ("Ferguson") motion to compel responses to initial discovery requests filed on June 2, 2026. ECF No. 25. Manimegalai Loganathan ("Loganathan") filed an opposition on June 16, 2026, to which Ferguson replied on June 22, 2026. ECF Nos. 30–31. The Court held a hearing on July 2, 2026. Aryeh Stein, Esq., and Emanuel Kataev, Esq., represented Loganathan. Richard Batzler, Esq., and Robert McFarland, Esq., represented Ferguson. Carol Naughton was the court reporter. For the reasons stated on the record, the motion to compel the responses to initial discovery requests, ECF No. 25, is **GRANTED**. It is hereby **ORDERED** that:

1. Not later than **July 10, 2026,** Loganathan must: (a) serve full and complete answers to interrogatories 2, 3, 16, 18–22; (b) serve full and complete answers to interrogatories 9 and 10 for the years 2023 to the present; (c) produce all documents in Loganathan's possession, custody, or control relating to the allegations in the amended complaint, ECF No. 18, as to request for production 1; (d) produce all documents in Loganathan's possession, custody, or control as to request for

production 2; and (e) produce all documents in Loganathan's possession, custody, or control as to requests for production 25–27, and 31 for the period from 2023 to the present;

2. Not later than **July 10, 2026**, Loganathan shall supplement her answers to interrogatories 11 and 12 to confirm that she is not withholding any responsive medical records and that she has disclosed all health care providers related to the treatment of her emotional distress, including her primary care physician;

3. Not later than **July 10, 2026**, Loganathan shall supplement her answer to interrogatory 15 to confirm that there are no individuals who she claims discriminated against her other than those disclosed in the previous answer;

4. Not later than **July 10, 2026**, Loganathan shall search for and produce any communications with the Equal Employment Opportunity Commission or Virginia Office of Civil Rights in her possession, custody, or control;

5. If Loganathan does not possess additional responsive information or documents, she must so state in her supplemental answers and responses;

6. If Loganathan asserts a claim of privilege or work-product protection, Loganathan must expressly assert the same and state in writing whether any documents or information has been withheld and serve a privilege log complying with Federal Rule of Civil Procedure 26(b)(5)(A);

7. Loganathan is to pay Ferguson's reasonable expenses, including attorneys' fees, incurred in briefing the motion to compel, the memorandum in support of the motion, and the reply to Loganathan's opposition to the motion, ECF Nos. 25–26, 31;

8. Counsel for Ferguson shall disclose to counsel for Loganathan the reasonable expenses, including attorney's fees, incurred in preparing and filing the motion to compel, the memorandum in support of the motion, and the reply to Loganathan's opposition to the motion, ECF Nos. 25–26, 31, not later than **July 10, 2026;**

9. The parties shall confer regarding the expenses in paragraph eight to attempt to come to an agreement regarding the sum to be paid not later than **July 24, 2026;** and

10. If the parties are unable to agree regarding such expenses, Ferguson shall file a fee request substantiating its reasonable expenses and attorneys' fees, including any supporting affidavits, consistent with the factors enumerated in *Robinson v. Equifax Info. Servs., LLC*, 560 F.3d 235, 243–44 (4th Cir. 2009), not later than **July 31, 2026.** The timing of any response and reply thereto shall be governed by the time periods specified in the Local Rules.

The Clerk shall forward a copy of this Order to all counsel of record.

_____
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
July 2, 2026

3