**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

|  |  |  |
|---|---|---|
| | ) | |
| MANIMEGALAI LOGANATHAN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:25-cv-120 |
| | ) | |
| FERGUSON ENTERPRISES LLC, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## <u>DEFENDANT FERGUSON ENTERPRISES, LLC'S MOTION FOR SUMMARY JUDGMENT</u>

Defendant Ferguson Enterprises, LLC, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56, respectfully moves this Court for an Order entering summary judgment in its favor on all claims in the Amended Complaint filed by Plaintiff Manimegalai Loganathan.  The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support filed herewith and incorporated herein by reference.

**FERGUSON ENTERPRISES, LLC**
By Counsel

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Amy Morrissey Turk (VSB No. 44957)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
T: (757) 640-3711
F: (757) 640-3942
rmcfarland@mcguirewoods.com
aturk@mcguirewoods.com

Richard J. Batzler (VSB No. 95689)
MCGUIREWOODS LLP
1750 Tysons Blvd., Suite 1800
Tysons, VA 22102
T: (703) 712-5000
F: (703) 712-5050
rbatzler@mcguirewoods.com

*Counsel for Defendant Ferguson Enterprises, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send an electronic notification of the same (NEF) to all counsel of record.

**FERGUSON ENTERPRISES, LLC**
By Counsel

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
T: (757) 640-3711
F: (757) 640-3942
rmcfarland@mcguirewoods.com

*Counsel for Defendant Ferguson Enterprises, LLC*

3