# Exhibit 2



Effective Date:   10/09/2018
Revision Date:   10/09/2018

## EQUAL EMPLOYMENT OPPORTUNITY

### I.   PURPOSE

The Company is strongly committed to providing equal employment opportunity for all associates and all applicants for employment.  The purpose of this Policy is to educate all associates about what may constitute discrimination and harassment, to notify everyone working for the Company that management will not condone or tolerate discrimination or harassment, and to establish a procedure that encourages associates to report conduct that may constitute discrimination or harassment to designated Company representatives who will investigate and respond to any report.

### II.   SCOPE

This policy applies to and protects all Company associates and prospective associates, whether or not they are on Company premises provided that such associates are conducting Company-related business or are participating in a Company-sponsored event or function. Any type of harassment, whether engaged in by fellow associates, managers, supervisors, or by non-associates with whom the associate comes into contact in the course of employment (e.g., customers, vendors, or contractors), violates this Policy and will not be tolerated. The Company encourages the reporting of all incidents of discrimination or harassment, regardless of who the offender may be.

### III.   DEFINITIONS

"Company" refers to Ferguson Enterprises, Inc., and all subsidiaries or divisions.

 "Manager" and "Supervisor" refers to an associate who is responsible for directing the job activity of one or more associates.

### IV.   OVERVIEW

The Company is strongly committed to providing a work environment in which all individuals are treated with respect and dignity.  As such, the Company prohibits discriminatory practices, including sexual harassment and harassment based on race, color, religion, creed, national origin, ancestry, citizenship status, physical disability, mental disability, medical condition, genetic information, marital status, sex, gender, gender identity, gender expression, age, sexual orientation, military and/or veteran status or any other characteristic protected under applicable federal, state or local law, rule or regulation.

As part of the Company's commitment to equal employment opportunity, and as a government contractor, the Company has adopted an Affirmative Action Program.  The

1

FERGUSON-0000109



Company is committed to taking affirmative action, as required under applicable laws and regulations, to ensure the diversity of its applicant pool and workforce. The Company seeks to employ a qualified and diverse workforce. Each associate who participates in the recruiting and hiring process shares responsibility for the Company's affirmative action goals.

## V.  POLICY

This policy prohibits workplace conduct that may not necessarily rise to the level that is prohibited by law. The Company does not discriminate against any person on the basis of that person's race, color, religion, creed, national origin, ancestry, citizenship status, physical disability, mental disability, medical condition, genetic information, marital status, sex, gender, gender identity, gender expression, age, sexual orientation, military and/or veteran status or any other characteristic protected under applicable federal, state or local law, rule or regulation.  All employment-related decisions are conducted on a non-discriminatory basis and in full compliance with applicable federal, state and local laws prohibiting discrimination in employment.  This policy applies to all aspects of employment, including, but not limited to, recruiting, hiring, compensation, training and development, benefits, promotion, demotion, discipline and termination. Every associate is expected to comply with this policy. Violations of this policy are strictly prohibited and may lead to disciplinary action up to and including termination of employment.

### A.  Definition of Harassment (General)

Harassment is unwelcome verbal, non-verbal or physical conduct that denigrates or shows hostility or aversion towards an individual because of race, color, religion, creed, national origin, ancestry, citizenship status, physical disability, mental disability, medical condition, genetic information, marital status, sex, gender, gender identity, gender expression, age, sexual orientation, military and/or veteran status or any other characteristic protected under applicable federal, state or local law, rule or regulation, or that of persons with whom the individual associates.

For example, racial harassment includes harassment based on an immutable characteristic associated with race (e.g., skin color or facial features). Religious harassment may include demands that an associate alter or renounce some religious belief in exchange for job benefits. Sexual harassment is defined more specifically below.

The Company's strict policy is to prohibit behavior based on a person's race, color, religion, creed, national origin, ancestry, citizenship status, physical disability, mental disability, medical condition, genetic information, marital status, sex, gender, gender identity, gender expression, age, sexual orientation, military and/or veteran status or any other characteristic protected under applicable federal, state or local law, rule or regulation that: (1) has the purpose or effect of creating an intimidating, hostile or offensive work environment; (2) has the purpose or effect of unreasonably interfering with

2

Docusign Envelope ID: 7F3D69D1-0BC1-4849-BA4F-43800C8AE58D



an individual's work performance; or (3) otherwise adversely affects an individual's employment opportunities.

Regardless of whether any single instance of improper behavior constitutes harassment prohibited by law, it is the Company's policy that such behavior is inappropriate and offensive, will not be tolerated, and may be subject to corrective action up to and including termination of employment. Examples of behavior that violate this policy and may constitute harassing conduct include, but are not limited to:

- epithets, slurs, quips, or negative stereotyping that relate to any characteristic protected by law;

- threatening, intimidating or hostile acts that relate to any characteristic protected by law;

- written or graphic material (including graffiti) that denigrates or shows hostility or aversion toward an individual or group because of any characteristic protected by law and that is placed on walls, bulletin boards, or elsewhere on the Company's premises, or circulated (including by e-mail) or displayed in the workplace; or

- "jokes," "pranks," or other forms of "humor" that are demeaning or hostile with regard to race, color, creed, marital status, religion, national origin, ancestry, citizenship status, sex, sexual orientation/affectional preference, age, handicap, disability, or any other characteristic protected by law.

