# Exhibit 3

**FERGUSON**

View Worker: Manimegalai Loganathan



Manager - Software Engineering
Phone Number



Email Address    Manimegalai.Loganathan@Ferguson.com
Location    US-Remote-Virginia
Cost Center    8957 IT ENTERPRISE SERVICES

Michelle Hicks
Manager
Associate ID    2006226

Job

Job Details

Job Details

Associate ID    2006226
Supervisory Organization    Ferguson Enterprises >> Services Engineering (Michelle Hicks)
Position    POS2048366 Manager - Software Engineering
Business Title    Manager - Software Engineering
Job Profile    Manager - Software Engineering

CONFIDENTIAL

View Worker: Manimegalai Loganathan

**FERGUSON**

| | |
|---|---|
| Job Family | Information Technology Group > Software Engineering |
| Associate Type | Regular |
| Management Level | Manager |
| Time Type | Full time |
| FTE | 100.00% |
| Location | US-Remote-Virginia |
| Hire Date | 07/02/2018 |
| Original Hire Date | 07/02/2018 |
| Continuous Service Date | 07/02/2018 |
| Length of Service | 6 year(s), 5 month(s), 14 day(s) |
| Time in Position | 1 year(s), 0 month(s), 15 day(s) |
| Time in Job Profile | 1 year(s), 0 month(s), 15 day(s) |

Contact Information - Public

| | |
|---|---|
| Phone | ███████████ |
| Email | Manimegalai.Loganathan@Ferguson.com |

Work Address

VIRTUAL OFFICE
Virtual Office, VA 23219
United States of America

Management Chain
Supervisory Management Chain

| Organization | Manager | Phone Number |
|---|---|---|
| Ferguson Enterprises | Kevin Murphy | +1 757-223-6188 (Landline) |
| OCEO (Kevin Murphy) | Kevin Murphy | +1 757-223-6188 (Landline) |
| Technology (Andy Paisley) | Andy Paisley | +1 757-406-1829 (Landline) |
| Digital Engineering (Harrison Rogers) | Harrison Rogers | +1 757-613-6571 (Landline) |
| Enterprise Services (Rajat Nair) | Rajat Nair | +1 757-223-6084 (Landline) |
| Services Engineering (Michelle Hicks) | Michelle Hicks | +1 757-912-2001 (Landline) |

Job Profile History

| Job Profile History | | |
|---|---|---|
| Job Profile Change Start Date | Job Profile Change End Date | Job Profile |
| 12/01/2023 | | Manager - Software Engineering |

CONFIDENTIAL

FERGUSON-0000028

View Worker: Manimegalai Loganathan

**FERGUSON**

10:37 AM
12/16/2024
Page 3 of 65

| Job Profile History | | |
|---|---|---|
| Job Profile Change Start Date | Job Profile Change End Date | Job Profile |
| 07/01/2022 | 11/30/2023 | Business Systems Analyst |
| 02/01/2021 | 06/30/2022 | Business Analyst II |
| 04/01/2019 | 01/31/2021 | Business Analyst I |
| 07/02/2018 | 03/31/2019 | IT QA Analyst III (inactive) |

Manager History

Manager History

| Position | Start Date | End Date | Manager History | | |
|---|---|---|---|---|---|
| | | | Manager | Managed From | Managed To |
| POS2048366 Manager - Software Engineering | 12/01/2023 | | Michelle Hicks | 11/01/2024 | |
| | | | Rajat Nair | 12/01/2023 | 10/31/2024 |
| P0522904 Business Systems Analyst | 07/02/2018 | 11/30/2023 | Michelle Hicks | 10/01/2023 | 11/30/2023 |
| | | | Laith Haddadin (Terminated) | 10/01/2023 | 09/30/2023 |
| | | | Rajat Nair | 06/01/2021 | 09/29/2023 |
| | | | Andrew Lautenslager | 05/13/2019 | 05/31/2021 |
| | | | Paul Manz (Terminated) | 10/01/2018 | 05/12/2019 |
| | | | David Burns | 07/02/2018 | 09/30/2018 |

Organizations

Member of These Organizations

| Organization | Organization Type | Organization Subtype |
|---|---|---|
| Ferguson Enterprises, LLC | Company | Company |
| Ferguson Enterprises Company Hierarchy | Company Hierarchy | Company |
| 8957 IT ENTERPRISE SERVICES | Cost Center | Cost Center |
| Digital Engineering  It Enterprise Services | Cost Center Hierarchy | Cost Center |
| Headquarters/IT/Other | Customer Group | Customer Group |
| Ferguson Customer Group Hierarchy | Customer Group Hierarchy | Customer Group |
| EBUSINESS MASTER DISTRIBUTION | District | District |
| e-Business | District Hierarchy | District |
| Location Tier 3 | Location Hierarchy | Geographic |
| Virginia | Location Hierarchy | Location |
| Salary | Pay Group | Pay Group |
| Services Engineering (Michelle Hicks) | Supervisory | Department |

Manager/Leader of These Organizations

CONFIDENTIAL

FERGUSON-0000029

View Worker: Manimegalai Loganathan

**FERGUSON**

10:37 AM
12/16/2024
Page 4 of 65

| Organization | Type | Organization Role |
|---|---|---|
| Shared Services (Manimegalai Loganathan) | Supervisory | Manager |

