# Exhibit 4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

MANIMEGALAI LOGANATHAN,        )

                Plaintiff,   )   CIVIL ACTION NO.

v.                             )   4:25-cv-120

FERGUSON ENTERPRISES, LLC,     )

              Defendant. )

VIDEOTAPED

DEPOSITION UPON ORAL EXAMINATION

OF MANIMEGALAI LOGANATHAN

TAKEN ON BEHALF OF THE DEFENDANT

Norfolk, Virginia

April 15, 2026



ZAHN
COURT REPORTING
www.zahncourtreporting.com

A.    Yes.

Q.    Okay.  Where did you get your Master's from?

A.    Northeastern University.

Q.    And that's in Boston, Massachusetts?

A.    That is correct.

Q.    Okay.  And what did you get your Master's in?

A.    Master's in project management.

Q.    Okay.  How long did it take you to get your Master's degree?

A.    From 2016 to 2018.

Q.    Okay, two years.

And were you on a student visa at that moment -- at that time, when you were getting your Master's?

A.    Yes.

Q.    Did Northeastern help you get that student visa?

A.    Yes.

Q.    And how does that work?  How long -- does that student visa only work as long as you're a student?

A.    So student visa, I think I had it for five -- if I remember correctly, my visa was --


ZAHN
COURT REPORTING
www.zahncourtreporting.com

I was on student visa from 2016 until Ferguson sponsored my H1B visa.

Q.    Okay.

A.    I believe it was 2020 or 2021.

Q.    Okay.

A.    I think it's 2020.

Q.    Okay.  You graduated from Northeastern in to 2018.  Did you immediately get employed by Ferguson after that graduation?

A.    No.  I was working for one consulting company for --

Q.    I'm sorry, say that again.

A.    I was working for one consulting company for roughly one month --

Q.    Okay.

A.    -- a little over one month.  I don't remember exactly.

Q.    What was the name of the consulting company?

A.    TCML.

Q.    Spell that.

A.    T-C-M-L.

Q.    TCML?

A.    Yes.

Q.    Consulting?



ZAHN
COURT REPORTING
www.zahncourtreporting.com

BY MS. TURK:

Q.    Okay.  Mani, can you look at Plaintiff's Exhibit 2.  I just want you -- is this the offer letter you received from HTC Global Services?

A.    Yes.

Q.    Okay.  And can you -- I'm going to give you a moment to take a look at it because the question I'm going to ask you is, does this accurately reflect your offer at HTC Global Services?

A.    Yes.

Q.    So just so I have the dates right, so you applied -- started applying to HTC Global Services in December of 2024, correct, not 2025?

A.    Yeah, December, 2024.

Q.    Got you.  And then the offer letter is dated January 28th, 2025, that's correct?

A.    Yes.

Q.    And then you accepted the offer on January 29th, 2025, is that correct, your signature down there?

A.    Yes.

Q.    And they said that your anticipated start date would be February 24th, 2025?  That's correct?

A.    That is what here it says.

Q.    And they gave you a salary annualized at



A.      I'm sorry?

Q.      Did you think he was a good supervisor? Did you have a good relationship with him?

MR. KATAEV:  Objection, compound.

You can answer.

THE WITNESS:  Yeah.  He was professional, yes.

BY MS. TURK:

Q.      And Rajat, he is of Indian descent as well, correct?

A.      He is.

Q.      And he had to get his H1B and permanent visa as well, correct?

A.      I'm sorry?  Can you --

Q.      Rajat had to go through the whole process of getting his H1B and his permanent visa status to work in the United States as well as what you're trying to do right now, correct?

A.      Correct.

Q.      And he shared that with you, his kind of journey with you, visa journey with you?

MR. KATAEV:  Objection, form.

MS. TURK:  I'll rephrase the question.

BY MS. TURK:

Q.      Did Rajat ever share his kind of visa



story with you and how he came to work in the United States?

A.    He did.

Q.    And what did he say to you about it?

A.    Like you, I was also on F-1 and H-1 (sic).

Q.    Okay.  And did he ever give you any tips or guidance on how to navigate the visa process?

A.    He did not.

Q.    Did he ever discuss with you where he was from in India relative to where you were born in India?

A.    Yeah.  So he -- he and I, we are neighboring states.

Q.    Neighboring states, got you.

Do you know any of the same people back in India?

