# Exhibit 5

# Loganathan, Manimegalai

Manager - Software Engineering
Manager: Rajat Nair
Evaluated By: Rajat Nair

# FY24 Midyear Performance Checkpoint

Organization: Enterprise Services (Rajat Nair)
Location: Newport News – 751 Lakefront Commons
08/01/2023 – 01/31/2024

## Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| **Entered by:** | Rajat Nair | **Date:** | 02/15/2024 |
| **Status:** | I Acknowledge Review | | |
| **Comment:** | | | |

### Associate

| | | | |
|---|---|---|---|
| **Entered by:** | Manimegalai Loganathan | **Date:** | 02/15/2024 |
| **Status:** | I Acknowledge Review | | |
| **Comment:** | | | |

## FY24 Goals

### Improve the Technical Proficiency in JAVA

Contribute to ongoing development initiatives within the team.
Complete the JAVA programming training in Udemy

| | | | | | |
|---|---|---|---|---|---|
| Due Date: | 07/31/2024 | Status: | In Progress | Completion Date: | |
| Category: | | Development Goals | | | |

### Improve operational efficiency and effectiveness

Streamline at least one major process within the team, resulting in a % reduction in turnaround time.

| | | | | | |
|---|---|---|---|---|---|
| Due Date: | 07/31/2024 | Status: | In Progress | Completion Date: | |
| Category: | | Individual Goals | | | |

### Leadership and Professional Growth

Enhance leadership skills and pursue ongoing professional development.
Key Results:
Attend at least two leadership development workshops or courses in the next six months.
Provide mentorship to at least one team member, focusing on their professional growth and skill development.

| | | | | | |
|---|---|---|---|---|---|
| Due Date: | 07/31/2024 | Status: | Not Started | Completion Date: | |

CONFIDENTIAL

Category:               Development Goals

## Safety

Consistently discuss, demonstrate and confirm understanding of the Expected Safe Behaviors and Global Safety Rules supporting a First in Safety Culture.

Due Date:   07/31/2024        Status:   In Progress        Completion Date:

Category:               Organizational Goals

## FY24 Checkpoint Questions

### Associate: In what way(s) are you performing well?

### Leader: In what way(s) is the associate performing well?

| Manager Evaluation | Associate Evaluation |
|---|---|
| Response: During the first half of this fiscal year, Mani served as a Business Systems Analyst (BSA) for four months before transitioning to the role of Manager of Shared Services on December 1st, 2023. In her capacity as a BSA, Mani collaborated with cross-functional teams to ensure the timely delivery of deliverables, consistently exceeding schedule expectations without compromising on quality. She maintained a transparent and open line of communication with team members, leadership, and stakeholders. Since assuming the role of Manager of Shared Services, Mani has been immersed in learning about the new teams and engaging with business stakeholders. Over the past two months, she has focused on familiarizing herself with the expanded scope of responsibilities and building relationships with key stakeholders to facilitate a smooth transition into her managerial role. | Response: Successfully leading a cross-functional team to complete DOM project ahead of schedule. Effectively prioritizing tasks, increasing project efficiency. Proactively identifying and addressing potential roadblocks, preventing delays in project timelines. Maintained clear and transparent communication with team members & stakeholders. |

### Associate: What should you focus on or do differently?

### Leader: What should the associate focus on or do differently?

| Manager Evaluation | Associate Evaluation |
|---|---|
| Response: Mani's focus moving forward should encompass the following key areas: a) **Continued Familiarization and Relationship Building:** Mani is encouraged to persist in acquainting herself with the expanded scope of responsibilities. Building | Response: Evaluate delegation practices to ensure an equitable distribution of tasks among team members. Explore tools or techniques to streamline workflow and improve overall efficiency in time management. |

strong relationships with key stakeholders will be instrumental in ensuring a seamless transition into her managerial role.

b) **Communication Skills and Emotional Intelligence:** It is advisable for Mani to concentrate on refining both her verbal and written communication skills. Additionally, developing emotional intelligence and mastering the art of influence will contribute significantly to her effectiveness in the managerial position.

c) **Skillset Ramp-Up Roadmap:** Mani is encouraged to construct a skillset ramp-up roadmap, outlining detailed milestones to track her progress in learning initiatives. This roadmap should be tailored to her journey towards becoming a proficient technical manager in the services landscape.

Explore ways to enhance employee recognition programs to boost morale and motivation

CONFIDENTIAL