# Exhibit 6

Case 4:25-cv-00120-JKW-RJK    Document 37-6    Filed 07/17/26    Page 1 of 4 PageID# 425

File Provided in Native Format

CONFIDENTIALFERGUSON0000461

| **Feedback Received** | | | | | |
|---|---|---|---|---|---|
| **Actions** | **Date** | **From** | **Question** | **Feedback** | **Confidential: Not Shared with Feedback Recipient** |
| Feedback Given: on Manimegalai Loganathan from Dianne Diggs on 09/26/2024 | 9/26/2024 | Dianne Diggs | What should the associate continue doing (think behaviors that make the associate impactful and effective)? | Mani is very involved with hers teams she should definitely continue doing that. She shows a remarkable level of responsibility and dependability.. | No |
| Feedback Given: on Manimegalai Loganathan from Dianne Diggs on 09/26/2024 | 9/26/2024 | Dianne Diggs | What should the associate consider doing differently (think behaviors that will improve the associate's impact and effectiveness)? | If there is an issue Mani is quick to point the finger at someone instead of trying to help find a solution. When the teams are quickly trying to resolve an issue with another team and need to loop in L3 or request their assistance she will start questioning why we didn't notify them in advance and follow the correct process. Sometimes if there is a high priority issue we need to act quickly and do not always have advance notice. This makes our team look bad in front of other teams and its embarrassing to the teams working to resolve the issue. Being flexible goes a long way. Instead of trying to help resolve an issue she is quick to say that that is not her role it is a BSA, PO or Team Lead role. When its an issue we should all try to pitch in to get it resolved no matter what role you are in. Time is lost when we wait for others to resolve something that we have the knowledge to help resolve ourselves. | No |
| Feedback Given: on Manimegalai Loganathan from Michelle Hicks on 07/03/2024 | 7/3/2024 | Associate's Photo (Michelle Hicks) Michelle Hicks | What should the associate continue doing (think behaviors that make the associate impactful and effective)? | Mani is in the moment and does pretty good following meetings. She takes the initiative to solve issues, for example the score card for our Fuse to AKS migrations she worked with Arfas to get a Power BI report and also figured out how we could do a pivot in excel. She does well with follow through and tasks that need to be completed. | Yes |
| Feedback Given: on Manimegalai Loganathan from Michelle Hicks on 07/03/2024 | 7/3/2024 | Associate's Photo (Michelle Hicks) Michelle Hicks | What should the associate consider doing differently (think behaviors that will improve the associate's impact and effectiveness)? | Mani tends to interrupt people when on calls but has improved on this recently. On calls she sometimes doesn't understand the issue at hand and tries to solution on a meeting that is an update meeting. She also has had some issues with my BSAs it seems to spawn from one thing they don't do that initiates a discussion with Rajat and not myself. I think she is still finding her way as a manager and jumps to conclusions about work and people. She also doesn't follow the hierarchy in our group. Prior to reaching out to my team or Rajat she should reach out to me and give me a chance to fix the situation if it needs fixing. I've found there isn't a big enough issue for some of the issues that have been brought up. | Yes |
| Feedback Given: on Manimegalai Loganathan from Stephanie Goldberg on 06/25/2024 | 6/25/2024 | Associate's Photo (Stephanie Goldberg) Stephanie Goldberg | What should the associate continue doing (think behaviors that make the associate impactful and effective)? | Mani brings her technical acumen to her current role and leans in when available to help with issues. She is pleasant to work with and I look forward to seeing her grow into her role as working technical lead, growing her team and growing as a leader in her space. | Yes |
| Feedback Given: on Manimegalai Loganathan from Stephanie Goldberg on 06/25/2024 | 6/25/2024 | Associate's Photo (Stephanie Goldberg) Stephanie Goldberg | What should the associate consider doing differently (think behaviors that will improve the associate's impact and effectiveness)? | I don't get the opportunity to see Mani in action leading her team, but based on my interactions with Mani as her peer, Mani should consider taking more initiative to seek out opportunities to lean in on our current challenges/opportunities. I would like to see Mani be more proactive when we have issues, and be more aware of the work in the space, the issues her team is working on, and what is happening to resolve them. Additionally, Mani has great opportunity as she continues to embrace feedback with an open attitude and as a path for personal and professional growth. | Yes |
| Feedback Given: on Manimegalai Loganathan from Ginger Dowdy on 06/18/2024 | 6/18/2024 | Ginger Dowdy | What should the associate continue doing (think behaviors that make the associate impactful and effective)? | Supporting ways of working and processes Clarifying requirements and scope Escalating blockers and issues very quickly | Yes |
| Feedback Given: on Manimegalai Loganathan from Ginger Dowdy on 06/18/2024 | 6/18/2024 | Ginger Dowdy | What should the associate consider doing differently (think behaviors that will improve the associate's impact and effectiveness)? | Continue to exercise flexibility with ways of working and processes when there are urgent / time sensitive issues. Continue to reach out directly to individuals (tag in JIRA or Chat) that are blocking progress prior to escalating Continue to build own knowledge base for things like IT On Call numbers, IT Ops, IT Security, IT Sharepoint sites, etc. Continue instilling trust and ownership within team so they feel empowered to collaborate outside of team where necessary (ie - don't wait for a meeting) Continue to proactively share offshore holidays, especially those that will fall in a critical project phase (ie - Go Live deployment windows) | Yes |
| Feedback Given: on Manimegalai Loganathan from Linda Ware on 06/13/2024 | 6/13/2024 | Associate's Photo (Linda Ware) Linda Ware | What should the associate continue doing (think behaviors that make the associate impactful and effective)? | Continue bi-monthly 1:1 to remain connected to associates, where any issues or concerns can be addressed. | Yes |
| Feedback Given: on Manimegalai Loganathan from Linda Ware on 06/13/2024 | 6/13/2024 | Associate's Photo (Linda Ware) Linda Ware | What should the associate consider doing differently (think behaviors that will improve the associate's impact and effectiveness)? | Mani should take into consideration that some of her team members have experience in their respective areas that she does not. Because of that, she should trust their recommendations and not attempt to assert herself when she doesn't have the same knowledge/skill set to support decisions and directions. Being kept informed is one thing, trying to steer the (wrong)direction is another.Mani should also evaluate the role and duties/responsibilities of those reporting to her. All roles cannot be managed the same. Some roles are self-managing and too much involvement begins to feel like micromanagement. | Yes |

