# Exhibit 8

Message
---

**From:** Harrison Rogers IV [Harrison.RogersIV@Ferguson.com]
**Sent:** 10/30/2024 10:45:14 PM
**To:** Rachelle Rhodes [Rachelle.Rhodes@Ferguson.com]; Adam Feldberg [Adam.Feldberg@ferguson.com]
**Subject:** FW: Feedback from FTE's for Mani

Making you aware of the below if you are not already. I'm discussing with Rajat tomorrow but I believe we are headed for a PIP.

---

**From:** Rajat Nair <Rajat.Nair@Ferguson.com>
**Date:** Tuesday, October 29, 2024 at 1:42 PM
**To:** Harrison Rogers IV <Harrison.RogersIV@Ferguson.com>
**Subject:** Feedback from FTE's for Mani

Good afternoon Harrison,

I have the feedback excel exported out of workday attached with this email as well as her performance review where I have attempted to address what she should do different based on the feedback received, with the aim being positivity and encouragement to change but as days and weeks go by things are deteriorating.

In addition to this attached document, we had a leadership summit last week around trust building, accepting and being open to feedback and change during which I had each one of the managers bring up how they would go about it. Mani spoke in detail about items and all the other managers ( including myself) chimed in and it was a very healthy and positive discussion. What we are seeing is a pattern that has been in play on a regular basis since the start of this calendar year - she listens to feedback, agrees to feedback and changes needed and doesn't change anything, we have the same discussion again a few weeks/months later.

The team feels alienated and targeted by her, I had shared feedback I had received from Supply chain ( Andrew L.) with her as well and it was around how the associates felt targeted, not trusted and not respected since she never showed up for the meeting that was setup at her behest to address some of it.UST management and associates shared their feedback in person when they were on site as well and I had shared the feedback with her in our 1-1 which as expected didn't go well either – The feedback was on the same lines as folks felt targeted, talked down to and that she was in ways abusing her role as a manager. I have requested UST to share the feedback in writing.

I am aware of one of her current mentors – Andrew Lautenslager ( from Supply chain) and he has had a similar experience where any/all coaching and feedback given goes nowhere. He obviously didn't share mentorship details but I will reach out to him via workday to share his feedback as well.

The goal behind having her manage lesser number of teams was because her feedback was she had too many teams and it was aimed at potentially coaching her to accept feedback and make changes. The whole proposed org chart changes for Services Engineering was put in place with the leadership teams input, including hers.

I had seen promise in this associate at the start of this FY but as the year has progressed it has turned for the worse and continues to get worse by the day. Linda ware (Reports to Mani) reached out during the review season and asked me if it the norm for managers to not share compensation details, during the review she mentioned she shared her feedback with Mani and Mani left the call without sharing the compensaton details. She had to reach out to her post the review to ask for it……

I had a discussion with Michelle Hicks on Monday on getting the documentation for a PIP started, we are on track to have that started next week. At this point associates feel that they cant approach Mani and it is highly toxic.

Earlier this month you had asked me if Mani is the right person in the wrong role or the wrong person in the wrong role, with all the feedback now being provided and the team's apprehension to work with her I believe she is the wrong person for any role in Ferguson as she is the exact opposite of the culture we are trying to build.

Folks you can reach out to get more details

FERGUSON0000459

1 – Andrew Lautenslager ( Mentor)
2- Michelle Hicks( Peer)
3 – Linda ware ( reports to her)

Regards

**Rajat Nair,**
**Director of Services Engineering – Digital Engineering**
**Information Technology Department**

**Ferguson Technology Center**
751 Lakefront Commons, Newport News, VA 23606

**Email –** rajat.nair@ferguson.com

FERGUSON0000460