# Exhibit 10

12:27

< 86   RF   **Rajat Ferguson**

👍

Whats up?   5:10 PM

Shall I call you?   5:24 PM ✓✓

📞 **Voice call**
2 hr
5:26 PM

Quickly   5:26 PM

I'm thrilled to accept the offer for the position of IT Manager in the Shared Services Engineering department, and I sincerely appreciate your consideration. However, I do have a concern regarding the compensation offered, as it appears to align with the lower end of the salary range mentioned in the job description. I would like to inquire whether there is a possibility to revisit and assess my performance after six mon with the potential for a salary increase.   5:26 PM ✓✓

P476