# Exhibit 12

# EPG Case Summary

| Case ID | EC001704 |
|---|---|
| Case Name | Michelle Hicks and Adam Felberg |
| Case Description | Rajat Nair is Mani (Maniegalai Loganatham) mentor.  Rajat and Harrison were having a conversation with Mani about her performance.  Told her that he got feedback from vendors and associates.  She stated that she felt like she was being harassed and retaliated because she reached out to Rajat and he didn't respond.<br>Rajat stated that she sent him a teams message a little after 5:30 pm and he was at the vet with his dog who was experiencing a seizure and he didn't respond.  There was no other reason why he didn't respond. |
| Case Template | Investigation |
| Created By | Donna H Cox |
| Created About | Rajat Nair |
| Assigned To | Donna H Cox |
| Creation Date | 11/10/2024 |
| Date Opened | 11/01/2024 |
| Date Closed | // |
| Is the subject of this investigation a US District Manager, US HQ Sr. Director, WCA CLT, US VP, ELT or ExComm member? | No |

# Associated Parties

| Person Type | Internal Person |
|---|---|
| Person Select | Rajat Nair |
| Involvement | accused |
| Contact Email | Rajat.Nair@ferguson.com |
| Contact Phone | ██████████ |

| Person Type | Internal Person |
|---|---|
| Person Select | Manimegalai Loganathan |
| Involvement | target |
| Contact Email | Manimegalai.Loganathan@Ferguson.com |
| Contact Phone | ██████████ |

| Person Type | Internal Person |
|---|---|
| Person Select | Harrison Rogers |
| Involvement | Rajat's manager |
| Contact Email | Harrison.RogersIV@Ferguson.com |
| Contact Phone | ██████████ |

# Case Comments

| Comment | HRC0509354 case notes |
|---|---|
| Is Hidden? | No |
| Attachment | HRC0509354.docx |
| Date Added | 11/15/2024 |
| Added By | Donna H Cox |

CONFIDENTIAL

# Case Comments

| | |
|---|---|
| Comment | Attachments to HRC0509354 |
| Is Hidden? | No |
| Attachment | Manimegalai_Loganathan_-_Manager_-_Software_Engineering_reviewed_by_Compensation_Review__FY24_Co.pdf Addressing Multiple Concerns Including I-140 Petition Processing.msg\|RE_ Mani 1_1 - 11_5_2024 - follow up.msg\|My observations post 0906.xlsx |
| Date Added | 11/15/2024 |
| Added By | Donna H Cox |

