# Exhibit 14

# Redacted - Privileged and Work Product

**From:** Harrison Rogers IV <Harrison.RogersIV@Ferguson.com>
**Sent:** Friday, January 26, 2024 1:09 PM
**To:** Rajat Nair <Rajat.Nair@Ferguson.com>; Laith Haddadin <Laith.Haddadin@Ferguson.com>
**Subject:** Re: Request for Discussion Regarding Unforeseen Tax Obligation Impacting Take-Home Pay

CONFIDENTIAL

FERGUSON0000492

Apologies for the delay on this. I asked HR to help us chase down some guidance. Here's what I got back.

In terms of her monthly paycheck being lower now that the taxation has been properly applied, her take-home income is lower, but that new rate is consistent with all Ferguson associates. Since her visa status has changed, the taxes she is responsible for have changed. For example, a $100K salary doesn't mean you take home $100K. It's $100K minus the taxes we owe the government. We don't get our salary trued up to offset the taxes we owe. I think it's likely a shift for her in terms of her being taxed on an H1B visa status.

I don't see tax rate as justification for a raise. Let's keep her motivated to continue growing her skillset and contributions and we'll keep growing her comp commensurately.

Let me know if you have any additional thoughts.

Thanks,
Harrison

---

**From:** Rajat Nair <Rajat.Nair@Ferguson.com>
**Date:** Monday, January 15, 2024 at 4:00 PM
**To:** Laith Haddadin <Laith.Haddadin@Ferguson.com>, Harrison Rogers IV <Harrison.RogersIV@Ferguson.com>
**Subject:** RE: Request for Discussion Regarding Unforeseen Tax Obligation Impacting Take-Home Pay

Mani reached out about the below, please share your thoughts around it.

**Rajat Nair,**
**Director of Services Engineering – Digital Engineering**
**Information Technology Department**

**Ferguson Technology Center**
751 Lakefront Commons, Newport News, VA 23606

**Email –** rajat.nair@ferguson.com

---

**From:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Sent:** Monday, January 8, 2024 2:05 PM
**To:** Rajat Nair <Rajat.Nair@Ferguson.com>
**Subject:** RE: Request for Discussion Regarding Unforeseen Tax Obligation Impacting Take-Home Pay

Sandy initially mentioned that the taxes were deducted due to the change in my role. However, upon thorough investigation, it was found that OSADI & Medicore taxes are compulsory deductions for individuals. As I was initially hired on a student visa, these deductions were not made. However, upon transitioning to an H1B visa, these taxes became mandatory. The Tax team missed updating my Visa status, which led to no deductions until the pay period ending in Nov 2023. However, they have now updated it, meaning that starting from January 2024, I will need to pay those taxes which would significantly reduce my monthly pay.

CONFIDENTIAL                                                                 FERGUSON0000493

**Thank You,**

**Manimegalai Loganathan,**
**IT Manager, Services Engineering, Shared Services.**

---

**From:** Rajat Nair <Rajat.Nair@Ferguson.com>
**Sent:** Monday, January 8, 2024 1:40 PM
**To:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Subject:** RE: Request for Discussion Regarding Unforeseen Tax Obligation Impacting Take-Home Pay

Hi Mani – I am not sure I follow, what caused these additional taxes to be owed ?

**Rajat Nair,**
**Director of Services Engineering – Digital Engineering**
**Information Technology Department**

**Ferguson Technology Center**
751 Lakefront Commons, Newport News, VA 23606

**Email –** rajat.nair@ferguson.com

---

**From:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Sent:** Monday, January 8, 2024 12:45 PM
**To:** Rajat Nair <Rajat.Nair@Ferguson.com>
**Subject:** Request for Discussion Regarding Unforeseen Tax Obligation Impacting Take-Home Pay

Hello Rajat,

I need to bring to your immediate attention an unforeseen circumstance concerning my taxes. Recently, Sandy Sherrill from the Tax Team notified me of an additional $630 in taxes owed for OSADI & Medicore. While Sandy kindly processed a refund for the current month, effective January 1, 2024, this additional tax obligation will impact my take-home pay, reducing it significantly, almost to the level it was two years ago.

This unexpected change has caused a substantial financial impact. Although Sandy assisted with this month's refund, the looming tax obligation from the new year with my current salary is concerning.

In light of this situation and my consistent dedication to delivering high-quality work while positively contributing to our team's success, I am seeking your understanding and support for a possible salary adjustment.

Your consideration and willingness to discuss this matter further at your convenience would be greatly appreciated.

Thank you sincerely for your time and ongoing support.

Warm regards,

**Thank You,**

FERGUSON0000494

**Manimegalai Loganathan,**
**IT Manager, Services Engineering, Shared Services.**

CONFIDENTIAL