# Exhibit 15



# Manimegalai Loganathan
## FY24 Compensation Statement

Manager - Software Engineering

Manager:  Rajat Nair

## Merit

| Effective Date | Previous Salary | New Salary | % Increase | Increase Amount |
|---|---|---|---|---|
| 10/01/2024 | $8,830.62 | $9,077.88 | 2.8% | $247.26 |

## Other Awards

Additional Adjustment

| Effective Date | Previous Salary | New Salary | % Increase | Increase Amount |
|---|---|---|---|---|
| 10/01/2024 | $9,077.88 | $10,422.24 | 14.80% | $1,344.36 |

## Bonus Plan

| Bonus Plan | Bonus Amount | Eligible Earnings | % Paid |
|---|---|---|---|
| Annual Bonus | $17,413.95 | $102,109.54 | 17.05% |

## Compensation Proration

| Effective Date | Proration Event | Compensation Basis | Proration % | Eligible Earnings | Target % | Business Results % |
|---|---|---|---|---|---|---|
| 08/01/2023 | Start of Period | $92,451.96 | 16.70% | $15,408.66 | 8.00% | 115.00% |
| 10/01/2023 | Base Pay Change | $96,334.92 | 16.70% | $16,055.82 | 8.00% | 115.00% |
| 12/01/2023 | Base Pay Change | $105,967.44 | 66.70% | $70,644.96 | 15.00% | 115.00% |

- A performance increase is a base pay increase given to an associate based on individual performance in the prior fiscal year.

- Ferguson's Annual Bonus Program provides a short-term incentive to eligible associates in order to recognize an individual's prior year performance and contributions. Bonus amounts are determined based on individual performance as well as overall company performance. Bonuses are intended to drive performance at an individual level so that the company's strategic and financial goals are met for the fiscal year. Field Bonus Pools have been calculated based on actual Adjusted Operating Profit relative to Budgeted Adjusted Operating Profit. Bonus pools for HQ and IT cost centers are aligned with overall company performance.

- Bonus may be prorated due to hire date, base salary, bonus target and/or job changes during the fiscal year.

**P26**