# Exhibit 16

**Manimegalai Loganathan**   Chat   Shared   What did I do Right   ⊕

next slot works

We are at eod Mani, let me know about your thoughts on what we discussed yesterday and today morning

Manimegalai Loganathan  9/6 4:07 PM

I was waiting for your availability. Since you were busy, I thought I will decide after discussing with you whenever you are available.

9/6 4:24 PM

Getting on a call will be impossible today, heading to the vet for my dog right now

Manimegalai Loganathan  9/6 4:27 PM

would it work on monday?

9/6 4:39 PM

Monday is slammed currently too 🌐, can it be managed via chat ? I was looking forward to getting your thoughts today, as I have my meeting with Harrison early next week.

Manimegalai Loganathan  9/6 4:43 PM

Sure

Shall I start exploring internal openings?

9/6 4:45 PM

Yep

You have my manager approval to proceed

Manimegalai Loganathan  9/6 4:46 PM

Thank you!

FERGUSON0000479