# Exhibit 17

| Date | Events | Comments |
|---|---|---|
| Prior to 09/06 | In all of my 1:1 meetings, I was consistently told that I was doing great and to continue the good work. I was never informed of any performance issues or that I had received negative feedback about my performance. | |
| | FY24 Performance Review, I was told , to recognize my contribution to the team, I was provided ~17 salary hike | Feedback comments and salary increase speaks about creditbility |
| 13-Aug | Skiplevel meeting with Harrison | During my meeting with Harrison, I was told that Rajat always speaks highly of me and has been supportive. Harrison mentioned that they want to grow me as a leader in our space |
| | I found the lack of accountability, autonomy, and transparency, along with actions that seemed to undermine my leadership, created a challenging environment for establishing credibility and building trust with my teams. This situation has hindered my ability to enhance efficiency and implement new ideas and processes aimed at improving team performance. | |
| 6-Sep | I expressed interest in exploring internal openings outside our group, and he approved it. | **Unavailability** I checked his availability throughout the day on Friday to discuss before putting it in writing, but he wasn't available then or on Monday. |
| 7-Sep | Even though he gave me the green light to apply for the new role , I noticed his declining availability on September 6th. I assumed he might be unhappy with my decision to explore other opportunities, so I let him know that I would drop my plans to look elsewhere and continue in my current role. | 09/07 It happened through persnoal phone - chat message |
| 20-Sep | He requested feedback to Dianne in workday and made it visible to me | **I felt intimidated.** Requesting feedback is normal, but making it visible to me—especially after I expressed interest in exploring other opportunities. According to Rajat, he received six other feedback that were not made visible to me |
| 26-Sep | I was told I don't need to participate in the estimation discussions my teams are having with Rajat. | **Exclusion from Meeting** Before 09/06, Rajat stated that I was responsible for the SDLC of the project. Estimation is part of SDLC. |
| 30-Sep | I applied for the Solution Architect role | |
| 10-Oct | I requested Rajat's availability at 8:44 AM to discuss the replacement plan for the DICE team resource, Sini. He responded at 5:12 PM, indicating he could meet the next day before 8:30 AM. | **Response Delays**: I noticed a delay in responses, which wasn't the case before 09/06 |
| 17-Oct | I asked his availability to discuss his expectations on the Incident report task Eric is working on | **Unavailability** His reponse : he wasn't available all the way 4/5 pm |
| 17-Oct | Scheduled 1:1 with Rajat was Cancelled by Rajat | **Unavailability :**No reason specified |
| 22-Oct | I sought Rajat's availability to discuss my concerns about the reorganization, and he suggested we talk during our 1:1. | **Unavailability, Team Reorganization:** The reorganization plan drafted before September 6th had the Domain Teams assigned to me. However, that changed on October 22nd, and I was moved under Michelle. I told him that I was not happy and I'd requested for a call to understand the reasoning behind this decision but he was not available |
| 28-Oct | Scheduled 1:1 with Rajat was declined | He declined my meeting, mentioning he had an ITLT meeting, but I noticed he was available for a call with all the Managers shortly after. |
| 28-Oct | Reached out to Harrison looking for his guidance to navigate the challenges | I informed him that I have workplace challenges and I was looking for his guidance to navigate this challenges |
| 31-Oct | Harrison scheduled a meeting with Rajat & Me , I again told him that I felt retaliation and work place harrasment but Harrison Rogers told me that those are big words and I am accusing Rajat. He will open a HR case to investigate but HR not contacted me yet | |
| 1-Nov | I was moved under Michelle | While other Managers continue to report to Rajat and most of my teams were moved under different Managers |
| 5-Nov | I was asked by Michelle during My 1:1 i.Documenting where you helped remove roadblocks for your teams listing who and when it occurred. ii.Document your understanding of the architect decisions made for your teams and which architect and when. | I have been feeling micromanaged, and it seems there is a lack of trust. This has been affecting my ability to work effectively and comfortably. |
| 12-Nov | I was informed that my I140 processing is on hold because of performance issue. | Harrison informed me that a 360 feedback about me has been requested. I was surprised that this feedback was requested after I raised a concern about the ongoing situation, as it could be perceived as retaliation or harassment. When I raissed my concerns about Michelle's requests and my feeling of being micromanaged. Harrison mentioned that this level of oversight is necessary due to my performance issues and the need for close monitoring. I felt that my concerns are orverlooked I also mentioned Harrison that As this is highly time-sensitive, and any delays could result in the loss of my legal status to work and leave the country. This would have significant implications for my family's legal status, including my children's education and our future. |
| 12-Nov | Called @ 4:06 PM Est Ferguson Mental health help line 833-606-4280 to deal with work place stress and Anxiety | Spoke to Richard G., Work Life Solutions and he provided the list of mental health therapists list to schedule an appointment. He mentioned that I am having panic attacks |
| 13-Nov | Reported Associate Workplace or EEO Concerns -HRC0509354 | |
| 13-Nov | Took Sick Leave due to mental health issue and Informed Michelle Hicks but no response from her | |

| Date | Events | Comments |
|------|--------|----------|
| 14-Nov | Waiting to hear from Dominion Mental Behavioural Health care for my appointment | Called 804-469-8087 Lexi |
| 14-Nov | During 1:1 with Michelle , I was told that I will be put into Perfromance Improvement Plan | |
| 14-Nov | Reached out to HR Adam Feldberg asking his availability to discuss PIP but he suggested me to wait for EPG team to contact me | |
| 15-Nov | Emailed Michelle & Adam to ask for the explanation about the reasons for PIP because as per the policy PIP is meant for associates who got rating 2 or 1 | |
| 15-Nov | Reported Associate Workplace or EEO Concerns  Michelle Hicks -HRC0510086 | |
| 15-Nov | EPG Team Donna  Cox  scheduled a meeting to discuss HRC0509354 & HRC0510086 | |
| 19-Nov | Met with Michelle & Adam to review the email I sent asking for clarfication about PIP but they werent focused on explianing my questions, instead they asked me to consider PIP as positive opportunity to improve my performance, also my request to record the call was declined. | |