# Exhibit 18



We've deleted older messages due to your org's retention policy.

10/28 12:37 PM

Hello Harrison, Good Afternoon

I am going through some challenges at work and would like your guidance to navigate these challenging times. Would you have any availability to discuss my concerns over the call?

Harrison Rogers IV  10/28 12:41 PM

Absolutely and thanks for bringing this to my attention. I'm back to back until after 5pm today. But I will let you know if any meetings end early.

❤️

If we dont connect today, I may have some time in the car I could call you from tomorrow.

10/28 12:42 PM

Thank you So much Harrison. Sure. I know you have tons of things going on that needs your attention.

**P118**

**08/13 – Skip level meeting with Harrison**



**10/28  contacted  Harrison seeking for his guidance**



**10/31 – Meeting with Harrison/Rajat**

I informed Harrison that after I expressed in applying for internal roles on 09/06 , I have noticed significant changes in Rajat's availability and communication, as well as some intimidating behavior, accompanied by a reduction in my responsibilities. These changes have created considerable mental pressure for me, and I am concerned that, considering these circumstances, this situation may be perceived as retaliation or harassment.

Harrison's response.

I was told that he will initiate the HR process to address the concern.

