# Exhibit 19



# Manimegalai Loganathan

Manager - Software Engineering
Manager:          Rajat Nair
Evaluated By:     Rajat Nair

# FY24 Annual Review

| | |
|---|---|
| Organization: | Enterprise Services (Rajat Nair) |
| Location: | US-Remote-Virginia |

02/01/2024-07/30/2024

## Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| Entered by: | Rajat Nair | Date: | 10/02/2024 |
| Status: | I Acknowledge Review | | |
| Comment: | | | |

### Associate

| | | | |
|---|---|---|---|
| Entered by: | Manimegalai Loganathan | Date: | 10/02/2024 |
| Status: | I Acknowledge Review | | |
| Comment: | | | |

## FY24 Goals

### Improve the Technical Proficiency in JAVA

Contribute to ongoing development initiatives within the team. - Reviewing the user stories to make sure they captures all the requirements, reviewing the mapping documents, Identifying the error handling scenarios, and performance improvement

Complete the JAVA programming training in Udemy - Working on the Java Training.

| | | | |
|---|---|---|---|
| Due Date: | 07/31/2024 | Status: | In Progress |
| Category: | Development Goals | | |

### Improve operational efficiency and effectiveness

Streamline at least one major process within the team, resulting in a % reduction in turnaround time.

Identified multiple areas for process improvement and currently working on the implementation

| | | | |
|---|---|---|---|
| Due Date: | 07/31/2024 | Status: | In Progress |
| Category: | Individual Goals | | |

CONFIDENTIAL

## Leadership and Professional Growth

Enhance leadership skills and pursue ongoing professional development.
Key Results:
Attend at least two leadership development workshops or courses in the next six months - Completed Leadership Essentials, Unconscious Bias: Understanding Bias to Unleash Potential
Provide mentorship to at least one team member, focusing on their professional growth and skill development. I am motivating and guiding Matt in developing his webservices development skills

| Due Date: | 07/31/2024 | Status: | In Progress |
|---|---|---|---|
| Category: | Development Goals | | |

## Safety

Consistently discuss, demonstrate and confirm understanding of the Expected Safe Behaviors and Global Safety Rules supporting a First in Safety Culture.

Completed all the required safety training on time and adhering to the safety procedures. Also guiding teams to follow the safety procedures

| Due Date: | 07/31/2024 | Status: | Completed |
|---|---|---|---|
| Category: | Organizational Goals | | |

## FY24 Checkpoint Questions

### Associate: In what way(s) are you performing well?

### Leader: In what way(s) is the associate performing well?

| Manager Evaluation | Associate Evaluation |
|---|---|
| Response: | Response: |

**Manager Evaluation**

Response:

During the first half of this fiscal year, Mani served as a Business Systems Analyst (BSA) for four months before transitioning to the role of Manager of Shared Services on December 1st, 2023. In her capacity as a BSA, Mani collaborated with cross-functional teams to ensure the timely delivery of deliverables, consistently exceeding schedule expectations without compromising on quality. She maintained a transparent and open line of communication with team members, leadership, and stakeholders.

Since assuming the role of Manager of Shared Services, Mani has been immersed in learning about the new teams and engaging with business stakeholders. Over the past two months, she has focused on familiarizing herself with the expanded scope of responsibilities and building relationships with key stakeholders to facilitate a smooth transition into her managerial role.

**FY24 EOY**

In the latter half of the fiscal year, Mani has continued to enhance her technical expertise and people management skills. She is proactive in identifying and addressing SDLC challenges, holding team members accountable. Her passion

**Associate Evaluation**

Response:

Successfully leading a cross-functional team to complete DOM project ahead of schedule.
Effectively prioritizing tasks, increasing project efficiency.

Proactively identifying and addressing potential roadblocks, preventing delays in project timelines.

Maintained clear and transparent communication with team members & stakeholders.

**Year End comments**

**Optimized Resource Allocation:**
Identified excess resources in the Data Architect team. By reducing team member, saved $5,031 per month, totaling $60,372 annually.

**Automated Incident Creation:**
We could eliminate the redundant manual efforts in the WSL3 team by automating incident creation. If we implement this automation, It will save 20 hours monthly, resulting in $1,485 monthly savings and $17,820 annually. Also, it enhances the visibility and quick turnaround times.

FERGUSON-0000002

for achieving business outcomes has been crucial in delivering results ahead of schedule and with high quality. Stakeholders regard Mani as a valuable partner, trusting her ability to successfully drive our business outcomes to completion.

