# Exhibit 20

 **Outlook**

---

## FW: Feedback from the Team on Manimegalai

---

**From** Rajat Nair <Rajat.Nair@Ferguson.com>

**Date** Wed 11/20/2024 8:11 AM

**To** Donna Cox <Donna.Cox@Ferguson.com>

**Rajat Nair,**
**Director of Services Engineering – Digital Engineering**
**Information Technology Department**

**Ferguson Technology Center**
751 Lakefront Commons, Newport News, VA 23606

**Email** – rajat.nair@ferguson.com

---

**From:** Rajat Nair <Rajat.Nair@Ferguson.com>
**Sent:** Thursday, October 31, 2024 4:06 PM
**To:** Adam Feldberg <Adam.Feldberg@ferguson.com>
**Cc:** Michelle Hicks <Michelle.Hicks@ferguson.com>
**Subject:** FW: Feedback from the Team on Manimegalai
**Importance:** High

**Rajat Nair,**
**Director of Services Engineering – Digital Engineering**
**Information Technology Department**

**Ferguson Technology Center**
751 Lakefront Commons, Newport News, VA 23606

**Email** – rajat.nair@ferguson.com

---

**From:** Anoop Kumar(UST,US) <Anoop.Kumar@ust.com>
**Sent:** Wednesday, October 30, 2024 9:47 AM
**To:** Rajat Nair <Rajat.Nair@Ferguson.com>
**Subject:** Feedback from the Team on Manimegalai
**Importance:** High

**Caution: This email originated from outside of the organization. DO NOT click links or open attachments unless you recognize and trust the sender.**

---

Hi Rajat,

As requested, please find below feedback and observations from the team regarding Manimegalai:

- Repeated instances of interruption during discussions, often due to lack of clear understanding of the topic. This has led to a loss of focus within the team, causing the conversation to veer off topic

FERGUSON0000496

multiple times. As a result, the discussions frequently became diverted and failed to reach any meaningful conclusion.

- Her communication style lacks an accommodating or considerate approach, leading to interactions that may feel abrupt or dismissive. At times, there is an absence of empathy or attentiveness, which led to exchanges that felt less collaborative and supportive. Often this resulted in misunderstandings and a sense of disconnect, impacting the overall rapport and openness in conversations.

- Multiple occasions when team morale declined because she showed a lack of empathy toward the developers, even when they consistently put in their best efforts to meet project goals. She would single out specific developers and speak to them in a condescending manner, that further impacted the team's motivation.

- There have been incidents where she has engaged in unfavourable comparison between teams, often in a way that was perceived as discouraging or unconstructive. Remarks were made that led to feelings of dissatisfaction and tension within and across teams, and eventually affecting team morale and productivity.

- Gap in understanding of the requirements and technical approach. This has created situations where she would be talking to the stakeholders without adequate knowledge of the actual project/design and hence create confusion and chaos. Furthermore, once the situation turned chaotic, she would take a backseat and it would be up to the team to resolve issues and stretch to deliver on committed timelines.

- She would often question architect-approved designs and frequently end the team discussions by stating that she would consult with the architect(s), only to leave the matter unresolved. This lack of follow-up or clarification on the outcome created confusion within the team and left issues hanging without closure.

Do let me know if you need additional information.

Regards,
Anoop

FERGUSON0000497