# Exhibit 21

**From:** Michelle Hicks
**Sent:** Sunday, November 10, 2024 5:13 PM
**To:** Manimegalai Loganathan
**Subject:** RE: Mani 1:1  - 11/5/2024 - follow up

Hi Mani,

See answers below...

Thanks,

Michelle

**From:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Sent:** Friday, November 8, 2024 3:34 PM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>
**Subject:** RE: Mani 1:1 - 11/5/2024 - follow up

Hi Michelle,

As I started drafting the details you requested, a couple of questions came up: Based on your ask below

    a.   I want a list of what you have accomplished each week in addition to:
        i.    Documenting where you helped remove roadblocks for your teams listing who and when it occurred.
        ii.    Document your understanding of the architect decisions made for your teams and which architect and when.

1.My role involves managing a high volume of chats, emails, and both scheduled and unscheduled calls. Could you clarify the level of detail you're expecting in these updates? Additionally, should I focus only on tasks where I'm directly supporting my teams, or would you like information on tasks outside of my teams as well? <span style="color:red">I would like to have any decisions that you were required to make to help the teams. How you have helped the teams at a high level using the above to item descriptions above.</span>
2. I'd also like to understand if there are any specific performance concerns prompting this request, so I can address them effectively. <span style="color:red">My concerns are from the feedback we received from multiple people that had the same items detailed.</span>
Thank you for your guidance!

Thanks,
Mani

**From:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Sent:** Wednesday, November 6, 2024 4:20 PM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>
**Subject:** RE: Mani 1:1 - 11/5/2024

**P69**

Thanks @Michelle Hicks   for the detailed write up. I am good with the details.

---

**From:** Michelle Hicks <Michelle.Hicks@ferguson.com>
**Sent:** Tuesday, November 5, 2024 5:09 PM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>; Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Subject:** Mani 1:1 - 11/5/2024

Hi Mani,

Please find our meeting notes below. Please reply if you have anything to add or if I missed anything in the information below.  Thanks, Michelle

# Mani 1:1  - 11/5/2024

Tuesday, November 5, 2024
3:51 PM

**Meeting Date:** 11/5/2024 2:00 PM
**Location:** Microsoft Teams Meeting
**Link to Outlook Item:** *click here*
**Invitation Message**
**Participants**
☑ Michelle Hicks (Meeting Organizer)
☑ Manimegalai Loganathan
<<Mani 1_1 .docx>>
**Transcript of meeting above.**

## Notes

**We discussed the following:**

1. Work questions:
    a. Sagar - L3 - Mani prefers senior developer
    b. I explained you would more than likely get a new to Ferguson Senior Developer and you mentioned it would depend on how quickly they will ramp up
    c. Considering the uncertainties you decided you want to keep Sagar
2. L3 BAU Team:
    a. You mentioned wanting an additional developer for the BAU team instead of a BSA
    b. However, I mentioned Anoop had found a BSA and you said you had checked with the BAU team and they wanted to a BSA
3. Leave:
    a. Ziya BAU Tech Lead will be OOO from 11/22 - 12/29 back on 12/30
    b. You suggested moving Will however we would lose 5 - 8 coverage on L3
    c. I suggested you follow up with Anoop - first to see if he will be getting us a resource
4. Emily moves to me as so as possible
5. Move the PIT developers to me as well
6. You asked if Invoice Billing would continue to bill in the same cost center - I mentioned I have not heard anything differently
7. You asked that I check on your Visa - I140 that you have in flight
    a. You haven't had a recent update from Theresa Cooper

**P70**

b.  She is 3 years through the process
c.  I said I will check with Rajat on where he is in the process and get back to you.

**We also discussed the following:**

1.  I understand you have had some feedback from multiple people from our group as well as outside of our group and based on that I would like to see us create a plan that will provide you success towards where you need to be.
2.  What is your plan as to the feedback you were given?
    a.  You will be documenting the feedback that Rajat had given you. I will compare that to what is in workday and provide additional feedback that we have received since.
    b.  I want a list of what you have accomplished each week in addition to:
        i.  Documenting where you helped remove roadblocks for your teams listing who and when it occurred.
        ii.  Document your understanding of the architect decisions made for your teams and which architect and when.
3.  I would like you to create goals that will help to address the below items from your review. We can review them in our next 1:1:
    a.  **Building Trust with Associates:** With the recent reorganization and being relatively new to the role, it's important for Mani to build foundational trust with peers and direct reports. Establishing strong relationships and fostering a culture where healthy conflict is welcomed will be crucial for the year ahead.
2.  **Embracing Continuous Learning:** Learning is an ongoing process. Building relationships with team members who excel in their areas and relying on their expertise while learning alongside them will be key to her development.
3.  **Fostering Team Autonomy:** Aim to make the teams more autonomous, enabling them to execute efficiently and effectively on business outcomes with clearly defined SDLC goals.
4.  **Ongoing Learning and Influential Leadership:** Continue to expand your perspectives through reading and growth. Mastering the art of influence is essential. Leadership should be based on respect and influence rather than just title, and developing these skills will enhance your ability to lead effectively.
4.  I also understand you mentioned " Workplace harassment and targeted" when you met with Rajat and Harrison last week. Based on those discussions HR will be reaching out to you soon.  I asked if I could help in any way and you mentioned you appreciated it but wasn't sure if you could discuss this with me.
5.  I also closed asking if you needed any help from me with anything we discussed in our 1:1 and you mentioned you were good.

Created with OneNote.

3

**P71**