# Exhibit 23

## Loganathan, Manimegalai

Manager - Software Engineering
Manager: Michelle Hicks
Evaluated By: Michelle Hicks

## 1) Performance Improvement Plan

Organization: Services Engineering (Michelle Hicks)
Location: US-Remote-Virginia
11/21/2024 - 02/18/2025

## Standard of Performance Reviewed

### Manager Overall Evaluation

Rating:        Other (define below)

Comment:
- Conduct/Teamwork
- Situational Awareness
- Productivity

## Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| Entered by: | Michelle Hicks | Date: | 12/06/2024 |

Status:        I acknowledge review of this performance improvement plan

Comment:
- Mani requested that we adjust the initial training schedule since the PIP was delayed by her request to become an individual contributor. I will be adjusting the 12/13 dates to January 20, 2025. Note: The trainings for 12/23/2024 are still due by that date.
- Enrolled you into Program: Accelerating a Culture of Inclusion: Communication - Complete learnings by January 20, 2025.
- Enrolled you into Building Teams Through Collaboration - Complete learnings by January 20, 2025.
- Enrolled you into Becoming an Effective Manager - Complete learning by 12/23/2024 Emotional Intelligence - Learning Path https://www.myworkday.com/ferguson/email-universal/inst/23528$21650/rel-task/2998$36506.htmld
- Complete by January 15, 2025 I will continue looking for relevant trainings and assign as necessary.

### Associate

| | | | |
|---|---|---|---|
| Entered by: | Manimegalai Loganathan | Date: | 12/09/2024 |

Status:        I acknowledge review of this performance improvement plan

Comment:        I am writing to formally express my concerns regarding my recent placement on a Performance Improvement Plan (PIP). I strongly believe that this action may be retaliatory in nature. Prior to being placed on the PIP, I was not informed of any performance issues, either orally or in writing, which is inconsistent with the general Ferguson PIP policy followed for other employees.
Despite my reservations, I have decided to submit my PIP to ensure compliance with company procedures and to avoid any potential claims of non-compliance.

During the meeting on December 6th from 11:30 to 11:55 AM EST, Adam and Michelle mentioned that they were concerned I might not be successful in the PIP because I was continuing to seek answers and justification for my placement on the PIP. This made me feel that the evaluation might not be conducted fairly and that a decision might already be predetermined.
Despite this, I want to assure you that I am committed to delivering my best as a Ferguson employee throughout the PIP process. I also assure you that I will complete all my PIP-related training on or before the due date.

**I had few clarifications related to expectations set on the PIP and I am awaiting response from Manager.**

CONFIDENTIAL

As I mentioned during the 11/22 meeting, @Michelle Hicks the following sentence was repeated three times and lacks sufficient detail for me to understand the expectations clearly. Could you please provide more detailed expectations for each point mentioned?

Mani will document her steps to improve in this area share them with her manager and director. Please provide this documentation within 15 days of the start of our improvement plan

Additionally, I have noticed that the training due dates mentioned in the below email and Workday are not in sync. I would appreciate it if you could adjust the Workday dates to December 23rd as per our 12/06 meeting and the email below.

@Michelle Hicks  Mani will document her understanding of her teams architecture decisions. I want a Visio or MIRO board diagramming and documenting your understanding of the integrations your teams are working. I would like these diagrams every two weeks.  – Could you please clarify if the request pertains to the PLC domain? If so, could you update Workday to reflect this? Given that the L3 and BAU teams work on multiple services each day, working on Visio/Miro would be very time-consuming and limit my ability to focus on my day-to-day activities.

## Performance Improvement Plan

Performance Improvement Areas:
- Description of performance/behavior discrepancy or gap.
- Bullet point issues and how employee's lack of performance and/or behavior has affected his/her co-workers, the company and clients/customers.
- Be specific and give examples that illustrate the above.

Manager Evaluation

Response:    Conduct/Teamwork:

- Disrupts team work

- Points out who went out of process or did something wrong

- Uses role as an excuse to not help the teams

- Trust with peers and direct reports

- Does not work well with teams and is not a team player

- Is passive and does not make decisions

FEEDBACK/EXAMPLES:

FERGUSON-0000278

- "Repeated instances of interruption during discussions, often due to lack of clear understanding of the topic. This has led to a loss of focus within the team, causing the conversation to veer off topic multiple times. As a result, the discussions frequently became diverted and failed to reach any meaningful conclusion."

