# Exhibit 24

Message
_____

| | |
|---|---|
| **From:** | Manimegalai Loganathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a03205e2161944f19d17e1670457b9b5-AAP7536 Man] |
| **Sent:** | 11/12/2024 11:29:34 AM |
| **To:** | Harrison Rogers IV [harrison.rogersiv@ferguson.com] |
| **BCC:** | manimegalail@gmail.com |
| **Subject:** | Addressing Multiple Concerns Including I-140 Petition Processing |

Hi Harrison,

I sincerely appreciate your willingness to listen to all my concerns today and for facilitating the meeting between Rajat and me on 10/31 to help resolve the issues. Your support and availability have been invaluable, and I am grateful for the opportunity to work through this collaboratively.

After I first expressed my interest in exploring other roles on 09/06, the situation has unfortunately worsened, impacting me emotionally and mentally. This led me to reach out to you on 10/28 for assistance in resolving the ongoing issues. However, things deteriorated further after our meeting on 10/31.Given the events of the past two months, I am not confident that I will be treated fairly within this team moving forward. Therefore, I am interested in exploring other opportunities within your organization or seeking your support in transitioning to different teams within Ferguson. My request is simply for an environment where I can feel safe to raise questions and concerns and where I can fully leverage my potential to support my teams and contribute to Ferguson's needs.

Following our meeting today, I understand that my request for expedited processing of my I-140 petition is on hold until my performance improves. I respect your decision and am committed to meeting the necessary performance standards. And I hope this issue doesn't block my regular I-140 processing(10-month process time). As this is highly time-sensitive, and any delays could result in the loss of my legal status to work and leave the country. This would have significant implications for my family's legal status, including my children's education and our future.

I apologize for the lengthy email, but I wanted to ensure I communicate all the necessary details clearly.

As a new manager overseeing seven teams, I have been dedicated to supporting each group to the best of my abilities. I appreciate the feedback Rajat provided and agree with many of the insights shared. However, I would like to respectfully address a few points related to Technical Proficiency, Problem Solving, Empathy, and Trust. I have always strived to be a quick problem solver and an empathetic leader who genuinely believes in and supports my teams. I would be grateful if you could consider validating this perspective with my teams, stakeholders, and my mentors.

*I would like to share some of my contributions over the past 11 months for your review.*

| My Contribution | Team | Cost Saving/Benefits |
|---|---|---|
| Optimized Resource allocation by removing UST resource | Data Architects | $5031 monthly, @60,372 Annually |
| Identified two underperforming FTE associates on the L3 team. We offered them training and support, but they decided to leave | L3 Team | ~ 200K Annually |
| Identified the Inefficient UST associate on L3 team and rolled off | L3 Team | $4644 monthly, @55,728 Annually |
| Addressed the operational risk by identifying the backup resources for Trilogie Developer | DICE Team | Enhanced Team Resilience |
| Identified the need for extended support hours and implemented coverage until 8 PM EST to ensure uninterrupted service for our business and customers | L3 Team | Increased Production support coverage |

CONFIDENTIAL

| Identified UST Invoice errors and removed the additional billing for the reosurces who took more than 3 days | Across shared Service Teams | ~ 20000 |
|---|---|---|
| Streamlined Change Management Process with ServiceNow Workflow to enhance visibility, accountability, and overall efficiency. | Across Enterprise Services Team | Efficiency and Traceability |
| | **Total Cost Savings in 11 months** | **~$336,100** |

## What made me to look outside

While Rajat provided support, as a new manager, I found the lack of accountability, autonomy, and transparency, along with actions that seemed to undermine my leadership, created a challenging environment for establishing credibility and building trust with my teams. This situation has hindered my ability to enhance efficiency and implement new ideas and processes aimed at improving team performance.

## What made me to feel potential retaliation or harassment

I have noticed significant changes in Rajat's availability and communication, as well as some intimidating behavior, accompanied by a reduction in my responsibilities. These changes have created considerable mental pressure for me, and I am concerned that, considering these circumstances, this situation may be perceived as retaliation or harassment. I have attached the sequence of events that happened after I expressed my interest in exploring other opportunities and meeting with you.

My humble request is for your guidance in navigating these challenges and for the opportunity to work in an environment where I can work peacefully and thrive.

I also want to express my concern that raising issues about my manager has now put my career at Ferguson, my legal status, and my children's future in a precarious position. Despite these challenges, I strongly believe that Ferguson cares for its employees and their well-being.

I appreciate your understanding and support in this matter and looking forward to your response.

Thanks,
Mani

CONFIDENTIAL

FERGUSON0000472