# Exhibit 25

The following fields have been provided:

Name: Manimegalai Loganathan (original value: ba0a9ef8dba3d3045666f1431d96194b)

Work Address: Remote - ███████████████████████

Work Phone: ████████████

Job Title: Manager - Software Engineering

Email: Manimegalai.Loganathan@Ferguson.com

Select Preferred Communication Method: Email

Immediate Supervisor's Name: Michelle Hicks (original value: ba0a9ef8dba3d3045666f1431d96194b)

Title: Senior Manager - Information Technology

Work Phone: ████████████

Work Address: 751 Lakefront Commons, Newport News, VA 23606

Name:: Rajat Nair (original value: ba0a9ef8dba3d3045666f1431d96194b)

Title:: Director - Information Technology

Work Address: 751 Lakefront Commons, Newport News, VA 23606

Work Phone: ████████████

Relationship to you: Other

2. Please describe what happened and how it is affecting you and your work.  Please attach any relevant documents or evidence.  Be as specific and detailed as possible.: I first expressed my interest in exploring other roles on 09/06 to Rajat, after that situation has unfortunately worsened, impacting me emotionally and mentally. This led me to reach out to Harrison on 10/28 for assistance in resolving the ongoing issues. However, things deteriorated further after meeting with Harrison & Rajat on 10/31. I was moved under new Manager Michelle Hicks on 11/01. I was told by Michelle that a.      I want a list of what you have accomplished each week in addition to:
i.       Documenting where you helped remove roadblocks for your teams listing who and when it occurred.
ii.      Document your understanding of the architect decisions made for your teams and which architect and when.

CONFIDENTIAL

I have been feeling micromanaged since then , and it seems there is a lack of trust. This has been affecting my ability to work effectively and comfortably.

After all the events since September 6th, I have experienced a tremendous amount of stress, causing anxiety and having a psychological and emotional impact on my mental health, which is affecting my ability to provide 100% at work as I used to. I contacted Ferguson's mental health support on November 12th to seek assistance in getting through this challenging time.

I140 process hold  - As this is highly time-sensitive, and any delays could result in the loss of my legal status to work and I have to leave the country. This would have significant implications for my family's legal status, including my children's education and our future.

 When I raised my concerns about Michelle's requests and my feeling of being micromanaged. Harrison mentioned that this level of oversight is necessary due to my performance issues and the need for close monitoring. I felt that my concerns are overlooked

I have captured series of events captured prior and after 09/06. Attaching it for your reference

3. Date(s) incident occurred: 9/06/2024

Is the conduct continuing?: Yes

Location where incident occurred: Remote

4. Please list the name and contact information of any witnesses or individuals who may have information related to your complaint.: Andrew Lautenslager - He is my mentor and he knew some of the challenges I was facing prior and after 09/06.

5. Have you previously complained or provided information (verbal or written) about related incidents? If yes, when and to whom did you complain or provide information?: I have Informed Harrison Rogers on 10/28 and met with him briefly for 15 mins and next meeting was on  10/31 between Rajat, Harrison & me. 11/12 - Harrison met with me to update that I140 process is on hold until my performance is improved.  I have sent detailed email stating all my concerns and requested his support to find  a team where I can feel safe to raise questions and concerns and where I can fully leverage my potential to support my teams and contribute to Ferguson's needs.

I confirm that I am submitting this form in good faith and the information provided accurately reflects my recollection of the incidents reported above.: true

CONFIDENTIAL

FERGUSON0000481