# Exhibit 26



## Mani Sick leave - 11/13



| | |
|---|---|
| Manimegalai Loganathan | ☺  ↩ Reply   ↩ Reply All   → Forward |
| o ● Michelle Hicks | Wed 11/13/2024 7:59 AM |
| Retention Policy  FEI 90 Days Sent Items (90 days) | Expires  2/11/2025 |

HI Michelle,

Good Morning! I wanted to inform you that the ongoing situation at work since September 6th has taken a toll on my emotional, mental, and psychological well-being. The recent update from Harrison regarding my I-140 process has further intensified the stress and anxiety I have been dealing with.

To focus on my mental health and cope with these challenges, I believe it is best for me to take a day off.

I appreciate your understanding and support during this time.

Thanks,
Mani

P1