# Exhibit 27

**From:** Michelle Hicks <Michelle.Hicks@ferguson.com>
**Sent:** Friday, December 6, 2024 1:56 PM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>; Adam Feldberg <Adam.Feldberg@ferguson.com>; Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Subject:** Follow Up Discussion - PIP

 Hi Mani,

Please see my high-level notes below from our meeting. I have submitted the PIP; you should be able to see it in Workday. Please think about the feedback items we discussed; we want you to have a successful PIP experience. Please let us know if you have any questions.

Thanks, Michelle

# Follow Up Discussion - PIP

Friday, December 6, 2024
11:30 AM

**Location:** Microsoft Teams Meeting
**Link to Outlook Item:** *click here*
**Invitation Message**
**Participants**
    ☑ Michelle Hicks (Meeting Organizer)
    ☑ Adam Feldberg (Accepted in Outlook)

3

**P101**

☑ Manimegalai Loganathan

## Notes

I wanted to recap our meeting from this morning. We let you know the decision for you to become an Individual Contributor was something we cannot do at this time as we do not have an opening for a BSA position in our org. We informed you we were to continue with the PIP.  Mani, you did ask if we could adjust the due dates of the trainings I assigned you in November. I will adjust two of the trainings that were due by 12/13 but will leave the 12/23 due dates as is. The reason is you have had these assigned to you since November of which you have not completed any. However, you did get started on some of the assigned trainings. You asked if you could apply for other roles within Ferguson and we told you yes, but that manager could reach out to me for performance information and I would disclose that you are on a PIP. I have adjusted the training dates in the PIP and sent it to you post our meeting. We suggested that you acknowledge by Monday giving you the weekend to think it over.

Created with OneNote.

**P102**