# Exhibit 28



01/28/2025

Manimegalai Loganathan

██████████████
████████████████

Dear Manimegalai,

We are happy to extend an offer of full-time employment with HTC Global Services, as a Principal Level, Project Manager (Scrum Master). Your anticipated start date is February 24, 2025. The terms of the offer are as follows:

- You will be an exempt employee. Your starting salary will be paid at a rate of $5,000.00 bi-weekly, which if annualized, would be the equivalent of $130,000.00. Our payroll is paid bi-weekly, with a one-week delay to accommodate payroll processing.

In addition to the compensation offered, HTC Global Services offers other benefits such as:

- Health, prescription, dental and vision insurance for you (and your family, if needed) as per HTC Global Services' insurance plan.
- Life insurance, short-term and long-term disability insurance, as per the HTC Global Services insurance policy.
- Participation in HTC Global Services' 401(k) plan, which includes an employer match of contribution, up to a specific percentage and dollar limitation.
- Participation in HTC Global Services' Flexible Spending Account (FSA) to save taxes on health and dependent care expenses.
- 21 days of paid time per year to be used for holidays, vacation, sickness and personal time. Please note that PTO is divided into three buckets: 6 Holidays (48 hours, hard coded on timesheet), up to 40 hours of accrued paid medical leave and 80 hours of accrued vacation/personal time per year.

*Please note that these benefits are subject to various plan documents or insurance policies. Copies and summaries of these plan documents and insurance policies will be made available to you. HTC Global Services reserves the right to change these benefits from time to time.

To satisfy government regulations, you will need to provide various documents for verification within the first 3 business days of employment and complete the I-9 form. As you may know, in the United States, all new employees are required to provide proof of their eligibility to work in the United States by completing an I-9 form.

Please note that all new employees, on obtaining a written consent, are subject to employment verification, personal reference and background check. Also note that all information represented on your resume is subject to verification and any false representation will result in immediate termination of employment with HTC Global Services.

Additionally, in the general course of employment you will have access to discrete and/or proprietary information and therefore to protect the interests of HTC Global Services and its clients, you will be asked to sign an Employee Agreement that contains a non-compete and confidentiality clause. It is a requirement of employment that this agreement be reviewed and agreed to by you; the terms and conditions described in the agreement also become a part of this offer.

*MANIMEGALAI LOGANATHAN*
01-29-2025 18:34:08 EST

**P121**

Furthermore, you are required to complete and sign HTC Global Services' Application of Employment, and after reading the Employee Handbook within a few weeks of your joining HTC Global Services, you will need to sign the Employee Handbook Acknowledgement form.

To confirm your acceptance, please sign and return a copy of this letter within 48 hours. Again, welcome to HTC Global Services. We look forward to having you as a member of our team.

Sincerely,

Suresh Subramanian
Vice President of Human Resources

Agreed and accepted this _____ day of _____, 2025.



MANIMEGALAI LOGANATHAN
01-29-2025 18:34:08 EST

Manimegalai Loganathan

**P122**