# Exhibit 29

| | |
|---|---|
| **From:** | Manimegalai Loganathan |
| **Sent:** | Friday, November 22, 2024 4:15 PM |
| **To:** | Donna Cox; Adam Feldberg; Michelle Hicks |
| **Subject:** | RE: Clarification on Performance Improvement Plan - follow up |

Thank you for the clarification @Donna Cox

Thanks,
Mani

**From:** Donna Cox <Donna.Cox@Ferguson.com>
**Sent:** Friday, November 22, 2024 1:16 PM
**To:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>; Adam Feldberg <Adam.Feldberg@ferguson.com>; Michelle Hicks <Michelle.Hicks@ferguson.com>
**Subject:** Re: Clarification on Performance Improvement Plan - follow up

Good Afternoon Mani,

I have read your emails and I think you have a misconception of what a PIP is. A performance improvement plan is just that, a plan with set goals that, when met, will bring the improvement needed to be successful in your role.  This is not a bad thing.  I often recommend to managers that associates who we feel have the ability to make the necessary improvements, be placed on a PIP instead of given a corrective action.  I believe this is the case with you.

You ask about when feedback was requested, please understand that some of the initial feedback that was received was not requested.

I will set up a call on Monday for you and I to discuss the investigation.

Have a great weekend,


**Donna Cox, SHRM-SCP**

**Employment Practices Supervisor**

**Human Resources**


**Ferguson**

**P77**

**From:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Sent:** Friday, November 22, 2024 7:37 AM
**To:** Adam Feldberg <Adam.Feldberg@ferguson.com>; Michelle Hicks <Michelle.Hicks@ferguson.com>
**Cc:** Donna Cox <Donna.Cox@Ferguson.com>
**Subject:** RE: Clarification on Performance Improvement Plan - follow up

Good Morning  Adam,

As I mentioned in my previous emails sent on 11/19 and 11/21, out of all the questions I raised, only Q4 (Feedback Details) was fully answered, with the information that it will be shared as part of the PIP. However, my question Q6 (Dates of Feedback Requests) was only partially answered, stating June to November without providing specific dates. None of my other questions were addressed.


Given that my retaliation cases are currently under investigation by the EPG team, I kindly request that the PIP process be paused until the investigation is completed. This would ensure that any actions taken are fair, unbiased, and consistent with the findings of the investigation.

I am committed to improving my performance and welcome  feedback, but I believe this pause will allow for a more equitable approach.

Please let me know your thoughts on this request. Thank you for your understanding and consideration.


Thanks,
Mani


**From:** Adam Feldberg <Adam.Feldberg@ferguson.com>
**Sent:** Thursday, November 21, 2024 10:37 AM
**To:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>; Michelle Hicks <Michelle.Hicks@ferguson.com>
**Cc:** Donna Cox <Donna.Cox@Ferguson.com>
**Subject:** Re: Clarification on Performance Improvement Plan - follow up

Good morning Mani,

As you'll recall, we did discuss in detail the reasons we are going to work through a performance improvement plan with you. We also highlighted stakeholder feedback that was provided. When we meet tomorrow to go through the PIP, you'll have all the details of the plan, which will all be documented in Workday for you to refer back to.

I look forward to meeting tomorrow, Thanks,


**Adam Feldberg**

**Sr. HR Business Partner**

- *Technology*

2

**P78**

- *HQ Supply Chain*
- *Strategic Development*

**Ferguson**

751 Lakefront Commons Newport News VA 23606 USA

██████████

E: adam.feldberg@ferguson.com

ferguson.com

Visit the HR Service Now Portal

---

**From:** Manimegalai Loganathan <Manimegalai.Loganathan@Ferguson.com>
**Sent:** Thursday, November 21, 2024 9:47 AM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>; Adam Feldberg <Adam.Feldberg@ferguson.com>
**Cc:** Donna Cox <Donna.Cox@Ferguson.com>
**Subject:** RE: Clarification on Performance Improvement Plan - follow up

Hi Michelle,

I have received the meeting invite for tomorrow 2:30 -3:15  to discuss the Performance Improvement Plan.

I am following up on my earlier requests for detailed clarification regarding my placement on the Performance Improvement Plan (PIP). I want to better understand the specific reasons and expectations associated with this decision to ensure I can fully address any concerns and succeed in meeting the outlined objectives.

While I respect the Ferguson process, I have not yet received a clear explanation regarding the specific issues that led to this step. Instead, the focus appears to be on moving forward with the PIP itself. Understanding the details—such as examples of performance concerns, expectations not met, or behaviors requiring improvement—is crucial for me to take meaningful corrective actions.

I kindly request:
1. A detailed explanation of the reasons for placing me on the PIP.
2. Examples of specific instances or performance metrics that were not met.

