# Exhibit 30

**⚡ FERGUSON**

# U.S. ASSOCIATE POLICY HANDBOOK



CONFIDENTIAL

FERGUSON-0000284

**≉FERGUSON**

U.S. Associate Policy Handbook

# Table of Contents

INTRODUCTION ........................................................................................................................ 6

SECTION 1: MY WORK ATTIRE ............................................................................................. 10

   1.1. Dress Policy .................................................................................................................. 10

   1.2 Specialized Clothing ...................................................................................................... 10

SECTION 2: MY WORK LOCATION ........................................................................................ 12

   2.1 Work Classification ......................................................................................................... 12

   2.2 Flex Work Principles ....................................................................................................... 13

   2.3 Remote Work Requirements ........................................................................................... 14

   2.4 Closure & Delayed Opening ........................................................................................... 14

SECTION 3: MY WORK HOURS .............................................................................................. 16

   3.1 Associate Classification .................................................................................................. 16

   3.2 Work Week & Business Hours ........................................................................................ 17

   3.3 Work Schedule ............................................................................................................... 17

   3.4 Attendance ..................................................................................................................... 17

   3.5 Accurate Time Recording ............................................................................................... 18

   3.6 Breaks ............................................................................................................................ 18

   3.7 Overtime ......................................................................................................................... 18

   3.8 Working "Off-the-Clock" .................................................................................................. 19

   3.9 Compensable Time ......................................................................................................... 19

   3.10 Lactation Accommodation ............................................................................................ 20

SECTION 4: MY TIME-OFF ...................................................................................................... 21

   4.1 Vacation .......................................................................................................................... 21

   4.2 Personal Time / Bereavement ........................................................................................ 21

   4.3 Paid Sick ........................................................................................................................ 22

   4.4 Holidays ......................................................................................................................... 23

   4.5 Jury Duty ........................................................................................................................ 24

SECTION 5: MY LEAVE OF ABSENCES ................................................................................ 25

   5.1 Family and Medical Leave Policy Summary ................................................................... 25

   5.2 Pregnancy and Parental Leave ...................................................................................... 25

   5.3 Military Service Leave ..................................................................................................... 26

   5.4 Occupational Injury Leave .............................................................................................. 27

SECTION 6: MY PAY & BENEFITS INFORMATION ............................................................... 28

   6.1 Payday ........................................................................................................................... 28

   6.2 Accuracy of Pay Stubs ................................................................................................... 28

September 1, 2024, v. 1.2 (updated February 10, 2025)

 FERGUSON-0000285

**✷FERGUSON**

U.S. Associate Policy Handbook

6.3  Payroll Deductions ................................................................................................................... 29

6.4  Discretionary Bonuses, Incentives and Commission Plans ...................................................... 29

6.5  Equal Pay ............................................................................................................................... 29

6.6  Pay Transparency ................................................................................................................... 30

6.7  Pay Errors .............................................................................................................................. 30

6.8  Location Closure & Delayed Opening Pay .............................................................................. 30

6.9  Benefits .................................................................................................................................. 31

**SECTION 7: MY CONDUCT** ................................................................................................. 32

7.1  Code of Business Conduct and Ethics Summary ..................................................................... 32

7.2  Internal Reporting and Anti-Retaliation Policy Summary ......................................................... 32

7.3  Occupational Injury Reporting ................................................................................................ 32

7.4  Equal Employment Opportunity Policy Summary .................................................................... 33

7.5  Information Security Policy Summary ....................................................................................... 34

7.6  Confidential Information .......................................................................................................... 34

7.7  E-mail Marketing .................................................................................................................... 35

7.8  Social Media Policy Summary ................................................................................................ 36

**SECTION 8: MY SAFETY** ...................................................................................................... 38

8.1  Health and Safety Policy Summary ......................................................................................... 38

8.2  Workplace Violence Prevention .............................................................................................. 38

8.3  Substance Abuse Prevention .................................................................................................. 39

8.4  Alcohol Consumption ............................................................................................................. 40

8.5  Prescription Drugs ................................................................................................................. 40

8.6  Safe Driving ........................................................................................................................... 40

**SECTION 9: DISCIPLINE** ....................................................................................................... 42

9.1  Appropriate Conduct .............................................................................................................. 42

