# Exhibit D_GoldAward_ December 2024

Case 4:25-cv-00120-JKW-RJK     Document 41-3     Filed 07/31/26     Page 2 of 3 PageID# 585

05 DECEMBER, 2024

# Manimegalai Loganathan

IS RECOGNIZED FOR

## IMPACT

## Omni Home Complex Order Support

by Paul Hoerman

Bravo!

INTEGRITY | TEAMWORK | SAFETY | SERVICE | IMPACT

**FERGUSON**

**Bravo!**

RECIPIENT NAME    Manimegalai Loganathan
NOMINATOR    Paul Hoerman
AWARD TYPE    Gold
AWARD REASON    Impact
AWARD TITLE    Omni Home Complex Order Support
DATE    05 December, 2024

# 1000 Points

AWARD ID:NGQ8-8JQMWW-ZR6V8V

## AWARD MESSAGE

Thank you all very much for quickly supporting and assisting with testing and understanding middleware UAT. The fast response makes all the difference and impact to this project and is greatly appreciated.

### ABOUT YOUR AWARD

You will need your Award ID number to exchange your award for actual gift certificates, or merchandise, from the merchant of your choice. Your Award ID can be found on this page and also in 'My Awards' on the 'My Dashboard' section of your recognition program site.

Please note, this is the only way to receive your merchant gift certificate or merchandise; you CANNOT bring this certificate to a store.

### HOW TO REDEEM YOUR AWARD

1. Access your recognition program site and go to the 'Redeem' section.

Or

2. Redeem via phone by contacting the Customer Service number for your country.

After completing the redemption process, your order will be sent via mail (or email) to you. Delivery times vary by country and merchant.

## CUSTOMER SERVICE

If you have any questions, contact Customer Service at customerservice@workhuman.com or the appropriate number

**24/7**
**English Support**

Australia: 1 800 316 536*
Canada: 844 392 8560*
Ireland: 01 562 1309†
India: 000 800 050 4079*
Malaysia: 1800 88 9567*
Singapore: 1800 622 3616*
Thailand: 1800 294 285*
UK : 0800 587 0522*
USA: 844 732 5505*
Rest of World: +353 1 562 1309‡

**Monday-Friday 10am-6.30pm GMT**
**Local Language Support**

Belgium: 0800 81 763*
France: 0805 542 902*
Germany: 0800 724 3806*
Italy: 800 902 350*
Netherlands: 0800 292 92 83*
Spain : 900 814 798*
Poland: 800 080 381*

**Monday-Friday 9-6pm Hong Kong Time**
**Mandarin/Cantonese Support**

China: 400 8890 598*
Taiwan: 00801 85 6818*

**Monday-Friday 8am-1pm CST**
**Spanish Support**

Mexico: 01 800 2530 628*

**Monday-Friday 9am-3pm Brasilia Time**
**Portuguese Support**

Brazil: 0800 047 4274*

* Freephone        † Local call rate        ‡ International call rate

**Bravo!**