**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| MANIMEGALAI LOGANATHAN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FERGUSON ENTERPRISES LLC,<br><br>                    Defendant. | Case No.: 4:25-cv-120 (JKW) (RJK)<br><br>**DECLARATION OF EMANUEL KATAEV, ESQ. IN OPPOSITION TO DEFENDANT'S MOTION FOR <u>SUMMARY JUDGMENT</u>** |

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am admitted *pro hac vice* to practice before this Court and am a member of Sage Legal LLC, attorneys for the Plaintiff Manimegalai Loganathan ("Plaintiff").

2.      As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office. I respectfully submit this declaration in opposition to Defendant's motion for summary judgment.

3.      A true and accurate copy of Plaintiff's deposition transcript is annexed hereto as **Exhibit "A1"** and **"A2."**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 31, 2026.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
