**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| MANIMEGALAI LOGANATHAN, | |
| *Plaintiff*, | |
| v. | Civil Action No. 4:25-cv-120 |
| FERGUSON ENTERPRISES LLC, | |
| *Defendant*. | |

**DEFENDANT FERGUSON ENTERPRISES, LLC'S**
**MOTION IN LIMINE**

NOW COMES Defendant Ferguson Enterprises, LLC ("Ferguson"), by counsel, and submits its Motion in Limine to preclude certain arguments and evidence Defendant expects Plaintiff Manimegalai Loganathan to present at trial. In support of its Motion, Defendant refers this Court to its brief in support of this Motion, filed simultaneously herewith.

**Respectfully Submitted**
**FERGUSON ENTERPRISES, LLC**
By Counsel

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Amy Morrissey Turk (VSB No. 44957)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
T: (757) 640-3711
F: (757) 640-3942
rmcfarland@mcguirewoods.com
aturk@mcguirewoods.com

Richard J. Batzler (VSB No. 95689)
MCGUIREWOODS LLP
1750 Tysons Blvd., Suite 1800
Tysons, VA 22102
T: (703) 712-5000
F: (703) 712-5050
rbatzler@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send an electronic notification of the same (NEF) to all counsel of record.

**FERGUSON ENTERPRISES, LLC**
By Counsel

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
T: (757) 640-3711
F: (757) 640-3942
rmcfarland@mcguirewoods.com

*Counsel for Defendant Ferguson Enterprises, LLC*