# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| MANIMEGALAI LOGANATHAN, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 4:25-cv-120 |
| FERGUSON ENTERPRISES, LLC, | ) | |
| Defendant. | ) | |

VIDEOTAPED

DEPOSITION UPON ORAL EXAMINATION

OF MANIMEGALAI LOGANATHAN

TAKEN ON BEHALF OF THE DEFENDANT

Norfolk, Virginia

April 15, 2026

Ferguson Enterprises.

MR. KATAEV: Good morning everyone. Emanuel Kataev, Sage Legal, LLC, and Consumer Attorneys, PLLC for the plaintiff. I'm appearing virtually today. I'm a single father who had to drop off his children at school in Massapequa, New York this morning. As a result we arranged with opposing counsel for the defendant to have me appear virtually. Thank you everyone.

MANIMEGALAI LOGANATHAN, was sworn and deposed on behalf of the Defendant was follows:

EXAMINATION

BY MS. TURK:

Q. Hello. Ms. Loganathan, can you state your name for the record just so I can get your pronouncing -- the pronouncing right?

A. Sure. Manimegalai Loganathan.

Q. Manimegalai Loganathan. Do you want me to call you Ms. Loganathan? Do you want me to call you Madam Manimegalai? Do you want me to call you Mani? How would you prefer I will address you?

A. You can call me Mani.

Q. Mani, okay, great.

How many times have you -- have you ever

BY MS. TURK:
Q. Okay. Mani, can you look at Plaintiff's Exhibit 2. I just want you -- is this the offer letter you received from HTC Global Services?
A. Yes.
Q. Okay. And can you -- I'm going to give you a moment to take a look at it because the question I'm going to ask you is, does this accurately reflect your offer at HTC Global Services?
A. Yes.
Q. So just so I have the dates right, so you applied -- started applying to HTC Global Services in December of 2024, correct, not 2025?
A. Yeah, December, 2024.
Q. Got you. And then the offer letter is dated January 28th, 2025, that's correct?
A. Yes.
Q. And then you accepted the offer on January 29th, 2025, is that correct, your signature down there?
A. Yes.
Q. And they said that your anticipated start date would be February 24th, 2025? That's correct?
A. That is what here it says.
Q. And they gave you a salary annualized at

$130,000, is that correct?
A. That is correct.
Q. And then they list -- I'm not going to go through all of them, but midway through the page of -- first page of Plaintiff's Exhibit P2 they kind of list the benefits that you would get at HTC Global; is that correct?
A. That is correct.
Q. Okay. And you did indeed get all of these benefits since you've been employed there, at HTC Global, correct?
A. I did.
Q. Okay. What working visa do you have there?
A. H1B.
Q. H1B visa, and did they help get your H1B visa there or was it just transferred over from Ferguson?
A. It -- I don't know how it works, but Ferguson visa cannot be transferred. They would -- I believe they would have applied from start.
Q. Okay. So your understanding is that HTC Global Services applied for an H1B working visa for you --
A. Yes.

Q. -- to work --
A. That's my understanding.
Q. -- to work with their company?
Okay. Did HTC Global Services discuss -- during your time there have they talked anything about getting a permanent visa for you?
A. Yes. I -- I asked them.
Q. Okay. And what did they say?
A. You have less time. It is hard, but we can try.
Q. So is it fair to say that HTC Global Services is currently trying to get a permanent visa for you?
A. They are, but they found -- just applied so -- but my visa is expiring in November, 2026.
Q. Your H1B visa is expiring in November of 2026?
A. Correct --
Q. Okay.
A. -- maxing out.
Q. Okay, maxing out. What do you mean by maxing out?
A. So maxing out -- and I'm not a lawyer and I cannot speak on visa standards.
Q. Fair enough. What is your understanding?

A. Yeah, so H1B visa is allowed only for six years. After six years I cannot stay in this country --
Q. Okay.
A. -- but if I have approved I-140, my visa can be extended every three years --
Q. Okay.
A. -- until I get my Green Card.
Q. So the point of the process you're in now is HTC Global Services is trying to get you an I-140?
A. Yeah.
Q. And they've applied for that for you, correct?
A. Yeah. They just applied, but it's going to take 17 months. Between April and November, I don't have that much time.
Q. Okay. Is there a way to get an extension, though, so that -- since you're in the process of applying for your I-140 that you can still continue to work for HTC Global Services in the United States?
A. That is not what I was told from my employer.
Q. What did your employer tell you?

A. Like they didn't have enough time. I don't know the exact words. I have to look on my E-mail and see what they told.

Q. Have you provided that E-mail to your attorney?

A. I don't think so.

Q. Okay. Can you get that to your attorney because I think a component of your damages concerns this so can you get that information or those -- any communications to your attorney so I can then request that of him?

A. I need to check with my employer.

MR. KATAEV: You can follow up with me in writing, Amy, and I will be happy to respond.

MS. TURK: Okay.

THE WITNESS: Thank you.

BY MS. TURK:

Q. Okay. Let me just circle back. So everything we went over in this document you think is complete and accurate, correct, the -- Plaintiff's Exhibit 2, which is HTC Global Services' offer letter?

A. Yes.

Q. Okay.

A. Before you ask me a different question, I

A. At first I -- I was feeling like overwhelmed and my heartbeat is never coming normal. I could literally hear, and like I could hear -- it's like pounding, and I was nonstop crying, and I refused to take food.

