# Exhibit 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| MANIMEGALAI LOGANATHAN,<br><br>Plaintiff,<br><br>vs.<br><br>FERGUSON ENTERPRISES LLC,<br><br>Defendant. | Case No.: 4:25-cv-120 (JKW) (RJK)<br><br>**PLAINTIFF'S INITIAL DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

Plaintiff Manimegalai Loganathan ("Plaintiff"), by counsel, and pursuant to Rule 26 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), hereby submits this Initial Disclosure Statement to Defendant Ferguson Enterprises LLC ("Defendant").

This Disclosure Statement is by necessity preliminary and based on incomplete information. Accordingly, Plaintiff reserves the right to supplement and/or amend in supplemental disclosures served under Rule 26(a)(1) or 26(e)(1), as additional information is acquired through discovery and/or ongoing investigation.

The disclosure of any documents, information, or witness herein is not a waiver of any objections Plaintiff may have to any document, information, or witness, and Plaintiff reserves the right to object in whole or in part to the use of any disclosed document, information, or witness.

**A. The names and, if known, the addresses and telephone numbers of each individual likely to have discoverable information—along with the subjects of such information.**

1. Plaintiff Manimegalai Loganathan
   c/o Emanuel Kataev, Esq.
   Consumer Attorneys, PLLC
   6829 Main Street
   Flushing NY 11367-1305
   (718) 412-2421 (office)

Plaintiff is likely to have personal knowledge of issues relevant to this case including but not limited to the allegations in Plaintiff's complaint.

2. Lakshman M Devarajan
   c/o Emanuel Kataev, Esq.
   Consumer Attorneys, PLLC
   6829 Main Street
   Flushing NY 11367-1305
   (718) 412-2421 (office)

Mr. Devarajan, Plaintiff's husband is likely to have personal knowledge of issues relevant to this case including but not limited to the allegations in Plaintiff's complaint.

3. GaneshRam M Devarajan
c/o Emanuel Kataev, Esq.
Consumer Attorneys, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)

Mr. Devarajan, Plaintiff's brother in law is likely to have personal knowledge of issues relevant to this case including but not limited to the allegations in Plaintiff's complaint.

4. Devarajan Muthusamy
c/o Emanuel Kataev, Esq.
Consumer Attorneys, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)

Mr. Devarajan, Plaintiff's father in law is likely to have personal knowledge of issues relevant to this case including but not limited to the allegations in Plaintiff's complaint.

5. Uma Maheswari Devarajan
c/o Emanuel Kataev, Esq.
Consumer Attorneys, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)

Mrs. Devarajan, Plaintiff's mother in law is likely to have personal knowledge of issues relevant to this case including but not limited to the allegations in Plaintiff's complaint

6. Representative of Defendant
c/o Amy Morrissey Turk
Carl A. Retzloff
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
Telephone: (757) 640-3711

Defendant's Representatives are likely to have knowledge of issues relevant to this case including but not limited to the allegations pled by Plaintiff in the Complaint in the instant action.

7. All individuals listed in any party's disclosure statement, witness lists, and any supplements.

8. All individuals referenced in any party's requests for admissions, interrogatories, requests for production of documents, and any supplements, as well as responses to any discovery requests.

9. Any witnesses, including custodians of record, presently unidentified, but whose identity is learned prior to trial, without prejudicing any party.

10. All custodians of records necessary to establish the foundation for all trial exhibits.

**B. A copy or description by category and location of documents, electronically stored information, and tangible things in disclosing party's possession, to support its claims.**

The following documents are in the possession, custody, or control of Plaintiff and may be used to support the allegations in his Complaint: documents submitted and received before the United States Equal Employment Opportunity Commission.

**C. A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Ms. Loganathan seeks:

Plaintiff earned $2,317.38 per week and has been out of work for two (2) weeks. Her initial backpay therefore totals $4,634.77. However, she does not receive a bonus in her new job as she did at her prior job, which loss amounts to $18,075.60. Her total backpay damages is thus $22,710.37.

Her front pay is valued at thirteen (13) weeks because her current job is not similar to what she was doing at Defendant, totaling $30,125.94.

Her emotional distress damages are $250,000.00 as she is seeking treatment for the trauma she has gone through in, *inter alia*, dealing with immigration issues vis-à-vis her unlawful termination.

Finally, the attorneys' fees currently total $10,000.00.

The total damages sought are thus $312,836.31

For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Plaintiff is not presently aware of any applicable insurance agreement.

Plaintiff provides the above disclosures based on information currently available.

Plaintiff reserves the right to supplement or amend this disclosure statement.

Dated: Flushing, New York
March 13, 2026

Respectfully submitted,

*/s/ Aryeh E. Stein*
Aryeh E. Stein, Esq.
Bar No. 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
T: (443) 326-6011
F: (410) 782-3199
astein@meridianlawfirm.com

Emanuel Kataev, Esq., NY Bar # 5154588
*Admitted pro hac vice*
**SAGE LEGAL LLC**
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Manimegalai Loganathan*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I served a true and correct copy of the following document(s) described as:

1. **PLAINTIFF'S INITIAL DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 26(a)(1)**

via E-Mail, to the following:

Amy Morrissey Turk (VSB No. 44957)
Carl A. Retzloff (VSB No. 97722)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
Email: aturk@mcguirewoods.com
Email: cretzloff@mcguirewoods.com

*Counsel for Defendant*
*Ferguson Enterprises, LLC*

*/s/Mia Kristensen*