# Exhibit 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

MANIMEGALAI LOGANATHAN,

Plaintiff,

vs.

FERGUSON ENTERPRISES LLC,

Defendant.

Case No.: 4:25-cv-120 (JKW) (RJK)

**PLAINTIFF MANIMEGALAI LOGANATHAN'S RULE 26(a)(3) DISCLOSURES**

Plaintiff Manimegalai Loganathan ("Plaintiff"), by counsel, makes the following pretrial disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and the Court's Scheduling Order (ECF No. 11) and Order (ECF No. 21):

**I. Rule 26(a)(3)(A)(i) – Witnesses.**

The names and addresses of witnesses whose testimony Plaintiff may present are set forth below. Plaintiff reserves the right to call any witnesses identified by Defendant, to whom she has not objected, and to call witnesses not previously listed or identified for rebuttal or impeachment.

Plaintiff expects to present the following witness at trial:

| Name of Witness | Address | Telephone Number | Objections |
|---|---|---|---|
| Manimegalai Loganathan | c/o Plaintiff's counsel<br><br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327 | c/o Plaintiff's counsel<br><br>(917) 807-7819 | |
| Lakshman M Devarajan | c/o Plaintiff's counsel<br><br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327 | c/o Plaintiff's counsel<br><br>(917) 807-7819 | |
| GaneshRam M Devarajan | c/o Plaintiff's counsel<br><br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327 | c/o Plaintiff's counsel<br><br>(917) 807-7819 | |
| Devarajan Muthusamy | c/o Plaintiff's counsel<br><br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327 | c/o Plaintiff's counsel<br><br>(917) 807-7819 | |

| | | | |
|---|---|---|---|
| Uma Maheswari Devarajan | c/o Plaintiff's counsel<br><br>18211 Jamaica Avenue Jamaica, NY 11423-2327 | c/o Plaintiff's counsel<br><br>(917) 807-7819 | |

Plaintiff may call the following witnesses at trial:

| **Name of Witness** | **Address** | **Telephone Number** | **Objections** |
|---|---|---|---|
| Rajat Nair | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |
| Michelle Hicks | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |
| Andrew Lautenslager | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |
| Linda Ware | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |
| Will Parks | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |
| Jeanine Wandera | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |
| Adam Feldberg | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |
| Donna Cox | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |
| Harrison Rogers IV | Last Known: 235 Pine Knott Rd., Fayetteville, GA 30214 | Last Known: 404-333-9200 | |
| Ferguson's Custodian of Records | 751 Lakefront Commons Newport News, VA 23606 | May be contacted through Defense counsel | |

Plaintiff reserves the right to amend this witness list or to withdraw any witness identified herein.

## II. Rule 26(a)(3)(A)(ii) – Deposition Designations.

Plaintiff has no designations under subsection (ii) of Fed. R. Civ. P. 26(a)(3).

**III. Rule 26(a)(3)(A)(iii) – Exhibits.**

Plaintiff reserves the right to utilize any exhibits listed by Defendant and further reserves the right to use, introduce, or rely upon any other discovery materials, including but not limited to deposition transcripts, for impeachment or rebuttal or on cross-examination, or in the event a witness who was deposed or subpoenaed to trial fails to appear. Plaintiff's inclusion of an exhibit on this list does not concede the admissibility of such document for all purposes, and Plaintiff reserves the right to object to any evidence offered at trial, regardless of whether such evidence appears on the below list.

