**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**Manimegalai Loganathan,**

**Plaintiff,**

**v.** **Civil Action No. 4:25cv120**

**Ferguson Enterprises LLC,**

**Defendant.**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for a decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** Defendant Ferguson Enterprises LLC's motion for summary judgment (ECF No. 36) is GRANTED. Ferguson's motion in limine (ECF No. 46) is DISMISSED as MOOT. The Clerk is DIRECTED to enter judgment in favor of Ferguson and close this case.

DATED: 9/11/2026

LAURA GRIFFIN, Clerk

By: ________/s/_______
Deputy Clerk