**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

MANIMEGALAI LOGANATHAN,

Plaintiff,

v.

FERGUSON ENTERPRISES LLC,

Defendant.

Case No. 4:25-cv-120

**ORDER**

For good cause shown, Plaintiff Manimegalai Loganathan's request to terminate the appearances of counsel (ECF No. 53) is **GRANTED**.

The Clerk is **DIRECTED** to terminate the appearances of Attorneys Aryeh Eliezer Stein, Daniel C. Cohen, and Emanuel Kataev and to send a copy of this Order to the plaintiff.

**IT IS SO ORDERED**.

/s/ JKW
Jamar K. Walker
United States District Judge

Newport News, Virginia
September 25, 2026