**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

MANIMEGALAI LOGANATHAN,

Plaintiff,

v.

FERGUSON ENTERPRISES LLC,

Defendant.

Case No. 4:25-cv-120

**ORDER**

Plaintiff Manimegalai Loganathan submitted a motion asking the Court to direct her former counsel to provide her with certain documents pursuant to the Virginia Rules of Professional Conduct. ECF No. 56. This is a matter between the plaintiff and her former counsel, not something for the Court to resolve.[1]

Accordingly, the plaintiff's motion (ECF No. 56) is **DENIED**.

[1] *Cf., e.g., Harry and Jeanestte Weinberg Foundation, Inc. v. St. Marks Avenue, LLC*, No. 1:15-cv-3525, 2017 WL 11453026, ta *2 (D. Md. July 27, 2017) (refusing to "entertain or intervene in a dispute" between a litigant "and [their] former attorney," and referring the litigant instead to the state Attorney Grievance Commission); Peterson v. City of Hickory, No. 5:07-cv-74, 2006 WL 2980096, at *1 (W.D.N.C. July 30, 2006) (adopting the conclusion that the court is "without jurisdiction to resolve a dispute between [a client] and [their] counsel" that was more appropriate for the state bar to address); *Quesada-Guerrero v. United States*, No. 1:07-cr-43-1, 2011 WL 5325591, at *3 (M.D.N.C. Feb. 1, 2011), *report and recommendation adopted*, No. 1:07-cr-43-1, 2011 WL 5327743 (M.D.N.C. Nov. 3, 2011) (finding "no need to resolve [a} dispute between [a client] and [their] attorney," where such resolution would not affect the outcome of the matter before the court).

The Clerk is **DIRECTED** to send a copy of this Order to the plaintiff.

**IT IS SO ORDERED**.

/s/ JKW

Jamar K. Walker
United States District Judge

Newport News, Virginia
September 30, 2026