**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

MANIMEGALAI LOGANATHAN,

Plaintiff,

v.

FERGUSON ENTERPRISES LLC,

Defendant.

Case No. 4:25-cv-120

**ORDER**

Plaintiff Manimegalai Loganathan's request for leave to supplement her motion for reconsideration (ECF No. 59) is **DENIED**. The Court will analyze the entirety of the reconsideration standard, including manifest injustice. It does not require a new filing.

The Clerk is **DIRECTED** to please send a copy of this Order to the plaintiff.

**IT IS SO ORDERED**.

/s/ JKW

Jamar K. Walker
United States District Judge

Newport News, Virginia
October 6, 2026