**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| MANIMEGALAI LOGANATHAN,<br><br>*Plaintiff*,<br><br>v.<br><br>FERGUSON ENTERPRISES LLC,<br><br>*Defendant*. | Civil Action No. 4:25-cv-120 |

**JOINT NOTICE REGARDING BILL OF COSTS**

Defendant Ferguson Enterprises, LLC ("Defendant") and Plaintiff Manimegalai Loganathan ("Plaintiff"), hereby give notice to the Court that Defendant and Plaintiff have reached an agreement to resolve Ferguson's Bill of Costs, Dkt. No. 55, for $2,178.00, and that upon payment Ferguson will consider its Bill of Costs fully satisfied and will not seek the remaining amount sought in the Bill of Costs. No further Court action on Ferguson's Bill of Costs is needed at this time. This resolution is limited to the Bill of Costs (Dkt. No. 55) and does not impact Dkt. No. 58, any other post-judgment motion, or any party's appellate rights.

**Respectfully Submitted,**

**MANIMEGALAI LOGANATHAN**
*Pro Se*

*/s/Manimegalai Loganathan*
11042 Little Five Loop
Glen Allen, Virginia 23059
manimegalail@gmail.com

**FERGUSON ENTERPRISES, LLC**
By Counsel

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
Amy Morrissey Turk (VSB No. 44957)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
T: (757) 640-3711

F: (757) 640-3942
rmcfarland@mcguirewoods.com
aturk@mcguirewoods.com

Richard J. Batzler (VSB No. 95689)
MCGUIREWOODS LLP
1750 Tysons Blvd., Suite 1800
Tysons, VA 22102
T: (703) 712-5000
F: (703) 712-5050
rbatzler@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, a copy of the foregoing document was delivered by electronic mail to the Plaintiff at the following address:


Manimegalai Loganathan
11042 Little Five Loop
Glen Allen, Virginia 23059
manimegalail@gmail.com
*Plaintiff pro se*


**FERGUSON ENTERPRISES, LLC**
By Counsel

*/s/ Robert W. McFarland*


Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510
T: (757) 640-3711
F: (757) 640-3942
rmcfarland@mcguirewoods.com

*Counsel for Defendant Ferguson Enterprises, LLC*