The types of behavior described above represent examples of harassment based on characteristics protected by law that are unacceptable and prohibited not only in the workplace, but also in other work-related settings such as business trips or business-related social events including conduct directed at or about third parties (e.g. customers, vendors, or contractors).

## 1.  Definition of Sexual Harassment

As defined by the courts and by the Equal Employment Opportunity Commission ("EEOC"), sexual harassment includes unwelcome or unwanted sex-based conduct when: (1) an associate's submission to or rejection of this conduct either implicitly or explicitly affects decisions regarding hiring, evaluation, compensation, promotion, discipline, termination of employment or any other aspect of employment; or (2) such conduct substantially interferes with an individual's employment or creates an intimidating, hostile or offensive work environment.

Sexual harassment may include a range of subtle and not so subtle behaviors and may involve individuals of the same or different sex. Depending on the circumstances, these behaviors may include, but are not limited to: unwanted sexual advances or requests for sexual favors; sexual jokes and innuendo; verbal abuse of a sexual nature; commentary

3

Docusign Envelope ID: 7F3D69D1-0BC1-4849-BA4F-43800C8AE58D



about an individual's body or attire, sexual prowess or sexual deficiencies; leering, catcalls or touching; insulting or obscene comments or gestures; display or circulation in the workplace of sexually suggestive objects or pictures (including through e-mail); and other physical, verbal or visual conduct of a sexual nature.

The Company prohibits any inappropriate or offensive behavior including, but not limited to:

- coerced sexual acts;

- express or implied demands for sexual favors in exchange for employment, favorable reviews, assignments, compensation, promotions, continued employment or promises of continued employment;

- unwelcome touching or assaulting an individual's body, or staring, in a sexual manner;

- graphic, verbal or written commentary about an individual's body or sexuality;

- unwelcome or offensive sexual jokes, sexual language, sexual epithets, sexual gossip, sexual comments or sexual inquiries;

- unwelcome flirtations, advances, or propositions;

- sexually suggestive, or obscene comments or gestures;

- the display in the workplace of graphic and sexually suggestive objects, pictures or graffiti;

- negative statements or disparaging remarks targeted at one sex/gender or based upon gender (either men or women), even if the content of the verbal abuse is not sexual in nature; or

- any form of retaliation against an associate for complaining in good faith about the type of behavior described above or supporting the complaint of an alleged victim.

Manager and supervisors who have a romantic or dating relationship with an employee whom he or she directly supervises or whose terms or conditions of employment he or she may influence (examples of terms or conditions of employment include promotion, termination, discipline and compensation) must notify the Company's Ethics Officer. Any such relationships may result in transfers, demotions, or termination of employment which will be determined at the Company's discretion.

4



## B. <u>Reporting and Investigating a Complaint</u>

The Company encourages all associates who believe they or another person are being harassed or discriminated against, to clearly and promptly notify the alleged offender that his or her behavior is offensive or unwelcome. Whether you choose to discuss the incident with the alleged offender, the Company expects you to report any incident of discrimination, harassment or retaliation to your Manager or, if you do not wish to report the incident to your Manager, to the Employment Practices Group. Managers are responsible for ensuring complaints are communicated to the Employment Practices Group and are properly investigated.

The Company expects prompt reporting of incidents and complaints so that rapid and appropriate action may be taken. Supervisors and managers are required to report all conduct they believe may violate this Policy, whether they directly observe the conduct or it is reported to them, directly to Employment Practices. Complaints will be accepted in writing or orally. A complaint form is available on the intranet.

The Company also encourages individuals to report perceived acts of discrimination or harassment by non-associates, such as customers, vendors, contract personnel, other service providers and any other non-associates. Such reports should also be made to any of the persons listed above.

Associates who have experienced conduct they believe is contrary to this Policy may have a legal obligation to take advantage of this complaint procedure. An associate's failure to fulfill this obligation could affect his or her right to pursue legal action.

All allegations of harassment and discrimination will be promptly, fairly and thoroughly investigated. The Company, in its sole discretion, will determinate the method of investigation to provide all parties appropriate due process and reach a reasonable conclusion based on the information collected during the investigation. The investigation may include individual interviews with the parties involved, individuals who may have observed the alleged conduct or may have other relevant knowledge.

The Company will endeavor to maintain confidentiality throughout the investigatory process to the extent practical and appropriate under the circumstances and as permitted by law. The Company, however, has a legal obligation to consider and act on all information it receives if it believes an individual may be engaging in wrongful conduct or violation of law. Individuals involved in the investigation process are expected to provide their full cooperation.