Worker History
Worker History

| Business Process | Effective Date | Initiated On | Due Date | Completed On | Status | Assigned To |
|---|---|---|---|---|---|---|
| 1) Performance Improvement Plan: Manimegalai Loganathan | 02/18/2025 | 11/21/2024 04:02:28 PM | | 12/06/2024 12:20:30 PM | Successfully Completed | Michelle Hicks |
| Manage Goals: Manimegalai Loganathan | 11/20/2024 | 11/20/2024 04:42:16 PM | 11/22/2024 | 11/20/2024 04:42:16 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 11/20/2024 | 11/20/2024 04:16:46 PM | 11/22/2024 | 11/20/2024 04:16:46 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 11/18/2024 | 11/18/2024 03:10:04 PM | 11/20/2024 | 11/18/2024 03:10:04 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 11/18/2024 | 11/18/2024 03:07:29 PM | 11/20/2024 | 11/18/2024 03:07:29 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 11/18/2024 | 11/18/2024 03:05:24 PM | 11/20/2024 | 11/18/2024 03:05:24 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 11/18/2024 | 11/18/2024 03:03:17 PM | 11/20/2024 | 11/18/2024 03:03:17 PM | Successfully Completed | |
| Assign Pay Group for Transfer: Manimegalai Loganathan | 11/01/2024 | 10/29/2024 08:42:51 PM | 10/31/2024 | 10/29/2024 08:42:51 PM | Successfully Completed | |
| Transfer: Manimegalai Loganathan | 11/01/2024 | 10/29/2024 08:12:44 AM | 11/05/2024 | 10/29/2024 08:42:51 PM | Successfully Completed | |
| Complete Form I-9 Section 3: Manimegalai Loganathan | | 10/14/2024 08:09:15 AM | 10/15/2024 | 10/14/2024 08:09:15 AM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - POS2048366 Manager - Software Engineering | 10/01/2024 | 09/25/2024 11:55:13 AM | | 09/25/2024 11:55:13 AM | Successfully Completed | |
| Assign Pay Group for Data Change: Manimegalai Loganathan | 09/01/2024 | 08/23/2024 05:24:04 PM | 08/25/2024 | 08/23/2024 05:24:16 PM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - POS2048366 Manager - Software Engineering | 09/01/2024 | 08/23/2024 05:24:03 PM | 08/25/2024 | 08/23/2024 05:24:16 PM | Canceled | |
| Data Change: Manimegalai Loganathan | 09/01/2024 | 08/23/2024 05:24:03 PM | 08/30/2024 | 08/23/2024 05:24:16 PM | Successfully Completed | |
| End Hybrid Flexible Work Arrangement: Manimegalai Loganathan (11/06/2023 - 08/23/2024) | 08/23/2024 | 08/23/2024 07:39:21 PM | | 08/23/2024 07:39:21 PM | Successfully Completed | |
| Complete Form I-9 Section 3: Manimegalai Loganathan | | 08/12/2024 10:54:16 AM | 08/13/2024 | 08/12/2024 10:54:16 AM | Successfully Completed | |
| Work Contact Change: Manimegalai Loganathan | 08/02/2024 | 08/02/2024 09:43:29 PM | | 08/02/2024 09:43:29 PM | Successfully Completed | |
| Federal Tax Election: Manimegalai Loganathan | 08/01/2024 | 07/26/2024 10:35:27 AM | 07/28/2024 | 07/26/2024 10:35:27 AM | Successfully Completed | |
| FY24 Annual Review: Manimegalai Loganathan | 07/30/2024 | 06/02/2024 06:02:26 PM | 06/16/2024 | 10/02/2024 03:13:22 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 07/15/2024 | 07/15/2024 02:48:58 PM | 07/17/2024 | 07/15/2024 02:48:58 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 07/15/2024 | 07/15/2024 12:02:48 PM | 07/17/2024 | 07/15/2024 12:02:48 PM | Successfully Completed | |
| Amend Form I-9: Manimegalai Loganathan | | 05/13/2024 08:58:49 AM | | 05/13/2024 08:58:49 AM | Successfully Completed | |
| Complete Form I-9 Section 3: Manimegalai Loganathan | | 05/13/2024 08:42:33 AM | 05/14/2024 | 05/13/2024 08:42:33 AM | Successfully Completed | |
| Complete Form I-9 Section 3: Manimegalai Loganathan | 05/06/2024 | 05/06/2024 10:23:09 AM | 05/08/2024 | 05/06/2024 10:23:09 AM | Successfully Completed | |
| FY24 Midyear Performance Checkpoint: Manimegalai Loganathan | 01/31/2024 | 01/14/2024 07:02:26 PM | 01/28/2024 | 02/15/2024 11:44:38 AM | Successfully Completed | |
| Complete Form I-9 Section 3: Manimegalai Loganathan | | 01/26/2024 12:45:34 PM | 01/27/2024 | 01/26/2024 12:45:34 PM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - POS2048366 Manager - Software Engineering | 12/01/2023 | 11/20/2023 01:58:37 PM | 11/22/2023 | 11/20/2023 01:58:37 PM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 12/01/2023 | 11/20/2023 01:58:37 PM | 11/22/2023 | 11/20/2023 01:58:37 PM | Successfully Completed | |
| Assign Pay Group for Promotion: Manimegalai Loganathan | 12/01/2023 | 11/20/2023 01:58:37 PM | 11/22/2023 | 11/20/2023 01:58:37 PM | Successfully Completed | |
| Promotion: Manimegalai Loganathan | 12/01/2023 | 11/20/2023 08:49:14 AM | 11/27/2023 | 11/20/2023 01:58:37 PM | Successfully Completed | |
| Request Hybrid Flexible Work Arrangement: Manimegalai Loganathan | 11/06/2023 | 11/06/2023 11:10:07 AM | | 11/06/2023 08:10:49 PM | Successfully Completed | |