A.    I don't know.  I don't have it.

Q.    Okay.  At some point your title changed from business analyst two to business systems analyst; is that correct?

A.    Correct.

Q.    Was there any change in job responsibilities or no?

A.    We were told that is more of


ZAHN
COURT REPORTING
www.zahncourtreporting.com

brought you from 8,830.62 base pay to 9,077.88 base pay, but if you look again, 10-1, on the same day, you see ad hoc compensation change, and then that bumps you from 9,077 to 10,422 in annual pay, the base range pay -- I'm sorry, monthly base range pay, correct?

A.    Correct, but -- yes.

Q.    So one was in your merit phase and one was an ad hoc increase, correct?

A.    That's what this document states.

Q.    Okay.  So are you aware that Rajat was the one that helped get you that increase?

A.    I was not told and I was not aware.

MS. TURK:  Okay.  What did you say it was, 7?

MR. RETZLOFF:  Uh-huh.  Oh, I'm sorry.

THE VIDEOGRAPHER:  Counsel, can I see your microphone real quick?

THE WITNESS:  Before you move on to the next question I want to clarify one thing.

MS. TURK:  One second.

THE WITNESS:  Sure.

BY MS. TURK:

Q.    What would you like to clarify?

A.    Yes.  So you did mention that my salary increased from 8,830 to 9,077 to 10,422 after almost


ZAHN
COURT REPORTING
www.zahncourtreporting.com

close to one year, but what it is not showing is at the same time, during that same time another manager who is -- who is with the same title as mine, manager of -- manager of software engineering, and who was managing half of my team size and less than ten people, he was awarded with 12,500.

Q.     And who is -- what is the name of this comparator?

A.     Chen Liang.

Q.     Chen Liang, and how do you know that this is what he was being paid?

A.     Okay.  So how do I know?  I was part of the hiring panel.  When Chen was getting hired, I was part of the hiring panel.  I was interviewing him, and Rajat Nair, he put me as his backup, and he accidentally sends the offer letter to me.

Q.     And you said put you as his backup.  What does that mean?

A.     Like when -- I'm sorry, I don't know whether it's the right word, but when we had a hiring going on, we always have alternate person if there are any document that needs to be followed or brought to the picture it was the Ferguson process to have one backup, so at that time I was his backup so --

Q.     Okay.  I'm sorry I didn't mean to cut you


ZAHN
COURT REPORTING
www.zahncourtreporting.com

off.

A.    Yeah, so accidently he sent that offer letter to me.

Q.    And what was this person's name again?

A.    Chen Liang or Liang.

Q.    Do you know how to spell that?

A.    I can try.

Q.    It's the one -- I know it's in the interrogatory responses.

A.    C-h-e-n Liang or Liang.

Q.    Liang, L-i-a-n-g?

A.    Yeah.

Q.    Okay.  And Chen Liang -- Liang, he -- you said you were part of the interview process.  So he was an external hire; is that correct?

A.    He was.

Q.    He was, and where did he work previously?

A.    I don't remember.

Q.    How many years experience did he have?

A.    It's the same expectation as my role because I was hired for services -- shared services engineering.  He was hired for platform services engineering, so both --

THE REPORTER:  For -- say it again.

THE WITNESS:  Shared services


ZAHN
COURT REPORTING
www.zahncourtreporting.com

engineering, for platform services engineering, for both roles the experience required was eight years as per my understanding.

BY MS. TURK:

Q.    Okay.  And do you know what he was making previously at his other job?

A.    I didn't know.

Q.    Do you know what he demanded in order to leave his other job by way of compensation?

A.    I did not.

MR. KATAEV:  Objection, form.

MS. TURK:  I'm sorry, Emanuel, what?

MR. KATAEV:  Objection, form.

BY MS. TURK:

Q.    Do you know what his education background was?

A.    I did not know, but for that particular position my role and his role expectations were identical.

Q.    I understand that, but that's not -- I understand that's your position, but the analysis is more complicated than that so I guess the question is, do you know what he was being paid at his former job?

A.    I did not know.



MR. KATAEV:  Objection, argumentative.

BY MS. TURK:

Q.    And you don't know what he demanded to leave his other job?

A.    I did not know.

Q.    And so when you found out -- when this was accidentally sent -- when Chen's offer letter was accidentally sent to you, do you know what day that was accidentally sent to you?