Manimegalai Loganathan

**Feedback Received**

| Actions | Date | From | Question | Feedback | Confidential: Not Shared with Feedback Recipient |
|---|---|---|---|---|---|
| Feedback Given: on Manimegalai Loganathan from Julie Hedly on 06/12/2024 | 6/12/2024 | Julie Hedly | What should the associate continue doing (think behaviors that make the associate impactful and effective)? | All responses reflect my perspective regarding the organizational changes of August 2023 and my ongoing interactions with the associates involved in the restructuring.<br><br>Considering the breadth of responsibilities placed on Mani, I believe she is performing admirably. She is beginning to forge the necessary relationships with each team member, who all have a diverse range of work duties. Due to the unconventional nature of the team, it takes longer to establish these relationships, as associates appreciate managers who understand their work roles and how they integrate into the organization.<br><br>She is presently in the phase of building relationships in her managerial role, focusing on establishing trust with her team members and grasping the wider scope of their roles within the IT department. Feedback from team members indicates she has excelled in this area. It's important to continue listening to her reports, even if it seems no immediate action can be taken on the issues. She has seamlessly taken on the management of the relationship with Justransform and is proactively tackling process issues in that partnership, demonstrating her commitment to the team.<br>Mani is proactive in seeking feedback to improve her contributions to the team. She is successfully leading the integration of service construction and the modernization of our processes. Her expertise in operational relationships and CI/CD processes is vital for the development of our services.<br>Understanding the integration space is complex and takes time. Mani has made significant progress in her tenure. She has proven to be a valuable member of the team, and I am confident that with time, she will become the driving force behind our push towards modernization. | Yes |
| Feedback Given: on Manimegalai Loganathan from Julie Hedly on 06/12/2024 | 6/12/2024 | Julie Hedly | What should the associate consider doing differently (think behaviors that will improve the associate's impact and effectiveness)? | It seems like Mani was given a vast amount of responsibility as a new manager. The Dice team stands out from typical Java development teams, presenting unique challenges that demand more from her. She oversees associates handling four distinct system areas, showcasing her adaptability and commitment to mastering our processes. Her effectiveness could be even higher with additional time to collaborate closely with the team. | Yes |