CONFIDENTIAL

FERGUSON0000483

# Case Comments

| | |
|---|---|
| Comment | 11/15/24 9:30 am Conversation with Mani.  Tell me what is going on.<br>On 9/6 I told my manager Rajat saying that I wanted to look for other opportunities.  Before that, I wanted to move.  I felt I don't have transparency I found it difficult to manage my team.  I ask him to let me handle the work and if I can't manage it, I'll come to you.  If my teams are reaching out to you please redirect them to me.  He said no, in this company they can go to anyone.  I'm a brand new manager and if he doesn't support me, how am I going to get them to come to me instead of him.  I had one associate that came to me on my first day of being a manager they said I'm not happy you are my manager.  I have more associates than any other managers.  I have production team and there are lots of difficult projects.  One day I was down 2 associates and the team was notified that someone reached out and said we need this work done now, team reached out and told me.  I reached out and said what is the impact if we don't do that today.  They said no, this is a high priority.  I have to protect my team, I asked them to give me time to talk to my team.  I asked them in the future could they give me advance notice.  I decided after that and said I wanted to leave this group and look within Ferguson 9/6 – I asked if he had available.  He said he was unavailable, I asked shall I look for other opportunities.  He declined his availability, I felt that he was unhappy with me.  9/7 I sent a personal message to his phone – Ok will take back my words and I will stay with this group.  After that our interactions everything have changed.  His response and availability has changed.  I continued to work on it.  Rajat requested a feedback on me on 9/20 and he made it visible for me.  I reached out and asked why did he request this and made it visible to me.  He said I had 6 feedbacks and only one was visible to me.  All of my teams were part of the calls and it was about estimation.  I was told that I wasn't invited to the meeting.  He said I didn't need to be on every call.  He had my team but wouldn't invite me.  I was struggling.  I decided that I wanted to step out of this role.  Andrew is the best manager I ever had.  I requested he be my manager.  I told him about situations but never used names.  What would you do if you were me.  I didn't end up getting that position.   I have zero knowledge in supply chain.  If I ask for something, he's too busy.  It is a drastic change.  Before 9/6 Shared services were all me.  10/22 – all managers are there and all of the sudden I was moved under Michelle.  I was trying to tell him I wasn't happy about this.  He said we have to do what is best for the company and the business.  The way he talked to me is drastic change.  All I wanted was a peaceful environment where I can provide services to Ferguson.  Harrison gave me 10 minutes of time I told him about my concerns, so he decided we all needed to meet to talk - him, Rajat and me on 10/31.  Rajat said I didn't trust my team, I wasn't a good manager, 6/2024 I was given a spot light leadership award.  I was trying to tell him.  I told him that I feel like it's retaliation and harassment.  Harrison stated that those are big words against Rajat and I'm going to start an HR case.<br>This is creating a lot of stress – the visa situation.<br>11/5 When I had my call with Michelle she said she was recording the call for her notes.<br>She told me - We want you documenting where you removed roadblocks.  We want to see how you are managing your team.  Why am I having to do this and am I the only manager having to do this?<br>I followed up with Michelle and asked if she got with Rajat about my Visa.  She said he was in India and I left him a message.  Michelle was out of the office and on 11/8 I reached out to Rajat.  I asked about the visa.  He said that he sent an email about the cost.  I waited a couple of hours before I asked Michelle if she had any update from her.  She was trying to catch up so I gave her time.  So on Monday 11/11 evening Harrison set a meeting for the next day for 11/12 – at that time I felt something was not right.  As I feared Harrison told me they were not ready to invest because of my performance issues.  I told him that I had a performance review and I received a 3 and a 17% bonus and an increase.  I was told 17% based on my hard work.  So how did my performance change drastically.  Since Monday I have been worried a lot.  I haven't slept.  After that meeting, I called Ferguson mental health.  No one is going to do anything for me.  What happened to my career, my family.  All of this just because I said I wanted to apply for a position.<br>I explained to Harrison and Harrison stuck to saying we have to see your performance before we are going to invest in this.  Now they want to evaluate my performance.<br>In that meeting, they requested a 360 feedback.  Was that only me or every manager.  He said HR would contact me.  I took off because I was worried.  I am dealing with mental health issues.  Ferguson health line said I was suffering from panic attack.  I needed a therapist to help me.  Yesterday during my 1-1 they are going to put me on a performance improvement plan.  When I asked why, it was based on the feedback they received.  I quoted the PIP policy that a person has to get a 1 or 2.  Where was it documented if I didn't meet expectations, it was not mentioned in my review.  I was looking to understand.  I've been here since 2018, I have never received any corrective action.  I have always been 4s and 3s on my reviews.  Why am I going through all of this.<br>How will I be able to look for another job within Ferguson with all of the feedback in my file?<br>What can we do about my visa, it's time sensitive.  I asked what the deadline was and she stated it needed to be started in one month.<br>As the manager he knows some of the challenges I've had with people.  Should I tell you who they are?  Yes please.<br>ok, Linda Wear, Michelle Hicks, Deanna Diggs, contractors – Arfas Sait, Indu Philip.   UST Global.  I |

FERGUSON0000484

# Case Comments

| | |
|---|---|
| | review their invoices. They may not be happy with me. |
| Is Hidden? | No |
| Date Added | 11/16/2024 |
| Added By | Donna H Cox |