**Reduced Operational Costs in WSL3 Team:**
By intervening in a situation that would have been considered an enhancement costing $2,000, I ensured it was treated as a PROD defect. This proactive approach saved the company from incurring additional costs

**Streamlining Change Management Process with ServiceNow Workflow**

Current change management process was being handled through multiple emails and chats, leading to inefficiencies. I suggested adopting a ServiceNow workflow-based approach to enhance visibility, accountability, and overall efficiency. This change is expected to save time by reducing the need to search through emails and streamline our change management process.

**Improving Team Performance and Addressing Knowledge Gaps**

When I joined the WSL3 team , I identified that a couple of team members were underperforming, causing others to work extra. My proactive approach led to addressing the knowledge gaps of the underperforming members. As a result, overall team performance improved.

**Addressing Operational Risk in Trilogie Development**

When I joined the DICE team , I realized that we were relying on only one resource for Trilogie development, which posed an operational risk. I identified another resource who could also support Trilogie development and encouraged her to take on Trilogie work. This resulted in having multiple team members capable of handling Trilogie-related tasks.

**Associate: What should you focus on or do differently?**

**Leader: What should the associate focus on or do differently?**

| Manager Evaluation | Associate Evaluation |
| --- | --- |
| Response: | Response: |
| Mani's focus moving forward should encompass the following key areas: | Evaluate delegation practices to ensure an equitable distribution of tasks among team members. |
| a) **Continued Familiarization and Relationship Building:** Mani is encouraged to persist in acquainting herself with the expanded scope of responsibilities. Building strong relationships with key stakeholders will be instrumental in ensuring a seamless transition into her managerial role. | Explore tools or techniques to streamline workflow and improve overall efficiency in time management. |
| | Explore ways to enhance employee recognition programs to boost morale and motivation |
| b) **Communication Skills and Emotional Intelligence:** It is | Year End Comments |

CONFIDENTIAL

FERGUSON-0000003

advisable for Mani to concentrate on refining both her verbal and written communication skills. Additionally, developing emotional intelligence and mastering the art of influence will contribute significantly to her effectiveness in the managerial position.

c) **Skillset Ramp-Up Roadmap:** Mani is encouraged to construct a skillset ramp-up roadmap, outlining detailed milestones to track her progress in learning initiatives. This roadmap should be tailored to her journey towards becoming a proficient technical manager in the services landscape.

**FY24 EOY**

In addition to continuing work on the areas outlined during the mid-year review, Mani should focus on the following as we move into FY25 to further her growth into a management role:

a) **Building Trust with Associates:** With the recent reorganization and being relatively new to the role, it's important for Mani to build foundational trust with peers and direct reports. Establishing strong relationships and fostering a culture where healthy conflict is welcomed will be crucial for the year ahead.

b) **Embracing Continuous Learning:** Learning is an ongoing process. Building relationships with team members who excel in their areas and relying on their expertise while learning alongside them will be key to her development.

c) **Fostering Team Autonomy:** Aim to make the teams more autonomous, enabling them to execute efficiently and effectively on business outcomes with clearly defined SDLC goals.

d) **Ongoing Learning and Influential Leadership:** Continue to expand your perspectives through reading and growth. Mastering the art of influence is essential. Leadership should be based on respect and influence rather than just title, and developing these skills will enhance your ability to lead effectively.

I am actively working on improving delegation to better handle low-priority tasks. This will enable me to focus on high-impact and high-priority activities that support our teams and organization.

Currently, I am motivating associates by appreciating their hard work in team meetings and recognizing their achievements. However, I am also exploring additional methods to further inspire and engage the team.

Additionally, I am focusing on developing my soft skills to become a more effective leader and better inspire my teams.

## FY24 Overall Performance Rating

### Manager Overall Evaluation

Rating:          3 – Effective Performance

## FY25 Goals

### FY25 Associate Development

Provide an inclusive environment, set clear performance expectations, provide ongoing coaching and feedback, and complete midyear and year-end reviews.

Due Date:     07/31/2025            Status:     In Progress

Category:     Organizational Goals

FERGUSON-0000004

## FY25 Goals

### FY25 Safety

Consistently discuss, demonstrate and confirm understanding of the Expected Safe Behaviors and Global Safety Rules supporting a First in Safety Culture.

Due Date:    07/31/2025                Status:    In Progress

Category:    Organizational Goals

### FY25 Goals

### FY25 Safety

CONFIDENTIAL                                                        FERGUSON-0000005