- "Some roles are self-managing and too much involvement begins to feel like micromanagement."

- "Her communication style lacks an accommodating or considerate approach, leading to interactions that may feel abrupt or dismissive. At times, there is an absence of empathy or attentiveness, which led to exchanges that felt less collaborative and supportive. Often this resulted in misunderstandings and a sense of disconnect, impacting the overall rapport and openness in conversations."

- "Multiple occasions when team morale declined because she showed a lack of empathy toward the developers, even when they consistently put in their best efforts to meet project goals. She would single out specific developers and speak to them in a condescending manner, that further impacted the team's motivation."

- "There have been incidents where she has engaged in unfavourable comparison between teams, often in a way that was perceived as discouraging or unconstructive. Remarks were made that led to feelings of dissatisfaction and tension within and across teams, and eventually affecting team morale and productivity."

- "She also has had some issues with my BSAs it seems to spawn from one thing they don't do that initiates a discussion with Rajat and not myself. I think she is still finding her way as a manager and jumps to conclusions about work and people."

- "Mani should consider taking more initiative to seek out opportunities to lean in on our current challenges/opportunities. I would like to see Mani be more proactive when we have issues, and be more aware of the work in the space, the issues her team is working on, and what is happening to resolve them."

- "Mani should take into consideration that some of her team members have experience in their respective areas that she does not. Because of that, she should trust their recommendations and not attempt to assert herself when she doesn't have the same knowledge/skill set to support decisions and directions - Being kept informed is one thing, trying to steer the (wrong)direction is another."

- "Mani has not helped other managers when there were issues she could assist with using the excuse that the associates do not report to her."

CONFIDENTIAL

FERGUSON-0000279

## Situational Awareness

- Interrupts meetings without full understanding of the issue

- Tries to solution on meetings that should not be used to solution

FEEDBACK/EXAMPLES:

- "When the teams are quickly trying to resolve an issue with another team and need to loop in L3 or request their assistance she will start questioning why we didn't notify them in advance and follow the correct process. Sometimes if there is a high priority issue we need to act quickly and do not always have advance notice. This makes our team look bad in front of other teams and its embarrassing to the teams working to resolve the issue"

- "On calls she sometimes doesn't understand the issue at hand and tries to solution on a meeting that is an update meeting."

- "Gap in understanding of the requirements and technical approach. This has created situations where she would be talking to the stakeholders without adequate knowledge of the actual project/design and hence create confusion and chaos. Furthermore, once the situation turned chaotic, she would take a backseat and it would be up to the team to resolve issues and stretch to deliver on committed timelines."

Productivity

- Disruptive behavior

FEEDBACK/EXAMPLES:

- "She would often question architect-approved designs and frequently end the team discussions by stating that she would consult with the architect(s), only to leave the matter unresolved. This lack of follow-up or clarification on the outcome created confusion within the team and left issues hanging without closure."

- "Gap in understanding of the requirements and technical approach. This has created situations where she would be talking to the stakeholders without adequate knowledge of the actual project/design and hence create confusion and chaos. Furthermore, once the situation turned chaotic, she would take a backseat and

Observations, Previous Discussions or Counseling:

CONFIDENTIAL

FERGUSON-0000280

- Be specific
- Recap dates/times you have addressed the above issues (include previous documents when applicable)

Manager Evaluation

Response:
- On November 5, 2024 I had a meeting with Mani explaining the feedback we received and Rajat had discussed with her prior to our meeting. I asked for Goals and a plan for her to improve on our next 1:1. I offered to help her with a plan and she said she would work on it but wanted more feedback. I explained I would look to see if there was additional feedback however, she had enough information to get started.
- On November 14, 2024 I had another 1:1 meeting with Mani. She did not come with any goals or a plan for the feedback. I discussed putting her on a formal Performance Improvement Plan.
- On November 19, 2024 - Adam and I met with Mani again as she questioned why she was being put on a PIP. We both explained as she had heard from Rajat, Harrison and the two of us again it is based on the feedback we received.
- 11/20/2024 - She emailed myself, Adam and Donna stating she didn't understand the reason for the PIP. Adam replied again it is based on the feedback.