This information is essential for me to proceed constructively. I trust the company's commitment to fairness and transparency and hope to receive a response by  before our meeting  11/22 – 2:30 PM

As a general practice outlined on Ferguson PIP policy, it is customary to begin with a verbal discussion or performance review before moving to a PIP if the associate fails to improve within a reasonable amount of time. The PIP should serve as an opportunity for associates to make improvements, with additional training or time provided as necessary. However, in my case, I was told I will put on a PIP immediately without any prior verbal or written communication.

3

**P79**



Furthermore, my questions from the below email regarding the PIP process have been remain unanswered. During our meeting on November 19th from 11:30 to 11:55 AM EST, both Adam and you advised me to view the PIP as a positive opportunity for improvement but did not address my specific concerns/questions.

As an employee, I believe I need to know the reasons behind the PIP before I am officially placed on it. Additionally, I have witnessed that other employees with serious performance issues have gone through the general practice, and I am concerned about being treated differently in this process.

Thanks,
Mani

**From:** Manimegalai Loganathan
**Sent:** Tuesday, November 19, 2024 5:26 PM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>; Adam Feldberg <Adam.Feldberg@ferguson.com>
**Subject:** RE: Clarification on Performance Improvement Plan

Thank you, Michelle and Adam, for your time this morning.

As I mentioned during the call, my questions were not fully addressed. Out of all the questions, only Q4 **Feedback Details** was fully answered, with the information that it will be shared as part of the PIP. However, my question Q6 **Dates of Feedback Requests** was only partially answered by stating June to November but no specific dates were provided. None of my other questions were answered.

Additionally, I was informed that my questions were irrelevant and that I should view the PIP as a positive opportunity, focusing on learning rather than understanding the reasons behind it.

As an employee undergoing potential retaliation after raising concerns to higher management, I believe it is essential to understand the reasoning behind the PIP. This situation directly affects my career growth, mental and physical health, legal status, and my family's future, including my children's education.

Throughout the call, I was encouraged to concentrate on the Performance Improvement Plan instead of having my questions answered.

Also, I was wondering why my 1:1 meetings were recorded, but my request to record this meeting was declined.

I would request @Michelle Hicks @Adam Feldberg to help me answer the below questions

Thanks,
Mani

4

**P80**

**From:** Manimegalai Loganathan
**Sent:** Monday, November 18, 2024 10:39 AM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>
**Cc:** Adam Feldberg <Adam.Feldberg@ferguson.com>
**Subject:** RE: Clarification on Performance Improvement Plan

@Michelle Hicks  Following up on the below email. Do we have any updates?

Thanks,
Mani

---

**From:** Manimegalai Loganathan
**Sent:** Friday, November 15, 2024 12:13 AM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>
**Cc:** Adam Feldberg <Adam.Feldberg@ferguson.com>
**Subject:** RE: Clarification on Performance Improvement Plan

Correction on the date its 11/14 not 11/15

---

**From:** Manimegalai Loganathan
**Sent:** Friday, November 15, 2024 12:10 AM
**To:** Michelle Hicks <Michelle.Hicks@ferguson.com>
**Cc:** Adam Feldberg <Adam.Feldberg@ferguson.com>
**Subject:** Clarification on Performance Improvement Plan

Hi Michelle,
As you mentioned during our 1:1 today 11/14 a Performance Improvement Plan is being prepared for me, I would like to review the Ferguson PIP policy with you & Adam. Additionally, I have a few questions that I would like to clarify:

1. **Basis for PIP**: My FY24 performance rating is 3 and I never had 2 or1  rating.  On what basis am I being considered for a PIP
    1. Given that the policy mentions PIPs are typically for associates with a rating of 2 (ineffective performance) or 1 (unsatisfactory performance)?
    2. If conversations have been had with an associate and either the same mistakes are being repeated or the associate is failing to improve after conversations.
    3. If an associate continues to fail to meet certain expectations of their role

2. **Performance Expectations:** Were there any specific performance expectations set for FY24 that I did not meet? If so, I would like to know where these expectations are documented.
3. **Discussion of Performance Issues:** If I have performance issues, why it was not discussed with me during the FY24 performance review? My performance review was on October 2, so what has changed between then and now?
4. **Feedback Details**: You mentioned that this consideration is based on feedback. I would like to see the feedback I received, not necessarily the personal details but the feedback itself.
5. **Timing of Feedback Request**: What prompted the request for feedback after the FY24 performance review window was over?
6. **Dates of Feedback Requests**: I would like to know the dates when the feedback was requested.

5

**P81**

7. **Progressive Performance Options**: Despite my strong performance record since 2018 and absence of any prior performance or disciplinary issues, why was I not given a progressive performance option like other associates, and instead directly considered for a PIP?

Thanks,
Mani

6

**P82**