9.2  Prohibited Conduct ................................................................................................................ 42

9.3  Progressive Discipline ............................................................................................................ 42

**SECTION 10: CAREER PROGRESSION** ............................................................................ 44

10.1  Open Positions ..................................................................................................................... 44

10.2  Job Posting .......................................................................................................................... 44

10.3  Hiring Associates (including from our direct competitors) ...................................................... 46

10.4  Hiring Independent Contractors ............................................................................................ 46

10.5  Use of Recruiting or Staffing Agencies ................................................................................. 47

10.6  Associate Promotion ............................................................................................................ 47

10.7  Salary Adjustments .............................................................................................................. 47

10.8  Education Assistance ............................................................................................................ 48

**SECTION 11: SEPARATION FROM EMPLOYMENT** ........................................................ 49

September 1, 2024, v. 1.2 (updated February 10, 2025)

**FERGUSON**

U.S. Associate Policy Handbook

11.1 Termination ............................................................................................................. 49

11.2 Resignation ............................................................................................................. 49

11.3 Return of Company Equipment .............................................................................. 50

11.4 Post Separation Obligations ................................................................................... 50

**APPENDIX** ............................................................................................................................. 51

**APPENDIX SECTION 1.1: DRESS POLICY** ...................................................................... 52

Sec. 1.1 - Appendix A: Examples of Inappropriate Attire ............................................. 52

**APPENDIX SECTION 3.10: LACTATION ACCOMMODATION** ......................................... 53

Sec. 3.10 - Appendix A: Request Process .................................................................... 53

Sec. 3.10 - Appendix B: Designated Space Process .................................................... 53

Sec. 3.10 - Appendix C: Reasonable Time Process ..................................................... 54

**APPENDIX SECTION 5.2: PREGNANCY AND PARENTAL LEAVE** .................................. 55

Sec 5.2 - Appendix A: Definitions ................................................................................. 55

Sec 5.2 - Appendix B: Eligibility Criteria ...................................................................... 55

Sec 5.2 - Appendix C: Notification Process .................................................................. 55

Sec 5.2 - Appendix D: Compensation During Leave ..................................................... 56

**APPENDIX SECTION 5.3: MILITARY SERVICE LEAVE** ................................................... 56

Sec 5.3 - Appendix A: Eligibility Criteria ...................................................................... 56

Sec 5.3 - Appendix B: Medical and Other Benefits While on Leave ............................. 57

Sec 5.3 - Appendix C: Return From Leave Process ..................................................... 57

**APPENDIX SECTION 7.4: EQUAL EMPLOYMENT OPPORTUNITY** ................................ 59

Sec 7.4 - Appendix A: Equal Employment Opportunity Statement ............................... 59

**APPENDIX SECTION 7.6: Confidential Information** ....................................................... 60

Sec 7.6 - Appendix A: Definitions ................................................................................. 60

**APPENDIX SECTION 7.7: E-MAIL MARKETING** .............................................................. 60

Sec 7.7 - Appendix A: Definitions ................................................................................. 60

Sec 7.7 - Appendix B: CAN-SPAM Compliance Checklist ............................................ 60

Sec 7.7 - Appendix C: Commercial / Marketing Content Examples .............................. 62

**APPENDIX SECTION 8.2: WORKPLACE VIOLENCE PREVENTION** ............................... 63

Sec 8.2 - Appendix A: Definitions ................................................................................. 63

Sec 8.2 - Appendix B: Safety Measures & Exceptions ................................................. 63

Sec 8.2 - Appendix C: Reporting Requirements ........................................................... 64

**APPENDIX SECTION 8.3: SUBSTANCE ABUSE PREVENTION** ..................................... 65

Sec 8.3 - Appendix A: Substance Abuse Treatment Guidelines ................................... 65

**APPENDIX SECTION 9.1: APPROPRIATE CONDUCT** .................................................... 66

Sec 9.1 - Appendix A: Examples of Inappropriate Conduct .......................................... 66

**APPENDIX SECTION 9.3: PROGRESSIVE DISCIPLINE** ................................................. 66

September 1, 2024, v. 1.2 (updated February 10, 2025)

**FERGUSON**

U.S. Associate Policy Handbook

Sec 9.3 - Appendix A: Progressive Discipline Process.................................................................66