Q. Anything else?

A. And I had a sick feeling in my stomach.

Q. Anything else?

A. I think that's all.

Q. And what do you think was causing all of these symptoms?

A. So after I learned that my visa is on hold because of my performance reason.

Q. Okay. That's when you first started exhibiting these symptoms that you just referred to?

A. That is like at the peak, but the max -- after that -- it was too much to handle at that point in time, but I have been going through that since September, 2024.

Q. September of 2024?

A. Yeah.

Q. So that's the first time you started to feel -- exhibit the symptoms of overwhelming, fast heartbeat, refusal to take food, all of the symptoms

in the antidiscrimination and harassment realm, correct?

A. Yes, correct.

Q. Okay. Did you understand this policy?

A. Yes, I understand.

Q. Okay. And although you don't remember the timeframe, you do recall reading that policy when you were employed by Ferguson?

A. Yes.

Q. Okay.

A. Yes.

Q. We spoke a little bit about visa sponsorship upon onboarding, and I don't want to rehash everything because we were going back and forth -- because you were going back and forth from India and explaining how the history happened, but -- we're not going there. I just want to kind of summarize it so I can get where we need to go in this line of questioning. You weren't born in the United States, correct, you were born in India?

A. Correct.

Q. And you're not a U.S. citizen, correct?

A. Correct.

Q. Okay. And your current visa status is what, H1B; is that correct?

A. Correct.
Q. Okay. And that's being sponsored by your current employer, correct?
A. Correct.
Q. Okay. When you applied for the work visa in 2018 your visa status was what?
A. F1.
Q. Was what?
A. F1.
Q. EF1 (sic).
A. F, like an F.
Q. F1, and that's a student visa?
A. Correct.
Q. And as part of your employment did Ferguson agree to sponsor your H1B visa?
A. Yes.
Q. Okay. And Ferguson, did they help the renew your H1B visa?
A. Can you ask again?
Q. Did they help renew your H1B visa when they -- when it needed to be renewed during your employment?
A. Yes.
Q. Okay. And do you recall Ferguson sponsoring your permanent I-140 at any point during

your employment?
A. Yes. They started in 2022.
Q. Let's talk about that a little bit. You said Ferguson started in 2022 sponsoring your permanent I-140. Who did you -- who do you -- who did you speak to about this within Ferguson?
A. 2022, it was with my manager, Rajat Nair.
Q. Who? I'm sorry.
A. Rajat Nair.
Q. Rajat.
Who initiated the conversation about getting your permanent visa? Would that have been Rajat or yourself?
A. So I had been having that conversation before Rajat Nair become my manager in 2021. I was having that conversation with my previous manager, Andrew Lautenslager.
Q. Okay.
A. So it was -- it was in the continuation of conversation.
Q. So you first started talking about your permanent visa with Andrew, correct?
A. Correct.
Q. Okay. And what was the discussions -- explain to me the discussions that you had with

it your understanding that -- that Ferguson would sponsor your Green Card after the H1B process if you were no longer employed by Ferguson?

A. That was not my understanding.

Q. What was your understanding?

A. So my understanding was when I am hired I will be given the H1B visa, and before it expires they will provide -- they will process my Green Card. That is exactly what they did in 2022.

Q. Okay. But was this process only going to continue if you continued to work at Ferguson?

A. If I continued to work. The visa is tied to my job --

Q. Yes.

A. -- and tied to Ferguson.

Q. Yes. And it's not your understanding that if you were to leave Ferguson, whether you resigned or they fired you, they would not be obligated to continue the process of getting your permanent visa, correct?

A. Correct.

Q. And you're currently authorized to work in the U.S.?

A. Correct.

Q. Because HCL, your current employer, has sponsored you on an H1B basis?
A. Correction, it's HTC Global.
Q. HTC Global, I'm sorry. So HTC Global has sponsored your H1 -- your current H1B visa, correct?
A. HTC Global, yes.
Q. Okay. And they've applied for your permanent I-140 visa, correct?
A. No.
Q. No? What have they applied for?
A. They have applied for PERM.
Q. For PERM, okay.
Okay. You started July of 2018 as an IT QA analyst three with Ferguson, correct?
A. Correct.
Q. And those job responsibilities entailed?
A. Doing like testing of the ERP trilogy and the ETL testing.
Q. Okay. And then in March -- roughly March 31st of 2019 you were then promoted to or moved to a different position, correct?
A. 20- -- which year?
Q. In 2019.
A. Yes, around -- I don't remember exactly,

COMMONWEALTH OF VIRGINIA AT LARGE: To wit:

I, Tracy B. Marinelli, RPR, Notary Public for the Commonwealth of Virginia at Large, of qualification in the Circuit Court of the City of Chesapeake, and whose commission expires July 31, 2026, do hereby certify that the within named deponent, MANIMEGALAI LOGANATHAN, appeared before me at Norfolk, Virginia, as hereinbefore set forth, and after being first duly sworn by me, was thereupon examined upon her oath by counsel for the parties; that her examination was recorded in Stenotype by me and reduced to computer printout under my direction; and that the foregoing constitutes a true, accurate and complete transcript of such proceeding.

I further certify that I am not related to nor otherwise associated with any counsel or party to this proceeding, nor otherwise interested in the event thereof.

Given under my hand this 28th day of April 15, 2026 at Norfolk, Virginia.



Tracy B. Marinelli, RPR

Notary Registration No. 212131