In addition to the foregoing, Plaintiff expects to introduce the following exhibits at trial:

| **Plaintiff's Ex. No.** | **Description** | **Bates Begin** | **Bates End** | **Confidentiality** | **Objection** |
|---|---|---|---|---|---|
| 1 | Screenshots and communications concerning Plaintiff's AskHR/EEO concerns, sick-leave request, workplace/project issues, and PIP-related concerns | P1 | P8 | | |
| 2 | Loganathan FY19 Annual Review | P9 | P10 | | |
| 3 | Loganathan FY20 Annual Review | P11 | P13 | | |
| 4 | Loganathan FY21 Annual Review | P14 | P15 | | |
| 5 | Loganathan FY22 Annual Review | P16 | P18 | | |
| 6 | Loganathan FY23 Annual Review | P19 | P21 | | |
| 7 | Loganathan FY24 Annual Review | P22 | P25 | | |
| 8 | Loganathan FY24 Compensation Statement | P26 | P26 | | |
| 9 | Town Hall Appreciation – October 2023 | P27 | P27 | | |

| | | | | | |
|---|---|---|---|---|---|
| 10 | People Leader Spotlight – Services – Manimegalai Loganathan | P28 | P28 | | |
| 11 | Bravo! Gold Impact Award – Omni Home Complex Order Support | P29 | P30 | | |
| 12 | Workday Feedback Requested from Dianne Diggs and Supporting Microsoft Teams Communications Labeled "Incident 1" and "Incident 2" | P31 | P34 | | |
| 13 | Loganathan FY24 Compensation Statement | P35 | P35 | | |
| 14 | Loganathan FY24 Annual Review | P36 | P39 | | |
| 15 | Loganathan FY24 Compensation Statement | P40 | P40 | | |
| 16 | December 10-11, 2024 Follow-Up Correspondence Regarding PIP/Feedback and Team Restructure, Including Miro Screenshots and Meeting Invite | P41 | P44 | | |
| 17 | "FW: Feedback from the Team on Manimegalai" Email Chain | P45 | P46 | | |
| 18 | "Clarification on Performance Improvement Plan" Email Chain | P47 | P51 | | |
| 19 | AskHR/EEO Case – "Associate Workplace or EEO Concerns – Rajat Nair," Including Case Details and Attachments | P52 | P57 | | |
| 20 | AskHR/EEO Case – "Associate Workplace or EEO Concerns – Michelle Hicks," | P58 | P68 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Including Case Details and Attachments | | | | |
| 21 | "Mani 1:1 – 11/5/2024" Email, Follow-Up, and Meeting Notes | P69 | P71 | | |
| 22 | Performance Improvement Plan (PIP) – FAQs for Managers | P72 | P76 | | |
| 23 | November 22, 2024 "Clarification on Performance Improvement Plan – follow up" Email Chain, Including Donna Cox Response | P77 | P82 | | |
| 24 | Workday Performance Improvement Plan – Plaintiff's Associate Review Comments | P83 | P83 | | |
| 25 | January 15, 2025 Formal Demand Regarding Retaliatory Actions | P84 | P88 | | |
| 26 | January 15, 2025 Formal Demand Regarding Retaliatory Actions | P89 | P93 | | |
| 27 | "RE: Mani 1:1 – 1/14/2025 – my updates" Email Chain | P94 | P98 | | |
| 28 | "RE: Follow Up Discussion – PIP" Correspondence and Meeting Notes | P99 | P102 | | |
| 29 | November 5, 2024 "Feedback from Rajat" Email | P103 | P103 | | |
| 30 | June 11, 2018 Ferguson Offer Letter – IT QA Analyst III | P104 | P106 | | |
| 31 | December 1, 2023 Ferguson Salary/Compensation Letter | P107 | P107 | | |
| 32 | Loganathan 2025 W-2 – Ferguson Enterprises LLC | P108 | P108 | | |
| 33 | Loganathan 2018 W-2 – Ferguson Enterprises, | P109 | P110 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Inc., Including W-2 Instructions | | | | |
| 34 | "FW: Draft PERM ETA-9089 and results of recruitment for review – Loganathan" Immigration Correspondence | P111 | P117 | | |
| 35 | Communications and Notes Regarding Plaintiff's August 13, October 28, and October 31, 2024 Contacts with Harrison Rogers Regarding Workplace Concerns | P118 | P120 | | |
| 36 | January 28, 2025 HTC Global Services Offer Letter – Principal Level, Project Manager (Scrum Master) | P121 | P122 | | |
| 37 | Loganathan 2025 HTC Global Services W-2 and Earnings Summary, Including W-2 Instructions | P123 | P127 | | |
| 38 | "Mani 1:1 – 1/21/2025" Email, Meeting Recap, and Work-Activity Notes | P128 | P132 | | |
| 39 | "Mani 1:1 – 1/28/2025" Email, Meeting Recap, and Work-Activity Notes | P133 | P137 | | |
| 40 | Loganathan 2021 W-2 – Ferguson Enterprises LLC, Including W-2 Instructions | P138 | P139 | | |
| 41 | "My Observations Post 0906" – Plaintiff's Timeline/Sequence of Events Following September 6, 2024 | P140 | P147 | | |
| 42 | "60 Day PIP Follow Up" Microsoft Teams Meeting Invite | P148 | P148 | | |