At the conclusion of the investigation, the Company will advise any individual who has made a complaint under this Policy that the investigation has concluded and share other information as may be appropriate under the circumstances.

5

CONFIDENTIAL                                                                 FERGUSON-0000113

Docusign Envelope ID: 7F3D69D1-0BC1-4849-BA4F-43800C8AE58D



If the investigation results in a finding of misconduct, the Company will take appropriate remedial measures.  Even where a violation is not found, it may be appropriate to counsel individuals regarding their behavior.

## C. Retaliation is Prohibited

The Company will not retaliate in any way against an individual who makes a report in good faith of perceived discrimination or harassment or who participates in an inquiry of such report, and it is a violation of this Policy for any manager, supervisor or associate to do so. Retaliation is a serious violation of this policy. Materially adverse acts or omissions that would be sufficient to discourage a reasonable associate from making or supporting a complaint of discrimination or harassment will be considered retaliation. Anyone who feels they have been subjected to any acts of retaliation should immediately report such conduct according to the complaint procedure above. Any person who retaliates against another individual for reporting a perceived act of discrimination or harassment will be subject to disciplinary action, up to and including termination of employment.

## D. Disciplinary Action for Violating this Policy

Corrective and disciplinary actions against alleged violators may include, but not be limited to: verbal or written reprimand; referral to appropriate counseling; withholding of a promotion or bonus; reassignment; temporary suspension; and/or termination of employment. The Company also reserves the right to require counseling, training and/or monitoring as a condition of continued employment. In addition, conduct that is unlawful may subject associates to civil and, in some cases, criminal liability.

The Company recognizes that false accusations of discrimination, harassment or retaliation can cause serious harm to innocent persons. If an investigation results in a finding that the complainant or witness knowingly falsely accused another person of discrimination or harassment, the complainant or witness will be subject to disciplinary action, up to and including termination of employment. In addition, failure to cooperate with a Company investigation of discrimination, harassment or retaliation may be subject to disciplinary action up to and including termination.

This Policy is not written or intended to restrict management's authority regarding disciplinary or employment decisions concerning associate behavior that is deemed unacceptable, regardless of whether the behavior constitutes discrimination, harassment or retaliation.

## E. Americans with Disabilities Act and Reasonable Accommodation

The Company complies with the Americans with Disabilities Act and state and local laws by prohibiting discrimination against qualified individuals with disabilities.  The Company does not discriminate against qualified persons in the recruiting, application or hiring process, or in the terms and conditions of employment, including, but not limited to, compensation, promotion, training, and benefit administration procedures.

6

FERGUSON-0000114



In accordance with applicable law, the Company makes reasonable accommodations for qualified disabled job applicants and associates as long as the associate can perform the essential functions of the job and the accommodations do not pose an undue hardship on the Company. In addition, in accordance with applicable law, the Company makes reasonable accommodations for pregnant associates and those associates who suffer conditions related to their pregnancy, childbirth or related medical conditions as long as such associates can perform the essential functions of the job and the accommodations do not impose an undue hardship on the Company. An associate who believes a job accommodation is necessary may request one by contacting Employment Practices.

## F.  Conclusion

The Company has developed this Policy to ensure that all of its associates can work in an environment free from discrimination and harassment based on any characteristic protected under applicable federal, state or local law, rule or regulation. The Company asks all associates to work to accomplish this goal.

All current and new associates will receive a copy of this Policy and will be asked to sign a receipt acknowledging that they have read and understand the Policy. Questions may be directed to a Human Resources Business Partner or the Deputy General Counsel, Employment. Copies of this Policy may be obtained from the Deputy General Counsel, Employment and are posted on the Company Intranet.

## G.  Spanish Translation

The Company has provided a Spanish translation of this Policy for the convenience of its Spanish-speaking associates. We have made every effort to translate the Policy as accurately and completely as possible. However, some terms and phrases in the Policy, including the legal terms, may be difficult to translate precisely from the English version. Should a perceived or actual conflict or difference in meaning arise between the Spanish translation and the English version, the English version will always take precedence.

**Related Documents:**  Ferguson Code of Conduct
**Contact(s):**  Julie Yutesler, Deputy General Counsel, Labor & Employment
(757) 223-6340  Julie.Yutesler@ferguson.com

CONFIDENTIAL                                                                                                                    FERGUSON-0000115

| EEO and Harassment Acknowledgement | 08/24/2017 | | EEO and Harassment Acknowledgement.pd | e-signature | Manimegalai Loganathan (Terminated) | 07/05/2018 03:49:00 PM | I have read, understand, and agree to the terms of this Company Policy. I acknowledge that checking the box serves as my electronic signature on the Policy Acknowledgement. |

CONFIDENTIAL

FERGUSON-0000117