CONFIDENTIAL

FERGUSON-0000030

View Worker: Manimegalai Loganathan

**FERGUSON**

10:37 AM
12/16/2024
Page 5 of 65

| Business Process | Effective Date | Initiated On | Due Date | Completed On | Status | Assigned To |
|---|---|---|---|---|---|---|
| End Hybrid Flexible Work Arrangement: Manimegalai Loganathan (11/11/2022 - 11/05/2023) | 11/05/2023 | 11/06/2023 10:30:33 AM | | 11/06/2023 10:30:33 AM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 08/01/2023 | 08/16/2023 01:18:18 PM | 08/17/2023 | 08/16/2023 01:18:18 PM | Successfully Completed | |
| FY23 Annual Review: Manimegalai Loganathan | 07/30/2023 | 06/04/2023 06:03:31 PM | 06/18/2023 | 09/29/2023 09:20:57 AM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 07/18/2023 | 07/18/2023 06:41:41 PM | 07/20/2023 | 07/18/2023 06:41:41 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 03/24/2023 | 03/24/2023 02:50:42 PM | 03/26/2023 | 03/24/2023 02:50:42 PM | Successfully Completed | |
| FY23 Midyear Performance Checkpoint: Manimegalai Loganathan | 01/31/2023 | 01/15/2023 07:03:29 PM | 01/29/2023 | 02/23/2023 02:05:31 PM | Successfully Completed | |
| Request Hybrid Flexible Work Arrangement: Manimegalai Loganathan | 11/11/2022 | 11/11/2022 09:58:49 AM | | 11/11/2022 09:58:49 AM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 08/01/2022 | 08/19/2022 01:39:54 PM | 08/20/2022 | 08/19/2022 01:39:54 PM | Successfully Completed | |
| FY22 Annual Review: Manimegalai Loganathan | 07/30/2022 | 06/05/2022 06:07:50 PM | 06/19/2022 | 09/29/2022 11:44:02 AM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 07/13/2022 | 07/13/2022 03:58:40 PM | 07/15/2022 | 07/13/2022 03:58:40 PM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Systems Analyst | 07/01/2022 | 06/14/2022 11:07:58 AM | 06/16/2022 | 06/14/2022 11:07:59 AM | Successfully Completed | |
| Data Change: Manimegalai Loganathan | 07/01/2022 | 06/14/2022 11:07:57 AM | 06/21/2022 | 06/14/2022 11:07:59 AM | Successfully Completed | |
| Work Contact Change: Manimegalai Loganathan | 04/28/2022 | 04/28/2022 09:46:24 PM | | 04/28/2022 09:46:24 PM | Successfully Completed | |
| Work Contact Change: Manimegalai Loganathan | 04/28/2022 | 04/28/2022 01:34:37 AM | | 04/28/2022 01:34:37 AM | Successfully Completed | |
| Work Contact Change: Manimegalai Loganathan | 04/27/2022 | 04/27/2022 12:51:37 AM | | 04/27/2022 12:51:37 AM | Successfully Completed | |
| Work Contact Change: Manimegalai Loganathan | 04/26/2022 | 04/26/2022 01:02:49 AM | | 04/26/2022 01:02:49 AM | Successfully Completed | |
| Work Contact Change: Manimegalai Loganathan | 04/25/2022 | 04/25/2022 01:39:32 AM | | 04/25/2022 01:39:32 AM | Successfully Completed | |
| Work Contact Change: Manimegalai Loganathan | 04/21/2022 | 04/21/2022 09:23:06 PM | | 04/21/2022 09:23:06 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 03/18/2022 | 03/18/2022 05:01:43 PM | 03/20/2022 | 03/18/2022 05:01:43 PM | Successfully Completed | |
| FY22 Midyear Performance Checkpoint: Manimegalai Loganathan | 01/31/2022 | 01/09/2022 06:04:09 PM | 01/23/2022 | 02/10/2022 02:24:13 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 11/29/2021 | 11/29/2021 01:58:30 PM | 12/01/2021 | 11/29/2021 01:58:30 PM | Successfully Completed | |
| Assign Pay Group for Data Change: Manimegalai Loganathan | 10/01/2021 | 09/22/2021 11:15:13 AM | 09/24/2021 | 09/22/2021 11:19:12 AM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 10/01/2021 | 09/22/2021 11:12:10 AM | 09/24/2021 | 09/22/2021 11:19:12 AM | Canceled | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst II | 10/01/2021 | 09/22/2021 11:12:10 AM | 09/24/2021 | 09/22/2021 11:19:12 AM | Canceled | |
| Data Change: Manimegalai Loganathan | 10/01/2021 | 09/22/2021 11:12:10 AM | 09/29/2021 | 09/22/2021 11:19:12 AM | Successfully Completed | |
| Assign Pay Group for Data Change: Manimegalai Loganathan | 10/01/2021 | 09/22/2021 10:43:39 AM | 09/24/2021 | 09/22/2021 10:45:17 AM | Successfully Completed | |
| Data Change: Manimegalai Loganathan | 10/01/2021 | 09/22/2021 10:41:25 AM | 09/29/2021 | 09/22/2021 10:45:17 AM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 10/01/2021 | 09/22/2021 10:41:25 AM | 09/24/2021 | 09/22/2021 10:45:17 AM | Canceled | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst II | 10/01/2021 | 09/22/2021 10:41:25 AM | 09/24/2021 | 09/22/2021 10:45:17 AM | Canceled | |
| FY21 Annual Review: Manimegalai Loganathan | 07/30/2021 | 05/02/2021 09:30:26 AM | 05/16/2021 | 10/08/2021 03:06:17 PM | Successfully Completed | |
| No Retro Prior To Date: Manimegalai Loganathan | | 07/28/2021 12:51:31 PM | 07/30/2021 | 07/28/2021 12:51:31 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 07/16/2021 | 07/16/2021 07:04:04 AM | 07/18/2021 | 07/16/2021 07:04:04 AM | Successfully Completed | |
| Assign Pay Group for Transfer: Manimegalai Loganathan | 06/01/2021 | 06/01/2021 01:21:54 PM | 06/03/2021 | 06/01/2021 01:21:54 PM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 06/01/2021 | 06/01/2021 01:21:54 PM | 06/03/2021 | 06/01/2021 01:21:54 PM | Canceled | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst II | 06/01/2021 | 06/01/2021 01:21:54 PM | 06/03/2021 | 06/01/2021 01:21:54 PM | Canceled | |
| Transfer: Manimegalai Loganathan | 06/01/2021 | 06/01/2021 01:19:38 PM | 06/08/2021 | 06/01/2021 01:21:54 PM | Successfully Completed | |
| Complete Form I-9 Section 3: Manimegalai Loganathan | | 06/01/2021 04:04:16 PM | 06/02/2021 | 06/01/2021 04:04:16 PM | Successfully Completed | |
| No Retro Prior To Date: Manimegalai Loganathan | | 03/23/2021 09:56:36 PM | 03/25/2021 | 03/23/2021 09:56:36 PM | Successfully Completed | |