A.    I don't remember the date, but it was around when he was hired, so it could be in July or August, twenty- -- between these two months, I think, 2024.

Q.    July or August of 2024, okay.

A.    So immediately after seeing that offer letter, again I brought the same conversation that I had here, why like I'm paid -- I'm managing seven teams and 40 team members, why am I getting paid less, and his comment was the same, that you are -- you will not be paid the same as American workers because you are an Indian and visa.

Q.    And is Chen an American worker, your comparator an American worker?

A.    I don't know his visa -- immigration status.


ZAHN
COURT REPORTING
www.zahncourtreporting.com

Q.    Okay.  So you don't know if he was on visa or not?

A.    Correct.

Q.    When did you have this conversation -- did you have this conversation with Rajat again?

A.    Yes.

Q.    Do you know when?

A.    Like after I saw this offer letter.  I don't remember exact date, but it was after seeing that offer letter.

Q.    Was it a phone call that you had this conversation with Rajat?  Was it a live call?  Was it a virtual meeting?

A.    I remember having that conversation during one-on-one meeting.

Q.    Would it have been virtually or live?

A.    Virtually.

Q.    Virtually, okay.

A.    As a manager he had one-on-one meetings scheduled, so I don't remember exact date.

Q.    And -- but you think it was around the time Chen was hired, around the time you saw this letter?

A.    Correct, immediately after, within weeks or so.



October 28th I reached out to Harrison.  He was our VP, and I have a concern and I would like to talk to him.

Q.    And did he meet with you on that day?

A.    Yes.  He was busy.  He met with me for 15 minutes.

Q.    Was it virtual, live, phone?

A.    Not through phone, but I don't know if it was a scheduled meeting or just different teams meeting.  I don't remember.

Q.    And what did you say to Harrison during this October, 2024 call?

A.    So I had explained to him what I'm going through, like after I expressed interest to move to different team what I am going through, the sudden change in Rajat Nair's behavior and requesting the feedback and then my team size are reduced.  Then he promised he will schedule a meeting with me, Rajat, like three of us, and he scheduled that meeting on -- like three days after.

Q.    Okay.  And that was a meeting with who then?

A.    Rajat Nair, Harrison and me.

Q.    Okay.  And was that meeting virtual?

A.    That meeting was virtual, yes.


ZAHN
COURT REPORTING
www.zahncourtreporting.com

Q.      And what day was that?  You said three days after, so roughly October 31st, Halloween?

A.      Yes.

Q.      And is this still 2024 or 2025?

A.      No, 2024.

Q.      Okay.  And what happened at that meeting with Rajat, Harrison and you?

A.      So I again explained to him what had happened after September 6th, like I explained him the -- after I expressed interest in changing the team what was happening to me, and also I told him that I am going through the potential discrimination and retaliation.

Q.      For what?  What was your potential discrimination and retaliation for?

A.      Because I was only getting treated differently.

Q.      Treated differently why, because you had made a request to change teams?

A.      I don't know why he was doing it.

Q.      You don't know why -- what was the basis of what you -- what you thought your retaliation was?  You had -- you had said earlier that you had requested to change teams and then all a sudden --



A.      Yes.

Q.      -- all of these things happened.  So did you view your request to change teams as the basis of why he was retaliating against you?

A.      So what I can tell you is what had happened after September 6th, this is the behavior that happened.

Q.      Okay.  You had complained -- when you got the offer -- let me make sure I get the timeline right.  You had inadvertently seen Liang's offer letter in July.  Is that what you said?

A.      No, I didn't know exactly whether it was July or August timeframe.

Q.      Okay.  You had seen that and you had complained that you -- he only had to manage two teams and you had to manage seven and he only mentioned ten people and you had to manage 40, right?

A.      I said half of my team size.

Q.      Okay.  So at the same time you're getting a roughly 2,000 per month pay increase October of 2024, they're decreasing your supervision, your teams, due to reorg, but also they're decreasing your -- your teams to two, correct, so you're getting $2,000 more per month to manage less people, correct?


ZAHN
COURT REPORTING
www.zahncourtreporting.com

Q.    Do you feel like you're getting treated differently because you have to pay Social Security and Medicare taxes once you had H1B status?