| | |
|---|---|
| Comment | 11/19/24 10:30 am - Conversation with Harrison<br>Rajat was in the middle of doing a reorganization several months ago, needed to look at a broader restructure because there were more resources coming onto my team.<br>Mani called me and said she was concerned so I set up a time for us to talk.  She laid out concerns regarding Rajat's lack of communication.  I told her that I had Rajat really busy however I thought it best to get us all on a call to discuss.<br>On the call with me, Rajat and Mani. We went over the concerns that we received from stake holders. We had 5 or 6 people provide feedback and put it all together to discuss with her.  The feedback centered around her lack of soft skills, working well with stake holders and the way that she reacts tends to be combative and her team feels micromanaged.<br>Mani specifically that there was a shift in her mentor/mentee relationship with her and Rajat and she felt like it was harassment and retaliatory. Retaliatory nature following her applying for another position. Rajat laid out the timeline of those conversations with her.  Friday evening she kept sending him messages on his personal phone.<br>I let her walk me through what she thought and then Rajat addressed her accusations of retaliation. After Rajat addressed that, I asked Mani if she agreed, she said yes.<br>Donna - When did we decide to place her on a PIP?<br>Harrison - The PIP came about based on the feedback we received. Adam Feldberg suggested that we put Mani on an unofficial PIP. Rajat received additional feedback and at that time I told them that we needed to place her on an official PIP. |
| Is Hidden? | No |
| Date Added | 11/25/2024 |
| Added By | Donna H Cox |

| | |
|---|---|
| Comment | Feedback sent to Rajat |
| Is Hidden? | No |
| Attachment | Feedback.pdf |
| Date Added | 11/25/2024 |
| Added By | Donna H Cox |

CONFIDENTIAL

FERGUSON0000485

# Case Comments

| | |
|---|---|
| Comment | 11/20/24 8:00 am – Conversation with Rajat<br>Last year we reorganized. We had back-end and a front-end groups. Mani's group needed to step up on support. She told me that she had a company phone and she can't answer a company phone all of the time and I told her she didn't need to, I will handle it.<br>She stated that she was happier being an individual contributor instead of a manager. She said it was affecting her work life balance. She said she was having trouble with learning all 5 people. She takes everything personally. I told her that she needed to work on her delivery, she is more accusatory. She asked if there was a position within my organization for an individual contributor and I said not right now. She applied for a position within supply chain. She sent a text said the reason she was applying 9/6 – I'm not sure I should apply for a new role.<br>Harrison asked - is she the right person in the wrong role and I said yes. 9/6 she said she was applying for the role.<br>The report (feedback) is that she is doing the same thing to her associates that she is complaining about. We went through a workshop without names and worked on the structure. Mani was part of that exercise. L3 and the BAU teams. This was an attempt to give her smaller team to help her learn and grow.<br>After Mani was given the feedback, we asked her to provide things that she needed to work on based on the feedback. She didn't provide anything because she said that she doesn't know what the feedback is even though Harrison and I went over it during the call.<br>I was told to ask for feedback, I also had people ask me if they can give feedback on Mani and I said yes and I had vendors who were giving me feedback.<br>10/31 Harrison and Rajat went through all of the feedback with her. She didn't accept the feedback and wanted to know if she could go to HR against the people who gave feedback.<br>She says that because Rajat isn't available to her, she is being targeted and harassed. You can't rely on what she says and won't take accountability.<br>Mani requires to have day to day help and conversation.<br>Look at her yearly review |
| Is Hidden? | No |
| Date Added | 11/25/2024 |
| Added By | Donna H Cox |

| | |
|---|---|
| Comment | 9/6 teams message from Mani to Rajat |
| Is Hidden? | No |
| Attachment | GetAttachmentThumbnail.png<br>GetAttachmentThumbnail.jpg\|GetAttachmentThumbnail.jpg\|GetAttachmentThumbnail.jpg |
| Date Added | 11/25/2024 |
| Added By | Donna H Cox |

| | |
|---|---|
| Comment | Rajat's timeline of events regarding the reorganization of his team |
| Is Hidden? | No |
| Attachment | Org_discusions_meetings_timelines 1.docx |
| Date Added | 11/25/2024 |
| Added By | Donna H Cox |

| | |
|---|---|
| Comment | 9/6-7 text messages from Mani to Rajat |
| Is Hidden? | No |
| Attachment | GetAttachmentThumbnail.jpg<br>GetAttachmentThumbnail.jpg\|GetAttachmentThumbnail.jpg |
| Date Added | 11/25/2024 |
| Added By | Donna H Cox |