## Expectations: These are the specific expectations of performance/behavior as defined by your manager.

Manager Evaluation

Response:

**Conduct/Teamwork:**
- As a manager, Mani is expected to be more proactive in supporting the team to solve issues by removing roadblocks.
- As a manager, Mani is not responsible for deciding on the solutions but understanding the solution the teams and architects have decided upon.
- As a manager, Mani needs to trust but verify her team is working as they should. She should not point out issues with team members in a belittling or degrading way.
- As part of a management team, Mani is expected to help her manager peers with any tasks when something needs to be done quickly. As well as open communication with her managers.
- As a manager, Mani should be able to make decisions to help the teams and instead will not make a decision or direct them to her manager. Inaction is not acceptable.

**Situational Awareness**
- As a manager and team member, Mani needs to be aware of her role in all communications and interactions where our team members and stakeholders.
- As a manager and team member, Mani needs to treat all associates with respect.
- As a manager and team member, Mani needs to know that our team should be viewed to our stakeholders as a team that knows what is needed and can be easy to work with for any project or issue.

**Productivity**
- As a manager and team member, Mani needs to ensure she is allowing our teams to do their work without intervening.
- As a manager, she needs to support the team's productivity without interrupting their work when she doesn't completely understand the solution, in this case she should seek understanding from an architect as to not disrupt the team productivity.

## Improvement Goals and Follow up Schedule: These are goals specific to the Performance Improvement Areas listed above. (S.M.A.R.T = Specific, Measurable, Attainable, Reasonable, Timely). The associate will receive feedback on their progress according to the following schedule.

FERGUSON-0000281

Manager Evaluation

Response:    **Conduct/Teamwork: Situational Awareness Productivity**
- Mani will document her steps to improve in this area share them with her manager and director to include how she will use JIRA to ensure the team is working as they should and meeting timelines. Send your notes from your Power BI meeting to me after each meeting.
- Mani will document where she has stepped in to help remove roadblocks with the team and person she helped. I expect to get a summarized weekly report of how she was able to remove any roadblocks.
- Mani will document her understanding of her teams architecture decisions. I want a Visio or MIRO board diagramming and documenting your understanding of the integrations your teams are working. I would like these diagrams every two weeks.
- Mani will provide examples where she has helped the team by doing a task that kept them moving forward.
- Mani's manager will have skip level meetings to understand her direct reports are feeling heard and respected. I will perform these skip level meetings for each associate every 2 or 4 weeks.
- Mani will document her steps to improve in this area share them with her manager and director to include her treatment of others and what expectations she has for her teams. Please provide this documentation within 15 days of the start of our improvement plan.
- Mani will detail how she will help her peer managers and what she could do to help the management team with their work loads. Please provide details when you have helped your fellow managers monthly.
- Mani will not seed retribution for any of the feedback that was received by her peers, stakeholders or team members.
- Mani will show improvement in situational awareness by allowing the teams to run their meetings without her interruption if her input doesn't keep the team on discussion. I will be meeting with the team members as well as dropping into meetings to observe.
- Mani will not interrupt people when they are speaking.
- Mani will document her steps to improve in this area share them with her manager and director. Please provide this documentation within 15 days of the start of our improvement plan.

**Reviews:**
- In addition to the above I will conduct stakeholder, peer and direct report requesting reviews in Workday every 30 days for 90 days.
- I will also have 1:1 meetings with stakeholder, peer and direct report reviews every 30 days for 90 days

**Workday Learning Requirements:**
- Enrolled you into Program: Accelerating a Culture of Inclusion: Communication - Complete learnings by December 13th.
- Enrolled you into Building Teams Through Collaboration - Complete learnings by December 13th. Enrolled you into Becoming an Effective Manager - Complete learning by 12/23/2024 Emotional Intelligence - Learning Path https://www.myworkday.com/ferguson/email-universal/inst/23528$21650/rel-task/2998$36506.htmld
- Complete by January 15, 2025 I will continue looking for relevant trainings and assign as necessary.

## Performance Improvement Plan - Associate Acknowledgement Statement

I hereby acknowledge that I have been counseled in conjunction with receiving this document and that I have read and understand the information contained herein. I understand that progressive discipline is not required and the timeline above does not guarantee employment, as I am expected to demonstrate immediate, significant and ongoing improvement in my performance. If the expected outcomes are not achieved/improvements attained disciplinary action may be initiated even prior to the end of the PIP

FERGUSON-0000282

period. Furthermore, failure to maintain performance expectations after the completion of the PIP may result in disciplinary action up to and including termination.

CONFIDENTIAL

FERGUSON-0000283