Sec 9.3 - Appendix B: Alternative Corrective Actions.................................................................67

**APPENDIX SECTION 10.4: HIRING INDEPENDENT CONTRACTORS..............................................68**

Sec 10.4 - Appendix A: Definitions .............................................................................................68

**APPENDIX SECTION 10.6: PROMOTION ..............................................................................68**

Sec 10.6 - Appendix A: Definitions .............................................................................................68

Sec 10.6 - Appendix B: In-Place and Promotion-in-Place Process .............................................69

September 1, 2024, v. 1.2 (updated February 10, 2025)

CONFIDENTIAL                                                        FERGUSON-0000288

U.S. Associate Policy Handbook

# INTRODUCTION

*Welcome to Ferguson!*



Welcome to Ferguson! At Ferguson, our values – Safety, Integrity, Service, Teamwork and Impact – guide our decisions and actions; they define who we are and what we stand for. How we achieve outstanding business results is important and gives our customers confidence in the excellence and integrity of our products and services.

*Purpose*

The U.S. Associate Policy **Handbook** sets expectations for behavior and provides our associates guidance on the key employee relations policies they should understand. Not all company policies are in this Handbook. While other company policies may not be referenced in this Handbook, all associates are expected to understand and comply with both this Handbook and all other company policies found on Policy Central.

*Scope*

The Handbook applies to Ferguson Enterprises LLC and all of its subsidiaries (the "**company**" or "**Ferguson**"), including their associates and officers. The Handbook applies to and protects all our associates, whether or not they are on company premises, provided that such associates are conducting company-related business or are participating in a company-sponsored event or function.

*Accountability*

All associates have a duty to cooperate in the operation of this Handbook. Compliance with the policies in this Handbook is a condition of continued employment. Failure to comply may result in disciplinary action, up to and including termination of employment.

*Speak Up*

Should associates see or suspect violations of the Handbook, speak up. Associates can speak up through both internal and external channels. See the My Conduct section of this Handbook for more information.

6

September 1, 2024, v. 1.2 (updated February 10, 2025)

**‡‡FERGUSON**

U.S. Associate Policy Handbook

## *Retaliation Prohibited*

Ferguson prohibits retaliation against associates who, in good faith, (i) raise concerns about **Alleged Misconduct** (as defined in the Internal Reporting and Anti-Retaliation Policy), internally or externally to government agencies, or (ii) participate in any resulting investigation process.

## *Authority*

The Policy Committee authorizes the Chief Legal Officer and Chief Human Resource Officer (or their delegates) to establish additional procedures and guidelines (including updates to appendices) to help implement this Handbook. Any exceptions to this Policy must be approved by the Chief Legal Officer and Chief Human Resource Officer. All exceptions shall be documented in writing as a corporate record in compliance with the company's Records Retention Policy.

In the event there is any conflict between policies in this Handbook and any federal, state, or local law or collective bargaining agreement, the federal, state, or local law or collective bargaining agreement shall be the governing authority.

## *Administration of Handbook*

The Legal and Human Resources Departments are responsible for the administration of this Handbook. If you have any questions regarding content in the Handbook, please contact the Human Resources Department via the AskHR Help Center in Workday or Legal at ethics@ferguson.com.

The links in the Policy Handbook are live if viewed electronically. If viewing the hard copy version of the Policy Handbook, please visit the Pipeline intranet site to access content in the links.

September 1, 2024, v. 1.2 (updated February 10, 2025)

FERGUSON-0000290



*Disclaimers*

The employment terms set out in this Handbook work in conjunction with, and do not replace, amend, or supplement any terms or conditions of employment stated in any collective bargaining agreement that a union has with Ferguson. Associates should consult the terms of their collective bargaining agreement. Wherever employment terms in this Handbook differ from the terms expressed in an applicable collective bargaining agreement, associates should refer to the specific terms of the collective bargaining agreement, which will control.

This Handbook also is not intended to and does not prohibit or restrict associates' communications or actions that are protected or required by state or federal law, including discussing terms and conditions of employment/exercising protected rights under Section 7 of the National Labor Relations Act (NLRA), discussing or disclosing sexual harassment or other discrimination allegations as protected under applicable local, state, or federal law (i.e., this Handbook is not intended to preclude or dissuade associates from engaging in legally protected activities/activities protected by local, state or federal law, including the NLRA, such as discussing wages, benefits, or terms and conditions of employment, forming, joining, or supporting labor unions, bargaining collectively through representatives of their choosing, raising complaints about working conditions for their and their fellow associates' mutual aid or protection, or legally required activities).