| | | | | | |
|---|---|---|---|---|---|
| 43 | Workday Performance Improvement Plan – Plaintiff's Associate Review Comments | P149 | P149 | | |
| 44 | WhatsApp Communications with Rajat Nair Regarding Plaintiff's Acceptance of the Manager Position and November 17, 2023 Call | P150 | P151 | | |
| 45 | Microsoft Teams Communications with Rajat Nair Regarding Work/Technical Issues and Plaintiff's Work Contributions | P152 | P153 | | |
| 46 | "RE: Follow Up Discussion – PIP" Email and Meeting Notes, Including Plaintiff's Request for Ferguson Contact Information for Her Attorney | P154 | P155 | | |
| 47 | "RE: Mani 1:1 – 11/5/2024 – follow up" Email and Meeting Notes | P156 | P159 | | |
| 48 | "RE: Mani 1:1 -updates" Email Chain, Work Updates, and November 19, 2024 1:1 Meeting Invite | P160 | P162 | | |
| 49 | "RE: Personal Improvement Plan – 30 Day" Email and 30-Day PIP Review Notes | P163 | P164 | | |
| 50 | "RE: Your AskHR tickets" Email and Follow-Up Meeting Invite | P165 | P166 | | |
| 51 | Loganathan 2018 W-2 and Earnings Summary – The Computer Merchant Ltd. | P167 | P168 | | |

| | | | | | |
|---|---|---|---|---|---|
| 52 | Loganathan 2019 W-2 – Ferguson Enterprises LLC | P169 | P169 | | |
| 53 | Loganathan 2020 W-2 – Ferguson Enterprises LLC, Including W-2 Instructions | P170 | P171 | | |
| 54 | Loganathan 2022 W-2 – Ferguson Enterprises LLC, Including W-2 Instructions | P172 | P173 | | |
| 55 | Loganathan 2023 W-2 – Ferguson Enterprises LLC, Including W-2 Instructions | P174 | P175 | | |
| 56 | Loganathan 2024 W-2 – Ferguson Enterprises LLC, Including W-2 Instructions | P176 | P177 | | |
| 57 | Loganathan 2018 W-2 – Kforce Inc. / Kforce Flexible Solutions, LLC, Including W-2 Instructions | P178 | P179 | | |
| 58 | November 12-14, 2024 "Addressing Multiple Concerns Including I-140 Petition Processing" Email Chain with Harrison Rogers | P180 | P181 | | |

Depending on what portions, if any, of the exhibits the Court permits Defendant to introduce, Plaintiff reserves the right to introduce any other portions as permitted by the Rules and Federal Rules of Evidence.

Plaintiff further reserves the right to supplement this list, make amendments thereto, or withdraw any exhibit as circumstances dictate based on Defendant's disclosures and the exigencies of trial.

Dated: Jamaica, New York
August 25, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
By: <u>/s/ *Emanuel Kataev, Esq.*</u>
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Manimegalai Loganathan*

**CERTIFICATE OF SERVICE**

I certify that on this 25th day of August, 2026, a true and correct copy of the foregoing was served on all counsel of record by electronic mail.

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Manimegalai Loganathan*