CONFIDENTIAL

FERGUSON-0000031

View Worker: Manimegalai Loganathan

**FERGUSON**

10:37 AM
12/16/2024
Page 6 of 65

| Business Process | Effective Date | Initiated On | Due Date | Completed On | Status | Assigned To |
|---|---|---|---|---|---|---|
| No Retro Prior To Date: Manimegalai Loganathan | | 03/23/2021 07:32:15 PM | 03/25/2021 | 03/23/2021 07:32:15 PM | Successfully Completed | |
| Home Contact Change: Manimegalai Loganathan | 03/04/2021 | 02/26/2021 04:16:51 PM | | 02/26/2021 04:16:51 PM | Successfully Completed | |
| Assign Pay Group for Promotion: Manimegalai Loganathan | 02/01/2021 | 01/22/2021 11:34:01 AM | 01/24/2021 | 01/22/2021 11:34:01 AM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 02/01/2021 | 01/22/2021 11:33:25 AM | 01/24/2021 | 01/22/2021 11:34:01 AM | Canceled | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst II | 02/01/2021 | 01/22/2021 11:33:25 AM | 01/24/2021 | 01/22/2021 11:34:01 AM | Successfully Completed | |
| Promotion: Manimegalai Loganathan | 02/01/2021 | 01/22/2021 11:33:25 AM | 01/29/2021 | 01/22/2021 11:34:01 AM | Successfully Completed | |
| FY21 Midyear Performance Checkpoint: Manimegalai Loganathan | 01/31/2021 | 01/10/2021 06:06:56 PM | 01/24/2021 | 02/16/2021 10:55:27 AM | Successfully Completed | |
| Home Contact Change: Manimegalai Loganathan | 01/22/2021 | 01/22/2021 04:02:54 PM | | 01/22/2021 04:02:54 PM | Successfully Completed | |
| Home Contact Change: Manimegalai Loganathan | 01/22/2021 | 01/22/2021 04:02:30 PM | | 01/22/2021 04:02:30 PM | Successfully Completed | |
| Home Contact Change: Manimegalai Loganathan | 09/29/2020 | 09/29/2020 02:43:02 PM | | 09/29/2020 02:43:02 PM | Successfully Completed | |
| Amend Form I-9: Manimegalai Loganathan | | 09/10/2020 04:01:12 PM | | 09/10/2020 04:01:12 PM | Successfully Completed | |
| Amend Form I-9: Manimegalai Loganathan | | 09/10/2020 03:55:21 PM | | 09/10/2020 03:55:21 PM | Successfully Completed | |
| FY20 Annual Review: Manimegalai Loganathan | 07/31/2020 | 07/19/2020 06:05:22 PM | 08/02/2020 | 08/14/2020 08:33:13 AM | Successfully Completed | |
| Home Contact Change: Manimegalai Loganathan | 07/29/2020 | 07/29/2020 03:03:36 PM | | 07/29/2020 03:03:36 PM | Successfully Completed | |
| Manage Goals: Manimegalai Loganathan | 07/16/2020 | 07/16/2020 05:58:57 PM | 07/18/2020 | 07/16/2020 05:58:57 PM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst I | 07/01/2020 | 06/26/2020 08:04:44 PM | 07/03/2020 | 06/26/2020 08:04:44 PM | Successfully Completed | |
| Home Contact Change: Manimegalai Loganathan | 06/08/2020 | 06/08/2020 09:36:36 AM | | 06/08/2020 10:13:16 AM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst I | 03/01/2020 | 02/28/2020 10:58:57 PM | 03/06/2020 | 02/28/2020 10:58:57 PM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst I | 03/01/2020 | 02/27/2020 09:58:50 AM | 03/05/2020 | 02/27/2020 09:58:50 AM | Rescinded | |