A.    No.  My H-1 -- like that comment I just made, it's not about the tax.  It's purely based on my salary.

Q.    But your salary was reduced because of the tax, correct?

A.    Correct.

Q.    Your gross salary never changed, correct? Your total salary never changed, just your net salary changed?

A.    My take home pay got reduced.

Q.    Yes, but your -- your total, your gross salary before deductions, that wasn't reduced, correct?

A.    Correct.

Q.    Did you report to anyone that Rajat said you would not be paid as much because you were an Indian and had H1B status?

A.    No, I did not because Rajat Nair specifically told me not to document in the Ferguson system.

Q.    Okay.  But you were aware of the EEO policy of Ferguson, correct?  We discussed that


ZAHN
COURT REPORTING
www.zahncourtreporting.com

WhatsApp or teams.  I don't remember.

BY MS. TURK:

Q.    Do you have that communication?

A.    I have to look for -- look for my documents.

Q.    Do you know what Rajat's response to your request to look for other opportunities or roles internally was?

A.    Yes.  He said I am supportive of your relationship immediately, but what -- his words and actions spoke differently.  His words were immediate, and he -- he said I am supportive, but what -- his action is what -- I was concerned.  So immediately, on the same day, I requested him for a call, and he said I am -- I am not available, and I asked him Monday.  That was on Friday.  I don't know -- yeah, that was -- yeah, that was on Friday.  Then Monday -- I asked Monday.  He said Monday I'm not available, but that was the sudden change in his behavior.  My prior working relationship with him, he was -- he will make himself available, and what had happened after that was, September 6th I asked him, looking for internal opportunity.  Within 14 days he reached out to a product owner, asked for the feedback, made it visible to me, and, again, no other manager, including



Rajat Nair, did that in the past.  So -- and then my one on ones were canceled, and his availability also got reduced.

Q.    And he got you a $2,000 per month raise during that same timeframe?

A.    Yes.  That is still $2,000 less compared to my peer.  Yes, he did.

Q.    Okay.

A.    So -- and after that he changed my reporting structure, and he changed only my reporting structure, where other managers with the same title, they remained reporting to him.

Q.    Did you ever ask anybody why did my reporting structure get changed?

A.    I asked him to discuss that.  He was not available for that.

Q.    Did you ask anyone in HR?

A.    I did not.

Q.    Did you ask Michelle Hicks?

A.    Michelle Hicks, I did not.

Q.    Did you ask Harrison?

A.    I -- I -- yeah, I'm sorry, let me correct that.  In my EEO ticket I specifically called out that.

Q.    Okay.


ZAHN
COURT REPORTING
www.zahncourtreporting.com

Manimegalai Loganathan - April 15, 2026                          234

to different teams.  Within 14 days he requested they want feedback and made it visible to me, which had never happened in the previous six and-a-half years experience.  No other manager -- all the managers would have reported the feedback, but no other manager, including Rajat Nair, he didn't make any feedback visible to me then, and his availability -- sudden change in his availability, and he was canceling my one on ones.  Also he made -- only me, my reporting status got changed where other managers with the same title, same roles and responsibilities, they remain reporting to Rajat Nair, and my team size was reduced.

BY MS. TURK:

        Q.    And you believe he did all of this because you asked to change reporting structures?

        A.     It's not I believe, this is -- I am telling you what had happened.

        Q.     But it's -- do you believe he treated you differently or he discriminated against you by taking away your teams because you asked to move to a different reporting structure?

        A.     I cannot speak for his intention.  I can only tell you what had happened after I expressed interest.


ZAHN
COURT REPORTING
www.zahncourtreporting.com

COMMONWEALTH OF VIRGINIA AT LARGE: To wit:

I, Tracy B. Marinelli, RPR, Notary Public for the Commonwealth of Virginia at Large, of qualification in the Circuit Court of the City of Chesapeake, and whose commission expires July 31, 2026, do hereby certify that the within named deponent, MANIMEGALAI LOGANATHAN, appeared before me at Norfolk, Virginia, as hereinbefore set forth, and after being first duly sworn by me, was thereupon examined upon her oath by counsel for the parties; that her examination was recorded in Stenotype by me and reduced to computer printout under my direction; and that the foregoing constitutes a true, accurate and complete transcript of such proceeding.

I further certify that I am not related to nor otherwise associated with any counsel or party to this proceeding, nor otherwise interested in the event thereof.

Given under my hand this 28th day of April 15, 2026 at Norfolk, Virginia.

Tracy B. Marinelli, RPR

Notary Registration No. 212131