CONFIDENTIAL    FERGUSON0000486

# Case Comments

| | |
|---|---|
| Comment | 11/4/24 - Adam and Michelle called and stated that Mani was asking to be placed in an individual contributor role.  We met with Rajat, Harrison, Adam and Michell on 11/5/24 to see if there was an available individual contributor role available.  Harrison and Rajat said there is not an open individual contributor role. |
| Is Hidden? | No |
| Date Added | 12/13/2024 |
| Added By | Donna H Cox |

| | |
|---|---|
| Comment | 12/10/24 - Morgan Hunsaker and I had a conversation with Mani.  I explained to Mani that I could not substantiate her claim of harassment or retaliation.  She stated that she did not understand. She stated that she was placed on a PIP and the PIP didn't follow the PIP policy.  I explained that we didn't have a PIP policy and that a performance improvement plan is meant to give specific goals than when met, would bring the improvement needed to be a success in that role.  She said that she didn't agree with the feedback, she stated that she was put under Michelle and she didn't like that because her and Michelle don't get along.  I asked her why and she said because she used to report to Michelle and when she (Mani) was promoted she challenges what Michelle and her team do and Michelle didn't like that.

She stated that she kept trying to talk to Rajat on 9/6 and he wasn't available to speak to her.  She stated that she kept asking him to please meet with her, could they meet on Monday, he told her that his Monday was very busy. She stated that was what made her feel like it was retaliation because he wouldn't make himself available to her. I told her that I did have copies of the messages between them and at one point during the exchange, he told her that he would make time for them to talk on Monday.  She told me that wasn't true.  I pulled up the messages and read it to her.  She told me that she was trying to tell him that she wanted to look for another job.  I asked if she had a conversation with him on 9/5 about that and she said no.  When I was looking at the messages and Rajat references a discussion that happened the day before.  She said yes they had spoke about it the day before.  I then asked, if she had told him the day before, why was there such an urgency to speak to him?  She said because he was unhappy with her.  I asked how she knew that, did he tell her that he was unhappy with her?  She said no he told her that he was fine with it but she didn't believe him.  I told her that in the messages he said that he wants her to do what makes the most sense for her.  She told me that he did say that but she doesn't believe him. I asked why, she said because he wouldn't get on a call with her. I read the string of messages and when I got to the part where she asked Rajat about talking to Harrison and what should she tell him and Rajat stated for her to tell the truth, same as she told him (Rajat).  She spoke up and said that she had lied to Rajat.  She didn't tell him that the real reason she wanted to move to another position was she didn't like Rajat's leadership.  She stated that she was truthful to Harrison when they spoke.
She started talking about the reorganization and I asked her if she was in all of the meetings where they were discussing the new organization structure and she said yes. During the investigation I was made aware that everyone in those workshop/meetings knew that there were changes happening even though you may not have the specific names of who was going where and she stated there were always names on the board.  She went back to being upset about having to report to Michelle again.  She also stated that she doesn't agree with any of the feedback because she feels like they only asked people for feedback that didn't like her. We asked if she was told who gave the feedback and she said no but she feels certain she knew who it was.  She said that she had never heard this feedback before and wanted to know why now and why it was never discussed in her review.  Morgan had pulled up her mid-year and annual review and there was similar feedback in both regarding her need to work on her communication skills, emotional intelligence and building trust with associates.  She asked Mani about that and Mani didn't respond to that.
I also told her that during my investigation it was brought to my attention that when Harrison and Rajat were going over the feedback she had asked if she could go to HR to file a complaint against those who gave that feedback.  She denied ever saying that.
She stated that Michelle has asked her to give her a report on what she did daily.  She didn't want to do that.  I asked if Michelle did that in order to better understand what her and her team were doing.  She said she didn't think so.  I said there was nothing wrong with Michelle asking for that and she said, ok so can I do that to my people?  I can ask them to give me a report of what they do?  I stated that if she doesn't know and need to better understand what they do, then yes she could. However if you are doing just because you are upset that you are being asked for that then I would say that isn't productive. |
| Is Hidden? | No |
| Date Added | 12/13/2024 |
| Added By | Donna H Cox |

CONFIDENTIAL

FERGUSON0000487

# Case Comments

| | |
|---|---|
| Comment | I had told Mani that I would speak to her on 11/25/24 however she took that week off.  I was out of the office 11/29- 12/4. |
| Is Hidden? | No |
| Date Added | 12/13/2024 |
| Added By | Donna H Cox |

CONFIDENTIAL

FERGUSON0000488