This Handbook is not intended to and does not prohibit or restrict any associate from communicating directly with or providing **Confidential Information** (as defined in this Handbook), including documents, not otherwise protected from disclosure by any applicable law or privilege, to the Securities and Exchange Commission, the Financial Industry Regulatory Authority, any other self-regulatory organization, or any other state or federal regulatory agencies or commissions regarding possible violations of law or regulation.

Notwithstanding any other provision of this Handbook:

- As provided for by the Economic Espionage Act of 1996, as amended by the Defend Trade Secrets Act of 2016, an associate will not be held criminally or civilly liable under any federal or state trade secret law for any disclosure of a trade secret that is made:

  - in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney, and solely for the purpose of reporting or investigating a suspected violation of law; or

  - in a complaint or other document that is filed under seal in a lawsuit or other proceeding.

- If an associate files a lawsuit for retaliation by the company for reporting a suspected violation of law, the associate may disclose the company's trade secrets to the associate's attorney and use the trade secret information in the court proceeding if the associate:

  - files any document containing the trade secret under seal; and

  - does not disclose the trade secret, except pursuant to court order.

8

September 1, 2024, v. 1.2 (updated February 10, 2025)

FERGUSON-0000291



*Employment At-Will*

All associates of the company are employed "**At Will**." This means that either the associate or the company is free to end the employment relationship at any time, for any reason, with or without cause and with or without notice.

Unless the associate has a written employment agreement signed by an authorized member of Human Resources and an Officer of the company, the associate is employed at will and nothing in this Handbook can be construed to contradict, limit, or otherwise affect the associate's right or the company's right to terminate the employment relationship at any time with or without cause. If the associate has an authorized written employment agreement and a provision of this Handbook conflicts with the terms of the associate's employment agreement, the associate understands that the terms of the employment agreement will prevail.

September 1, 2024, v. 1.2 (updated February 10, 2025)

CONFIDENTIAL

**&FERGUSON**

U.S. Associate Policy Handbook

# SECTION 9: DISCIPLINE



## 9.1    Appropriate Conduct

Appropriate conduct is expected at all times while on company property or representing the company at external events. Conduct that unreasonably interferes with operations, creates an unsafe workplace, or is objectively offensive to coworkers or customers is not permitted, and may result in discipline including termination in the company's sole discretion.

- Examples of inappropriate conduct are in **Appendix A**.

## 9.2    Prohibited Conduct

While the company may exercise discretion for lesser violations, some conduct is so egregious that the company has no tolerance for such improper and illegal behavior.

Any associate who engages in the following conduct will be immediately terminated:

- acts of workplace violence (physical assault);
- threats of violence with a weapon;
- sexual assault on company premises, in a company vehicle, or on company travel;
- any associate driving a company vehicle under the influence of drugs or alcohol during working hours;
- use of illegal drugs or being under the influence of illegal drugs on company premises during working hours, where permissible by law; or
- intentional and willful violation of law or regulation.

## 9.3    Progressive Discipline

The company reserves the right to issue discipline for unacceptable behavior, poor performance, attendance issues, or violation of the company's policies, practices or procedures, as well as any other conduct that warrants discipline. Equally important, the company need not resort to progressive discipline, but may take whatever action it deems necessary to address the issue at hand. This may mean that more or less severe discipline is imposed in a given situation.

September 1, 2024, v. 1.2 (updated February 10, 2025)

CONFIDENTIAL

**≈FERGUSON**

This policy applies to any and all associate conduct that the company, in its sole discretion, determines must be addressed by discipline. Of course, no discipline policy can be expected to address each and every situation requiring corrective action that may arise in the workplace. Therefore, the company takes a comprehensive approach regarding discipline and will attempt to consider all relevant factors before making decisions regarding discipline.

Associates may be subject to progressive discipline if repeated violations, misconduct, or performance problems occur.