| FY20 Midyear Performance Checkpoint: Manimegalai Loganathan | 01/31/2020 | 01/12/2020 06:04:35 PM | 01/26/2020 | 02/07/2020 03:31:03 PM | Successfully Completed | |
| Absence Return for Manimegalai Loganathan last day of absence on 09/04/2019, first day back at work on 09/05/2019 | 09/04/2019 | 09/05/2019 01:34:03 PM | 09/07/2019 | 09/05/2019 01:34:03 PM | Successfully Completed | |
| No Retro Prior To Date: Manimegalai Loganathan | | 08/29/2019 12:30:10 PM | 08/31/2019 | 08/29/2019 12:30:10 PM | Successfully Completed | |
| FY19 Annual Review: Manimegalai Loganathan | 07/31/2019 | 07/28/2019 08:06:23 PM | 08/11/2019 | 08/22/2019 08:34:20 AM | Successfully Completed | |
| Goals & Development Items: Manimegalai Loganathan | 07/31/2019 | 08/15/2019 09:19:37 AM | 08/29/2019 | 09/20/2018 10:55:58 AM | Successfully Completed | |
| Goals & Development Items: Manimegalai Loganathan | 07/31/2019 | 08/14/2018 09:24:10 PM | 08/28/2018 | 08/15/2019 09:10:37 AM | Canceled | |
| Absence Request: Manimegalai Loganathan | 07/13/2019 | 07/16/2019 04:39:49 PM | 07/23/2019 | 07/16/2019 04:39:49 PM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst I | 07/01/2019 | 08/22/2019 07:41:57 AM | 08/29/2019 | 08/22/2019 07:41:57 AM | Successfully Completed | |
| Assign Pay Group for Transfer: Manimegalai Loganathan | 05/13/2019 | 05/13/2019 08:55:58 AM | 05/15/2019 | 05/13/2019 08:55:58 AM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst I | 05/13/2019 | 05/13/2019 08:55:58 AM | 05/15/2019 | 05/13/2019 08:55:58 AM | Canceled | |
| Assign Organizations: Manimegalai Loganathan | 05/13/2019 | 05/13/2019 08:55:58 AM | 05/15/2019 | 05/13/2019 08:55:58 AM | Canceled | |
| Transfer: Manimegalai Loganathan | 05/13/2019 | 05/13/2019 08:53:34 AM | 05/20/2019 | 05/13/2019 08:55:58 AM | Successfully Completed | |
| Assign Pay Group for Promotion: Manimegalai Loganathan | 04/01/2019 | 03/07/2019 02:49:05 PM | 03/09/2019 | 03/07/2019 02:49:05 PM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 04/01/2019 | 03/05/2019 10:38:59 AM | 03/07/2019 | 03/07/2019 02:49:05 PM | Canceled | |
| Compensation Change: Manimegalai Loganathan - P0522904 Business Analyst I | 04/01/2019 | 03/05/2019 10:38:59 AM | 03/07/2019 | 03/07/2019 02:49:05 PM | Successfully Completed | |
| Promotion: Manimegalai Loganathan | 04/01/2019 | 03/05/2019 10:38:59 AM | 03/12/2019 | 03/07/2019 02:49:05 PM | Successfully Completed | |
| FY19 Midyear Performance Checkpoint: Manimegalai Loganathan | 03/15/2019 | 02/04/2019 10:31:08 AM | 02/18/2019 | 02/22/2019 07:56:48 AM | Successfully Completed | |
| FY19 Midyear Performance Checkpoint: Manimegalai Loganathan | 03/15/2019 | 02/03/2019 06:16:21 PM | 02/17/2019 | 02/04/2019 08:41:53 AM | Canceled | |
| Assign Organizations: Manimegalai Loganathan | 10/01/2018 | 10/05/2018 02:30:29 PM | 10/06/2018 | 10/05/2018 02:30:29 PM | Canceled | |
| Federal Tax Election: Manimegalai Loganathan | 07/25/2018 | 07/25/2018 03:17:52 PM | 07/27/2018 | 07/25/2018 03:17:52 PM | Successfully Completed | |