- An associate may receive increased discipline even if a subsequent violation is different or distinct from that which he or she received discipline for in a prior violation or if the circumstances warrant acceleration such as, associate's tenure, the impact that the conduct is having on the company or other related factors.

The company will normally adhere to the progressive disciplinary process in **Appendix A**, but reserves the right, in its sole discretion, to take any appropriate remedial action to address associate conduct up to, and including, termination of employment.

Some performance, conduct or attendance issues may warrant other types of action, depending upon many factors, and these steps may be added to or in lieu of the above disciplinary steps, as detailed in **Appendix B**.

Likewise, some company polices such as the U.S. Equal Employment Opportunity Policy, U.S. Fleet Vehicle Policy and Gifts and Entertainment Policy (found on Policy Central) contain specific discipline procedures that supersede this policy (the listed Policies are not intended to be exhaustive, but rather provide examples).

Ferguson has adopted a progressive discipline policy to identify and address associate and employment related problems. Associates covered by a collective bargaining agreement are excluded from this process.

September 1, 2024, v. 1.2 (updated February 10, 2025)

CONFIDENTIAL    FERGUSON-0000326

**❖ FERGUSON**

# APPENDIX SECTION 9.1: APPROPRIATE CONDUCT

### Sec 9.1 - Appendix A: Examples of Inappropriate Conduct

Examples of inappropriate conduct includes, but is not limited to:

- Insubordination, including but not limited to, failure or refusal to obey the orders or instructions of a supervisor, member of management; the use of abusive or threatening language toward a supervisor or member of management; or other disrespectful conduct toward supervisors, coworkers or customers.
- Threatening violence and/or other bullying or disruptive activity in workplace.
- Theft, attempting to steal or misuse of company property or theft, attempted theft or misuse of another associate's property.
- Falsifying any company record or document, such as an application for employment, time card, expense record, purchase order, inventory record.  This includes the alteration of or omission of information necessary for documents and records to be accurate.
- Using profane, abusive or threatening language toward fellow associates, customers, vendors or supervisors.
- Committing of or involvement with any act of harassment, retaliation, or discrimination in violation of company policy.
- Any unsafe act or conduct committed without the required standards of care that resulted in or could have resulted in significant injury.
- Any other act or conduct that is performed with disregard of its consequences, rights of others or the rights of the company.
- Any other violation of a company policy.

# APPENDIX SECTION 9.3: PROGRESSIVE DISCIPLINE

### Sec 9.3 - Appendix A: Progressive Discipline Process

**Verbal Warning**:  An associate will be given a verbal warning if a problem is identified that justifies a verbal warning or they engage in unacceptable behavior, such as performance issues, attendance issues, or minor policy violations.  Verbal warnings are documented in the associate's Workday file and will remain in effect for one year.

**Written Warning**:  A written warning is more serious than a verbal warning and often occurs after a verbal warning has been issued.  A written warning will be given if an associate engages in conduct that justifies a written warning or they engage in further unacceptable behavior during the period that a verbal warning is in effect even if the conduct is different from the conduct subject to the verbal warning.  Written warnings are maintained in an associate's Workday file.

September 1, 2024, v. 1.2 (updated February 10, 2025)

CONFIDENTIAL                                                                                    FERGUSON-0000349

**FERGUSON**

**Termination**:  An associate will be terminated if they engage in conduct that justifies immediate termination or, after receiving increased discipline under this policy, they fail to correct performs or conduct that resulted in less severe discipline.  Further information on termination of employment can be found in the (insert link).

## Sec 9.3 - Appendix B: Alternative Corrective Actions

**Suspension**: A suspension is more serious than a written warning and often occurs after a written warning has been issued.  An associate will be suspended if they engage in conduct that justifies a suspension, they engage in further unacceptable behavior during the period that a written warning is in effect or removal from work is necessary during an investigation.  An associate's suspension will be documented.

**Performance Improvement Plan ("PIP")**:  This is intended to help an associate meet the company's reasonable and legitimate performance expectations, including whether the associate should continue to be employed by the company.  A plan will be developed with specific goals and deadlines established.  The associate will be expected to meet the specified goals outlined in the plan to continue employment.  If the associate does not meet the goals set forth in the PIP, further action up to and including termination of employment will result.

September 1, 2024, v. 1.2 (updated February 10, 2025)

CONFIDENTIAL

FERGUSON-0000350