CONFIDENTIAL

View Worker: Manimegalai Loganathan

**FERGUSON**

| Business Process | Effective Date | Initiated On | Due Date | Completed On | Status | Assigned To |
|---|---|---|---|---|---|---|
| Federal Tax Election: Manimegalai Loganathan | 07/09/2018 | 07/09/2018 01:32:48 PM | 07/11/2018 | 07/09/2018 01:32:48 PM | Successfully Completed | |
| Payment Election: Manimegalai Loganathan on 07/05/2018 | 07/05/2018 | 07/05/2018 03:25:44 PM | 07/06/2018 | 07/05/2018 03:44:17 PM | Successfully Completed | |
| Compensation Change: Manimegalai Loganathan - P0522904 IT QA Analyst III | 07/02/2018 | 08/06/2018 10:47:11 AM | 08/13/2018 | 08/06/2018 10:47:11 AM | Successfully Completed | |
| Federal Tax Election for Onboarding: Manimegalai Loganathan | 07/02/2018 | 07/05/2018 03:25:44 PM | 07/06/2018 | 07/06/2018 12:55:25 PM | Successfully Completed | |
| State Tax Election for Onboarding: Manimegalai Loganathan | 07/02/2018 | 07/05/2018 03:25:44 PM | 07/06/2018 | 07/06/2018 12:38:06 PM | Successfully Completed | |
| Complete Form I-9: Manimegalai Loganathan - Employment Authorized | 07/02/2018 | 07/05/2018 03:25:44 PM | 07/06/2018 | 07/05/2018 03:53:28 PM | Successfully Completed | |
| Onboarding for Manimegalai Loganathan | 07/02/2018 | 07/02/2018 12:28:59 AM | 07/02/2018 | 07/05/2018 03:25:44 PM | Successfully Completed | |
| Assign Pay Group for Hire: Manimegalai Loganathan | 07/02/2018 | 06/18/2018 03:03:48 PM | 06/19/2018 | 06/18/2018 03:03:48 PM | Successfully Completed | |
| Propose Compensation Hire: Manimegalai Loganathan - P0522904 IT QA Analyst III | 07/02/2018 | 06/18/2018 03:03:05 PM | 06/19/2018 | 06/18/2018 03:03:05 PM | Successfully Completed | |
| Assign Organizations: Manimegalai Loganathan | 07/02/2018 | 06/18/2018 12:18:41 PM | 06/19/2018 | 06/18/2018 03:03:05 PM | Successfully Completed | |
| Hire: Manimegalai Loganathan | 07/02/2018 | 06/18/2018 11:55:00 AM | 06/22/2018 | 06/18/2018 03:03:05 PM | Successfully Completed | |

Additional Data

View As Of    12/16/2024

Beeline ID

Beeline ID

Global ID

Global ID    AAP7536

RPC Rating

RPC Rating    0

Severance

Severance Amount
Currency
Bonus Amount
Currency
Revoked
Date Revoked
Notes

Vaccination Status

CONFIDENTIAL

FERGUSON-0000033

View Worker: Manimegalai Loganathan

**FERGUSON**

| Assignable Role | Worker | Role Enabled |
|---|---|---|
| Sales Comp Partner | Colleen Martinez<br>Elizabeth Depalo<br>Jeff Snyder<br>Jess Munson<br>Kara Steiner<br>Kelly Andrews | Services Engineering (Michelle Hicks) |
| Senior Finance Business Partner | Michael Chalkias | Services Engineering (Michelle Hicks) |
| Talent Partner | Alyssa Jones O'Connell<br>Claire Ditchuk<br>Haley Edwards<br>Holly Jones<br>Jason Powers<br>Karla Borgendale<br>Katy Parkes<br>Kerrie Shawnik<br>Lacey Roach<br>Megan West<br>Tarah Soltis | Services Engineering (Michelle Hicks) |

## Compensation

### Annual Compensation View

| Total Base Pay Annualized - Amount | Total Base Pay - Amount | Total Base Pay - Frequency | Total Base Pay Range | Compensation Grade | Compensation Grade Profile | Compensation Plan Assignments | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Effective Date | Compensation Plan Type | Compensation Plan | Compensation Element | Assignment Details |
| 125,066.88 | 10,422.24 | Monthly | 7,568.91 - 10,408.34 - 13,247.76 USD Monthly | ITL - M2A | Location Tier 3 | 12/01/2023 | Bonus | Annual Bonus | Annual Bonus | 15% Annual |
| | | | | | | 12/01/2023 | Merit | General Merit Plan | | 3.00% Annual |
| | | | | | | 10/01/2024 | Salary | Salary Plan | Base Pay | 10,422.24 USD Monthly |

## Compensation

### Totals

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 10,422.24 | 10,422.24 | USD | Monthly |

## Compensation

| | |
|---|---|
| Compensation Package | Ferguson Compensation Package |
| Grade | ITL - M2A |
| Grade Profile | Location Tier 3 |
| Total Base Pay Range | 7,568.91 - 10,408.34 - 13,247.76 USD Monthly |
| Company | Ferguson Enterprises, LLC |

View Worker: Manimegalai Loganathan

10:37 AM
12/16/2024
Page 12 of 65

**FERGUSON**

Plan Assignments

| Effective Date | Plan Type | Compensation Plan | Assignment |
|---|---|---|---|
| 10/01/2024 | Salary | Salary Plan | 10,422.24 USD Monthly |
| 12/01/2023 | Merit | General Merit Plan | 3.00% Annual |
| 12/01/2023 | Bonus | Annual Bonus | 15% Annual |

Pay Change History
Pay Change History

| Effective Date | Compensation Action | Reason | Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|---|---|---|
| 10/01/2024 | Ad-hoc Compensation Change | Request Compensation Change > Base Salary Change > Merit | 10,422.24 | 10,422.24 USD | | Monthly |
| 10/01/2024 | Merit Compensation Change | Merit > Merit > Merit | 9,077.88 | 9,077.88 USD | | Monthly |
| 12/01/2023 | Promotion Compensation Change | Promotion > Promotion > Promotion to New Role | 8,830.62 | 8,830.62 USD | | Monthly |
| 10/01/2023 | Merit Compensation Change | Merit > Merit > Merit | 8,027.91 | 8,027.91 USD | | Monthly |
| 10/01/2022 | Merit Compensation Change | Merit > Merit > Merit | 7,704.33 | 7,704.33 USD | | Monthly |
| 07/01/2022 | Data Change Compensation Change | Data Change > Data Changes > Broad Base Structure | 7,365.52 | 7,365.52 USD | | Monthly |
| 10/01/2021 | Merit Compensation Change | Merit > Merit > Merit | 7,211.10 | 7,211.10 USD | | Monthly |
| 02/01/2021 | Promotion Compensation Change | Promotion > Promotion > Increase in Job Level | 7,021.52 | 7,021.52 USD | | Monthly |
| 10/01/2020 | Merit Compensation Change | Merit > Merit > Merit | 6,687.52 | 6,687.52 USD | | Monthly |
| 04/01/2019 | Promotion Compensation Change | Promotion > Promotion > Promotion to New Role | 6,509.17 | 6,509.17 USD | | Monthly |
| 07/02/2018 | Hire Compensation | Hire Associate > Hire Employee > New Hire | 6,083.34 | 6,083.34 USD | | Monthly |

Ferguson - Severance

| Associate ID | Worker |
|---|---|
| | |

Pay

Results
Pay Calculation by Period

CONFIDENTIAL

FERGUSON-0000038

View Worker: Manimegalai Loganathan

**FERGUSON**

| Document | Signature Type | Signed By | Signature Date | Signature Statement |
|---|---|---|---|---|
| Associate Statement 06/20/2022.pdf | e-signature | Manimegalai Loganathan | 06/20/2022 01:33:36 PM | I have read, understand, and agree to the information in the included document. I acknowledge that checking the box serves as my electronic signature. |
| Wage Confirmation Acknowledgement - Job Change 2023-12-01.pdf | e-signature | Manimegalai Loganathan | 12/01/2023 07:44:10 AM | I have read, understand, and agree to the terms of this Wage Confirmation Acknowledgement. I acknowledge that checking the box serves as my electronic signature on the Wage Confirmation Acknowledgement. |

Candidate Documents
Generated Documents

| Document | Signature Type | Signed By | Signature Date | Signature Statement |
|---|---|---|---|---|
| Exempt Offer Letter 2018-06-06 18_37 EDT.pdf | e-signature | David Burns | 06/06/2018 06:49:10 PM | I acknowledge that I have reviewed the offer letter for accuracy and completeness. |
| Exempt Offer Letter 2018-06-06 18_49 EDT.pdf | e-signature | | | If you elect to accept this offer, please acknowledge below. In so doing, you will indicate your understanding and acceptance of this employment offer. |
| Exempt Offer Letter 2018-06-06 18_49 EDT.pdf | e-signature | | | I acknowledge receipt and understanding of this policy, and I agree to its terms. |
| Exempt Offer Letter 2018-06-06 18_49 EDT.pdf | Acknowledgment | | | I acknowledge receipt of the policy. |
| Exempt Offer Letter 2018-06-06 18_49 EDT.pdf | | | | |
| Exempt Offer Letter 2018-06-06 18_49 EDT.pdf | e-signature | | | I acknowledge having received and read the Mutual Agreement fo Arbitrate Claims Draft. |
| Exempt Offer Letter 2018-06-11 15_03 EDT.pdf | e-signature | David Burns | 06/11/2018 03:13:04 PM | I acknowledge that I have reviewed the offer letter for accuracy and completeness. |
| Exempt Offer Letter 2018-06-11 15_13 EDT.pdf | e-signature | Manimegalai Loganathan | 06/11/2018 07:22:26 PM | If you elect to accept this offer, please acknowledge below. In so doing, you will indicate your understanding and acceptance of this employment offer. |
| Exempt Offer Letter 2018-06-11 15_13 EDT.pdf | e-signature | Manimegalai Loganathan | 06/11/2018 07:22:26 PM | I acknowledge receipt and understanding of this policy, and I agree to its terms. |
| Exempt Offer Letter 2018-06-11 15_13 EDT.pdf | Acknowledgment | Manimegalai Loganathan | 06/11/2018 07:22:26 PM | I acknowledge receipt of the policy. |
| Exempt Offer Letter 2018-06-11 15_13 EDT.pdf | | Manimegalai Loganathan | 06/11/2018 07:22:26 PM | |
| Exempt Offer Letter 2018-06-11 15_13 EDT.pdf | e-signature | Manimegalai Loganathan | 06/11/2018 07:22:26 PM | I acknowledge having received and read the Mutual Agreement to Arbitrate Claims Draft. |
| Exempt Offer Letter 2023-11-16.pdf | e-signature | Rajat Nair | 11/16/2023 06:42:14 PM | I acknowledge that I have reviewed the offer letter for accuracy and completeness. |
| Exempt Offer Letter 2023-11-16.pdf | e-signature | Manimegalai Loganathan | 11/17/2023 05:39:46 PM | If you elect to accept this offer, please acknowledge below. In so doing, you will indicate your understanding and acceptance of this employment offer. |

Payroll Deduction Requests

| Request Event | Request Initiator | Created Moment | Request Type | Questionnaire Answers | Request Awaiting Action By | Request Completion Date |
|---|---|---|---|---|---|---|

## Performance

Performance Reviews
Completed

| Review | Review Period Start Date | Review Period End Date | Manager Rating | Review PDF |
|---|---|---|---|---|
| FY24 Annual Review: Manimegalai Loganathan | 02/01/2024 | 07/30/2024 | 3 – Effective Performance | Loganathan, Manimegalai_FY24 Annual Review_12_16_2024.pdf |

CONFIDENTIAL

View Worker: Manimegalai Loganathan

**FERGUSON**

| Review | Review Period Start Date | Review Period End Date | Manager Rating | Review PDF |
|---|---|---|---|---|
| FY24 Midyear Performance Checkpoint: Manimegalai Loganathan | 08/01/2023 | 01/31/2024 | | Loganathan, Manimegalai FY24 Midyear Performance Checkpoint 12_16_2024.pdf |
| FY23 Annual Review: Manimegalai Loganathan | 02/01/2023 | 07/30/2023 | 4 – Highly Effective Performance | Loganathan, Manimegalai FY23 Annual Review 12_16_2024.pdf |
| FY23 Midyear Performance Checkpoint: Manimegalai Loganathan | 08/01/2022 | 01/31/2023 | | Loganathan, Manimegalai FY23 Midyear Performance Checkpoint 12_16_2024.pdf |
| FY22 Annual Review: Manimegalai Loganathan | 02/01/2022 | 07/30/2022 | 4 – Highly Effective Performance | Loganathan, Manimegalai FY22 Annual Review 12_16_2024.pdf |
| FY22 Midyear Performance Checkpoint: Manimegalai Loganathan | 08/01/2021 | 01/31/2022 | | Loganathan, Manimegalai FY22 Midyear Performance Checkpoint 12_16_2024.pdf |
| FY21 Annual Review: Manimegalai Loganathan | 02/01/2021 | 07/30/2021 | 3 – Effective Performance | Loganathan, Manimegalai FY21 Annual Review 12_16_2024.pdf |
| FY21 Midyear Performance Checkpoint: Manimegalai Loganathan | 08/01/2020 | 01/31/2021 | | |
| FY20 Annual Review: Manimegalai Loganathan | 02/01/2020 | 07/31/2020 | 4 – Highly Effective Performance | |
| FY20 Midyear Performance Checkpoint: Manimegalai Loganathan | 08/01/2019 | 01/31/2020 | | |
| FY19 Annual Review: Manimegalai Loganathan | 08/01/2018 | 07/31/2019 | 3 – Effective Performance | |
| Goals & Development Items: Manimegalai Loganathan | 08/01/2018 | 07/31/2019 | | |
| FY19 Midyear Performance Checkpoint: Manimegalai Loganathan | 02/04/2019 | 03/15/2019 | | |

Goals

Individual Goals

Development Goals

| | |
|---|---|
| Card Definition Type | List Card |
| Card Definition | Goal Card |
| On Instance | 39330!CKKzAhIKCgYIBRCs-wQSABoTCgYIAxDhrgUSCQoHCIccEJmnLBo5CgYIAxDirgUSLxItCKOzAhoTCgYIAxDfrgUSCQoHCJ0iEJiSKxoSCgYIAxDmrgUSCAoGCKSzAhApGgoKBggDEPPLBRIA*tN94dLRo-ps~ |
| Related Task Instance | |
| Name | Goal Card |
| Title | . Focus on High-Level Strategy and Avoid Getting Involved in the Finer Details |
| Subtitle | |
| Card Definition Button Label | View Goal |
| Card Definition Button Task | View Goal |
| Custom Report or Landing Page | |
| URL | |
| Email Address | |
| Context Instance | . Focus on High-Level Strategy and Avoid Getting Involved in the Finer Details |
| Identifier | |

CONFIDENTIAL

FERGUSON-0000060